# EXHIBIT 7

Affidavit of Peggy Davis

Exhibit 7
1002

<u>AFFIDAVIT OF PEGGY DAVIS</u>

BEFORE ME, the undersigned authority, personally appeared, Peggy Davis, who upon being first duly sworn, states as follows:

1. My name is Peggy Davis.  I live with my husband Fred Davis and our children and grandchildren on our 10,000-acre ranch, 25 miles from the Arizona/Mexico border and 12 miles from the town of Tombstone, Arizona. I have lived on the property for 43 years.

2. I work as a clerk for the Whitewater Draw Natural Resource Conservation District (WWDNRCD) and as their Education Center Director in Southeastern Arizona.  In my role as clerk and Education Center Director for WWDNRCD, I plan workshops for local cooperators and students so that they may learn about the newest innovative methods of working on their property.  We have had workshops on Estate Planning for Farmers and Ranchers, Water and Soil workshops, Solar workshops, Ranch Tour workshops as well as providing funds for students to attend other agriculture-related activities.  Our goal is to encourage local students to choose agricultural vocations in the future. Unfortunately, so many of our members have, as I have, suffered environmental damage to their lands at the hands of illegal border-crossers.  In addition to my membership and involvement in WWDNRCD, I am a member of the Arizona Cattle Growers

1

Exhibit 7
1003

Association, Arizona Farm Bureau, Cochise County Sheriff's Rancher's Advisory Team, and I am past-president of San Pedro Cattlewomen.

3. I grew up on a four-generation cattle ranch in Colorado. I am a licensed cosmetologist in Colorado and Arizona. I have not worked as such for many years, due partly to the fact that I have to drive rural roads where drug-trafficking takes place. I actively work on the ranch with my husband, Fred, and our grown children. In my youth, I was a Colorado State 4-H Horse Project winner and attended National 4-H Congress in Chicago, Illinois. Because of that history and my love for youth agriculture projects, I was a 4-H leader for five years in Cochise County while our children were growing up. My focus was in agriculture projects, primarily the Horse Program. I enjoyed teaching my children how to take proper care of their horses and safety techniques with them. Horses are an important aspect of our working ranch.

4. Our ranch used to be a quiet and wonderful place to live and raise a family. I used to take walks or bike rides regularly, but now I am afraid to go alone without a firearm. Even if I am armed I can be overtaken easily. However, because the Department of Homeland Security (DHS) and its predecessor agency the Immigration and Naturalization Service (INS) have adopted policies that fail to secure the border, it feels like our land has been under siege. Over the past few decades, the huge flow of the illegal border-crossers encouraged by the DHS' lax

2

Exhibit 7
1004

interior enforcement policies as well as amnesty programs has significantly diminished my quiet enjoyment of my property. Just dealing with the refuse left behind by border-crossers is exhausting all on its own. We are constantly picking up endless amounts of trash, including diapers, baby bottles, clothes, electronic items, blankets, hypodermic needles and even pregnancy tests!  We even sometimes have to deal with abandoned vehicles by drug carriers! We are also constantly having to repair cut fences. I have documented some of this damage with photos of the things I have found on my property and fences that have been damaged:



3

Exhibit 7
1005









5

Exhibit 7
1007





6

Exhibit 7
1008

5. Dealing with the trash and fixing the damage, however, is not the worst of how my enjoyment of my property has been spoiled. When DHS leaves the border unsecured, the people who cross do not always have peaceful intentions. These days, the drug cartels have become so powerful and so prone to violence at the border, we don't feel like it is safe for the children to go outside anymore. It causes me such anguish to know that my grandchildren can't ride their horses or bicycles out of my sight the way my children could, because we are afraid for their safety.

6. It also makes me angry that so many people seem to blame *us* for being constantly on the defense. Our property, lives, and tranquility are threatened, and yet if we even try to lawfully defend ourselves we are called "vigilantes." My husband Fred has been featured in newspaper articles with headlines claiming that he is a "Border Vigilante" and asking if he is "crossing the line" by participating in a border watch (see picture below). It is degrading to be labeled as someone who is trying to take the law into their own hands.  I am a law-abiding citizen and these accusations fuel the disrespectful attitudes of the illegal aliens that we encounter.

7

Exhibit 7
1009





7. I feel like if DHS had operated with more transparency about its policies and had informed the public about the environmental damage illegal border-crossers can and do wreak on our land, as it is required to, perhaps we would not have had so much blame placed falsely on us.

8. The degradation of the environment that my family and I face is due in large part to the policies of DHS. The border-activities of illegal aliens are in response to DHS policies, and my family and I have long understood that. I recently became aware, however, that DHS has been violating the National Environmental Policy Act (NEPA) by not conducting an environmental analysis before it adopts them.

9. Perhaps, if DHS had done the proper analysis and informed the public when it made discretionary decisions that encouraged illegal aliens to continue crossing the border, as the law requires, it would have decided that it was important to ramp up enforcement instead. Perhaps the public, if it had understood the environmental costs of DHS's actions, would have demanded more effective enforcement. My land and the whole border region in the Southwest might look different today—unspoiled, serene, and undamaged environmentally.  Instead, ceaseless flows of people have crossed the border, with no end in sight to the number of crossers and the resulting damage, because our government has simply given up.

10. The stress and anxiety that the DHS has caused me as a result of its nonenforcement policies has adversely affected my health. I often suffer from depression and adequate sleep is difficult because of our constant vigilance--I back my car into the garage so that I can see that no one enters the door before it closes.

11. As DHS continues to adopt policies without considering their environmental impact, I expect the drug-running to continue and I expect I will never feel the peace and safety I felt when I first moved to the ranch. If DHS would only start following NEPA in the future, however, it might change its policies, and I might be able to feel that my grandchildren can imagine a life on the ranch the way I once did.

FURTHER AFFIANT SAYETH NOT.

_____
Peggy Davis

Subscribed and sworn to before me on 30th Sept 2016 by PEGGY DAVIS. She is personally known to me or has presented AZ DL as identification.

_____
NOTARY PUBLIC
STATE OF ARIZONA
MY COMMISSION EXPIRES
July 15, 2018



AMANDA L. CLARK
Notary Public - Arizona
Cochise County
My Comm. Expires Jul 15, 2018

10
Exhibit 7
1012