# EXHIBIT 9

Affidavit of Jo Wideman

Exhibit 9
1026

Case 3:16-cv-02583-L-BLM   Document 1-14   Filed 10/17/16   PageID.1036   Page 1 of 16

# EXHIBIT 9

Affidavit of Jo Wideman

Exhibit 9
1026

# AFFIDAVIT OF JO WIDEMAN

BEFORE ME, the undersigned authority, personally appeared, Josephine Foulk Wideman, who upon being first duly sworn, states as follows:

1. My name is Josephine Foulk Wideman (Jo) and I currently reside at 1624 Garden Street, #6, Santa Barbara, California. I have lived in California for 40 years--39 in Santa Barbara and before that for one year in Beverly Hills. In 1976, traffic in the LA area was certainly horrible. My daughters went to Warner Avenue Elementary School in Holmby Hills, a 10-15 minute drive from our home. Because the traffic was always unpredictable, however, and the fear of my young daughters being vulnerable waiting in front of the school, I routinely gave myself 30-45 minutes to get to the school to pick them up in order to be on the safe side. The lost time of waiting just to be sure one isn't late is time one never gets back. Also, the stress of not arriving on time to where one needs to be is very wearing and not healthy. Imagine such stress and wasted productivity compounded on a daily basis, for millions of Californians. Overcrowded roads and communities significantly affects the quality of life, as well as being an economic problem. One of the reasons my husband and I moved to Santa Barbara was to live in a less crowded, more bucolic place.

1

Exhibit 9
1027

2. I have a B.A. in English from Marymount College in Tarrytown, NY, and taught high school English in Hamden, Connecticut. I also studied Electrical Engineering and Computer Science at the University of New Mexico, then at UC Santa Barbara, at the graduate level. In Santa Barbara I have held many nonprofit board positions including President of the Cold Spring School Board, President of the Junior League of Santa Barbara, Treasurer of the Community Arts Music Association, and several others. I have held paid positions as the Public Relations Director for the Santa Barbara County American Red Cross, Asset Manager for several firms, including South Coast Capital Corporation and D2 Technologies, and for the past 15 years have been Executive Director of Californians for Population Stabilization (CAPS), as well as continuing to serve on various nonprofit boards. I have seven grandchildren ranging in age from three to eighteen, whose future I want to protect.

3. When I moved to Santa Barbara, one of the most beautiful cities in the world (lovely white sand beaches, mountains nearby, near perfect Mediterranean climate) there was little traffic. I could drive from one part of town to any other in less than 15 minutes. Most people did not feel the need to lock their doors at home. Very little crime, and certainly no gang activity, was ever reported. I now have family members who live about 30 miles away in

2

Exhibit 9
1028

Ventura. A trip that used to take a half an hour or less can now take an unpleasant hour and a half or more during rush hour. Peoples' tempers tend to flare in bumper–to-bumper traffic, making the trip decidedly unpleasant, with occasional road rage making the trip actually dangerous. I also used to like to attend cultural events in Los Angeles, (the symphony, musicals, etc.) but don't attempt to do this anymore, knowing that just getting there by car will be exhausting and unpredictable. With Los Angeles still having the worst air pollution (high ozone and particle pollution) in the country and another five overpopulated California cities in the top ten nationwide, my concern grows for lung and heart-related illnesses among people of all ages. There are numerous days in these cities when children are warned not to play outside and the elderly are advised to stay indoors. The spigot of immigration-induced population growth continues to make this situation worse.

4. Santa Barbara County's population has *doubled* since the mid-70s. According to the Center for Immigration Studies, Santa Barbara County had a population of 369,608 in 1990, of which 16.9% -- 62,587 were immigrants. By 2014, the county's population had increased to 431,555. The total immigrant population in 2014 was 100,015, accounting for 23.2% of the

3

Exhibit 9
1029

population.[1] Accordingly, all of Santa Barbara's population growth (not including immigrants' US-born, citizen-children) can be attributed to immigration.

5. Santa Barbara public schools are terribly overcrowded, with a preponderance of non-English speaking students. Gang-related incidents are routinely reported, including drive-by shootings, assaults, car vandalism, etc. It is difficult to walk down State Street, the main street in town and not be accosted by homeless people aggressively asking for money. The homeless situation is exacerbated by population growth as resources are stretched thinner and thinner and home prices increase. I must literally, from time to time, coming to or leaving work, step over unfortunate people, lying on the sidewalk, asking for money. Most behave benignly but some are hostile and threatening. I have, more than once had to call 9-1-1 for the police to come and deal with some of these people. Moreover, downtown Santa Barbara has had its small-town calm and quiet character taken away and replaced with almost ever-present noise pollution and crowded streets. CAPS has contemplated relocating for this reason. Most people I know drive their

---

[1] Bryan Griffith & Steven Camarota, County Map: Growth of Adult Immigrant Population, 1990 to 2014 (Sept. 2016), http://cis.org/Immigration-Maps/Growth-Immigrant-Population-Counties-1990-2014 (all county figures for Santa Barbara County from 1990 and 2014 come from the Center for Immigration Studies).

4

Exhibit 9
1030

children to school rather than trust that they will be safe walking or riding their bikes. Women do not generally venture out alone downtown after dark.

6. The value of a functioning, peaceful community cannot be understated. Now, with its dramatic population growth, Santa Barbara is increasingly defined by extremes. Santa Barbara's sizable wealthy population is opting to separate from the crowding and move up into the foothill neighborhoods of the Upper East Side, the Rivera, certain parts of the Mesa, and Montecito. They widely send their children to private schools. Lower-income families are able to live in the city only because they often crowd two or three families per house. Middle class families have been more or less forced to live out in Goleta or Ventura and commute into the city for work. Population growth and crowding has resulted in a less functioning and less unified community. My personal enjoyment of living here has been diminished as the various effects of immigration-driven crowding have presented themselves.

7. When I first moved to Santa Barbara, I enjoyed hiking in the foothills, often by myself or with my dog. I really never gave a second thought to my personal safety. I would never do that today or let my daughters or granddaughters do so by themselves. There have just been too many reports of attempted rape, drug use, or aggression on the trails. A beautiful place I

5

Exhibit 9
1031

used to take my family to visit for picnics and river swimming, Red Rock, has been destroyed by overcrowding and overuse. The last time I was there I was reminded of a scene from India or Bangladesh – the river was full of people and there were dirty diapers and piles of trash overflowing bins and floating in the river as well. There were lots of large groups of people with boomboxes blaring music. A serene peaceful place to escape to had become ruined. I have not been back. I also used to like to go to public parks near my house for picnics or just to sit and watch my children and grandchildren play. These parks are now routinely crowded with rented bounce-houses, scores of tables, chairs, canopies, balloons, etc. The playgrounds themselves are so overrun it is hard to keep an eye on an individual child. The end result is I don't bother to go to these parks any more with my family members unless it is very early in the morning before the crowds arrive. Endless population growth has destroyed the tranquility of these special places and my enjoyment of them. As traffic increases it is tempting to forgo simple trips; as crowds descend on lovely places, it makes no sense to try to venture there. I find myself plotting alternate routes, trying of assess times to visit places like the Museum of Natural History, the Sea Center or the Santa Barbara Zoo, when it might be possible to actually park and enjoy a few relaxed hours as I used to.

6

Exhibit 9
1032

8. Another result of the dramatic increase in population growth in California, and, particularly, in Santa Barbara, has been many years of drought with severe usage-restrictions. The shortage of water is as much a product of increasing demand (from more people) as it is a lack of supply from nature. I used to have a small English garden with roses, lavender, and herbs that gave me much pleasure to attend to. I have now had to let the garden die rather than use precious water to keep it alive. The drought more importantly also severely exacerbates wildfire danger and damage to life and property throughout the state. In the Sierra Nevada, California's drought and a resultant bark beetle-epidemic have caused the largest die-off of forests in modern history, raising fears that falling trees could hurt people, property and fuel deadly wildfires that could wipe out mountain communities. As more and more people arrive, the demand for water increases and this situation worsens. Local Lake Cachuma, the primary water supply for Santa Barbara is at its lowest level ever at around 9%. Drought solutions throughout California will include desalination plants which are highly polluting and use large amounts of energy resulting in even high water costs.

9. My reaction to the prospect of unending population growth in California is one of sadness: nostalgia for years past and grave concern for the future my children and grandchildren will face if they are even able to stay in the state.

7

Exhibit 9
1033

The tax rate is one of the highest in the country and is exacerbated by the continuing legislation passed in Sacramento to provide more and more benefits for newly-arrived people, many arriving illegally. So many middle class families are leaving and will continue to leave because of sky-high housing prices (driven by excessive population growth), underperforming crowded schools with large populations of non-native speakers, longer and longer smog-filled work-commutes, and an inability to enjoy simple outdoor activities due to overcrowding. The overall population of the state is expected to continue to grow, driven mainly by immigration, and reach 50 million people by 2050.

10. CAPS was founded in 1986 when it split off as the California branch of Zero Population Growth (now called the Population Connection) when that organization decided to focus on the politically safer issue of *global* overpopulation. CAPS wanted to take stronger stands on every input into population growth, including legal and illegal immigration, refugee-numbers and women's rights to family planning information. CAPS's founders and early board members included famous environmentalists, including David Brower (former executive director of the Sierra Club); Paul Ehrlich (author of *The Population Bomb*) and his wife, Ann; Garrett Hardin (author of *Tragedy of the Commons*) and his wife, Jane; and Carl Djerassi (the inventor

8

Exhibit 9
1034

of the birth control pill), to name a few. At that time California was growing faster than the rest of the United States and there was great concern among our founders, continuing today among our members and supporters, that **you just can't have an exponentially growing population with limited resources**.

11. Today, CAPS has members in every county in California and every state in the United States. We confront the most important issue facing our state and the country, immigration-driven runaway population growth, since that is where virtually all of our state's (and most of the country's) growth comes from and has for the past 15 years. Many of our members and supporters are environmentalists acutely concerned about the effects of overpopulation as well as climate change. We know that failure to slow population growth will result in severe and irreversible consequences for our children, our grandchildren and the natural environment. Our main efforts have been focused on our overpopulation-awareness media campaign which has included radio, print and television-advertising. One of our nationally-run television ads has a child asking, "If Californians are having fewer children, why are there so many cars?  Why isn't there enough water? Where are all the people coming from?" We make the point that nearly 100% of California's growth is from immigration and births to recent immigrants and

9

Exhibit 9
1035

that more people means more cars, more trucks and buses on our roads, more pollution, less green space, more chemicals, trash and runoff cascading into our streams, lakes and oceans, more damage to California's biodiversity (we are recognized as one of only 25 biodiversity hot spots in the world with many species of flora and fauna extinct or in danger of becoming so), and more and more pressure on declining water supplies.

12. Another one of our ads points out that when immigrants settle in the U.S., their energy use quickly becomes "Americanized." As a result, their carbon-emissions skyrocket. The result is a quadrupling of immigrants' carbon footprint compared to the amount of carbon emissions they produced in their home countries. Currently, U.S. immigrants produce an estimated 637 million metric tons of $CO_2$ annually or the same amount of carbon emissions currently produced by Great Britain and Sweden, combined.

13. CAPS and its over 400,000 members and supporters also spends a lot of time on direct and indirect advocacy programs designed to educate and influence the public, the media and elected officials. We also spend considerable time and resources devoted to encouraging young high school and college students to look at population-issues that relate to their futures. We accomplish this with video and essay contests, as well as college-outreach speaking programs.

10

Exhibit 9
1036

14. CAPS's board, advisory board, staff, members and supporters come from various backgrounds, all political persuasions, races and ethnicities. Our Board Chairman, Dick Schneider, started as an unpaid volunteer, led successful initiative-drives in California that have saved over 250,000 acres of open space from development. Our Vice President, Ben Zuckerman, is a renowned astrophysicist and an able spokesperson for CAPS who gives talks on environmental justice, the beauty of the Grand Canyon, and other topics. We also have a board member, Kristin Larson, who is an environmental lawyer who headed up a research unit in Antarctica for six years before joining us. Other board and advisory board members are equally accomplished.

15. California with its unique flora and fauna, its old-growth forests, farmland that supplies one-third of the nation's produce, its beautiful beaches, mountains and vistas is now home to 40 million people. The state must be saved. Even Governor Jerry Brown has stated that the maximum population the state can sustain is not more than 50 million. Considering our current demographic momentum we should halt all immigration and stop its commensurate population growth now. It is important to note that CAPS's motto has always been, "it's not who, it's how many." We know that U.S. population would have stabilized but for endless, unfettered immigration.

11

Exhibit 9
1037

16. In 1900, California was home to less than 2 million people; by 1950 the population had reached 10 million. The population's now at nearly 39 million and is expected to grow to 50 million by 2050. The growth rate has slowed somewhat but remains unrelenting due to the influx of new residents from other countries and their offspring, even as many middle-class families move to other states. Despite California's progressive stance on water consumption, energy consumption and protecting the environment, unending population growth erases those conservation efforts because more and more people means more and more energy consumption, water consumption and land consumption.

17. More than 10 million Californians are foreign-born, representing a higher percentage of the population than any other state. While Wall Street continues to promote the myth that our country's future economic prosperity is inextricably linked to population growth and Congress does nothing to enforce laws to cut off supplies of cheap foreign labor, more and more Californians and other Americans are unable to find jobs.

18. As Professor Albert A. Bartlett has said, "Unlimited population growth cannot be sustained; you cannot sustain growth in the rates of consumption of resources. No species can overrun the carrying capacity of a finite land mass. This Law cannot be repealed and is not negotiable." I have learned

12

Exhibit 9
1038

that the National Environmental Policy Act ("NEPA") specifically provides that endless population growth does not serve the nation and yet the federal government continues to impose on us endless population growth through immigration. The agency most responsible for our rapid population growth, the Department of Homeland Security (DHS), ignores NEPA regulations in their immigration-related agency actions.

19. I have been dismayed that for all these years DHS has failed to even attempt to comply with NEPA. The agency has never considered the likely environmental impacts of its agency decisions and actions relating to immigration. Yet, immigration, which is all regulated by DHS, is the biggest driver of US population growth. DHS has great amounts of discretion in the way it implements the nation's immigration laws, and this discretion impacts how many people come in and stay. And because it is *people* who impact the environment, it is incredible to think how different Santa Barbara, California, and the entire country might be if DHS had complied with NEPA. For example, DHS might not have implemented as many programs granting illegal aliens reprieves from deportation (such as Deferred Action for Childhood Arrivals), if the resultant overpopulation issues and impending overuse of resources had been evaluated and considered and made open to the American public. Going forward, the agency must comply

13

Exhibit 9
1039

with NEPA and help our nation move toward real environmental sustainability.

FURTHER AFFIANT SAYETH NOT.

                                                                        _____
                                                                         Josephine Foulk Wideman

Subscribed and sworn to before me on _____, by Josephine Foulk Wideman.  She is personally known to me or has presented _____ as identification.

*See attached*

_____
NOTARY PUBLIC
STATE OF CALIFORNIA
MY COMMISSION EXPIRES

14

Exhibit 9
1040

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**　　　**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____   _____
*Signature of Document Signer No. 1*   *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Barbara

Subscribed and sworn to (or affirmed) before me on this 30 day of September, 20___,
by　Date　　Month　　Year
(1) Josephine Foulk Wideman
(and 2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Seal: JAMIE HANSEN, Commission # 2126869, Notary Public - California, Santa Barbara County, My Comm. Expires Sep 17, 2019]

*Seal*
*Place Notary Seal Above*

────── **OPTIONAL** ──────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
**Title or Type of Document:** _____　**Document Date:** _____
**Number of Pages:** _____ **Signer(s) Other Than Named Above:** _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5910

Exhibit 9
1041