# EXHIBIT 10

## Affidavit of Don Rosenberg

Exhibit 10
1042

## AFFIDAVIT OF DON ROSENBERG

BEFORE ME, the undersigned authority, personally appeared, Don Rosenberg, who upon being first duly sworn, states as follows:

1. My name is Don Rosenberg and I reside at 2691 Grandoaks Drive, Westlake Village, CA 91361. I have lived in California for 27 years.

2. In 1976, I received a B.S. in marketing from the University of Maryland. I am a retired executive in the home entertainment, publishing, and trade show industry. My experience in the home entertainment industry goes back decades. I first started my career in music distribution and then moved into the distribution of VHS tapes for home entertainment and eventually Blu-ray discs and video streaming. I have worked for HBO Video, CBS/Fox and Advanstar Communications and a few other entertainment companies.

3. I first moved to California nearly thirty years ago because of how much I loved the outdoors. I grew up in New Jersey. I always heard about how beautiful and wonderful California was because it was so perfect for a person who wanted to enjoy nature. California was full of parks and hiking trails in beautiful mountains that one could enjoy year round. Southern California somehow managed to offer both beautiful beaches and

1

Exhibit 10
1043

swimming—it sounded like a paradise to me. I also heard about the quality of the roads and the enormous amount of open space—which was no longer available in the highly developed Northeast. When I first moved to California, I wasn't disappointed. I loved the unspoiled nature California offered. When I moved into my house, it was surrounded by open space. Just stepping outside my home put me close to nature—I could see birds and deer and coyotes from my backyard. With a short drive, my family and I could look at all kinds of wildlife, including birds and trees and all sorts of flowers. My wife and I used to take the children hiking on trails that were close and easy to access, which was wonderful to be able to do.

4. Since I moved into my house, the population has increased in Southern California tremendously, driven in large part by immigration, legal and illegal. As a result, most of these open spaces around my house that I enjoyed so much with my family have been turned into huge developments to accommodate the population increase. Yet, even with all the development, so many people have moved in, and continue to move in seemingly endlessly, that there is still a severe housing shortage. We miss the open spaces right in our neighborhood that we used to enjoy hiking in. Yet, even with all of this development, there is such a housing shortage that Governor

2

Exhibit 10
1044

Brown is now trying to avoid following the environmental regulations that were put in place to stop the vanishing of open spaces in California.

5. Living in such a crowded area produces so many stresses. When I moved to Westlake Village, I could drive from my house to Los Angeles in 30 minutes. Now, it often takes 2 hours. What used to be the traffic of "rush hour" is no longer an hour, but 24/7. When I go into the city, which I have for years, the traffic is so bad it takes all day. There is never any respite. The traffic has stopped me from enjoying my life. It no longer seems worthwhile to go on a thirty-mile drive, given the length of time, for instance, to go to a game, visit my family, or see a museum. Every time I think about something I'd like to do, I think about whether it is worth sitting in traffic for hours. Usually, it isn't. I fear it will only get worse as more people flood in. In ten years, I anticipate not being able to go on the freeway in either direction to go even five miles. The surrounding area just doesn't have the infrastructure to support this kind of population density. The air pollution right around my home is also worse than it would be, without all this population, because of the millions of cars sitting on the 101 freeway for hours. When I drive around to go shopping, I rarely will even drive to the San Fernando Valley,

3

Exhibit 10
1045

10 miles away because it is so congested and polluted that it is unbearable to travel to it.

6. The growing population in Southern California has also meant there is not enough water to sustain the population. We've been put on water restrictions— in the summer we could only use water on our gardens two days a week, and we are limited to a monthly water budget. Many of my neighbors and I have simply removed of our lawns, because the brown lawns are too unsightly. We've found though, that having a lawn actually would better deflect the heat around our homes, and since it is so hot we end up using more electricity to cool the house. Much of the neighborhood I live in now looks unsightly, because so many have stopped watering or planted "native" plants that look more like weeds. Living in a landscape without plants dramatically reduces the natural beauty and enjoyability of the surroundings. The problem, again, is population—in a place like California, the water supply is just plain limited. It is severely limited by nature—a very dry place like Southern California just doesn't have the natural capacity to have such a large population, and California hasn't built a new reservoir in over thirty years because of persistent budget crises. Even if it were possible through technology and infrastructure to figure out a way to save more of the

4

Exhibit 10
1046

water in California and increase the water supply, at this time, California simply cannot afford it. Our immigration-fueled growth has put such a huge strain on our yearly budget. Therefore, when more people come in, we have no choice but to use less water personally, and this hits the people who live in Los Angeles and Southern California particularly hard.

7. The population growth in Southern California is because of immigration primarily--not just directly from immigrants themselves moving in, but because native-born Californians who used to live in Los Angeles have started moving away. They can no longer get jobs in Los Angeles—so many of the jobs they used to take go to foreign immigrants, legal and illegal, who are cheaper to employ. Los Angeles County, ground zero for both legal and illegal immigration, had a population of nearly 10 million in 2014. Immigrants comprise about 35% of the county's population.[1] This figure excludes their American-born children.

8. I myself did not always recognize that immigration, legal and illegal, was the cause of the unsustainable population growth. I knew that life in

---

[1] Bryan Griffith & Steven Camarota, County Map: Growth of Adult Immigrant Population, 1990 to 2014, Center for Immigration Studies (Sept. 2016), http://cis.org/Immigration-Maps/Growth-Immigrant-Population-Counties-1990-2014 (all county figures were taking from the Center for Immigration Studies interactive tool).

5

Exhibit 10
1047

California kept getting more and more crowded. But it didn't particularly occur to me that the growth degrading California's environment was no accident or result of unchangeable forces, but rather a series of deliberate immigration policy-choices made by our government. Furthermore, I certainly never realized just how much the government got away with a mass immigration policy so contrary to the interests of the citizenry by hiding from them the scale of immigration and its consequences. I always considered myself politically liberal and to a large degree I did not really question the motivations of those who pushed mass immigration as a "liberal" policy. But this all changed for me on November 16, 2010. On that day, an alien named Roberto Galo made a left turn in his car on a street in the "sanctuary city" of San Francisco, and collided with and killed my twenty-five year old son, Drew, then in his second year of law school. Though Drew would probably have survived the original collision, according to witnesses, Galo drove over Drew's body three times in his attempts to get away. His mother and I received the phone call with the news that evening and our lives have never been the same since. Galo had entered the country illegally in 1999 but was granted Temporary Protected Status (TPS), which allows the Department of Homeland Security (DHS) to

6

Exhibit 10
1048

discretionarily grant legal status to illegal aliens so that they may stay in the U.S. In my grief during the aftermath of Drew's death, I wanted to investigate what happened, and why, so that I could do something to save other families from getting the worst call any parent can get.

9.  What I soon found out, was just how far government officials were willing to go to protect mass immigration and hide its deleterious effects from the public. When I first started to investigate, I believed that I would be uncovering a story about the dangers to the public of unlicensed drivers— Roberto Galo did not have a driver's license. His lack of a license was unrelated to his immigration status—even at the time, aliens with TPS could get licenses. But the more I studied the statistics, and the deeper I dug, the more I found that it wasn't about whether a driver was licensed or not— getting a license does not, on its own, make a person a safer driver. The problem was that so many illegal aliens were unsafe drivers, and yet the system was designed to protect them, allow them to stay in the country, and continue to break laws enforced on the general public, no matter what the cost to American citizens.

10. Roberto Galo, the man who killed my son, had been stopped by the San Francisco police only five months before Drew was killed for driving the

7

Exhibit 10
1049

wrong way on a one-way street without a license or insurance. His vehicle was even impounded—but a friend illegally recovered it and returned it to him, putting him back on the street less than 24 hours later even though he was endangering the citizenry. The city simply dropped the charges against him of driving without a license and without insurance, because in a "sanctuary" city like San Francisco, illegal aliens are not prosecuted for these kinds of offences. Politicians often say that illegal aliens are "in the shadows." What they really are is "above the law."

11. Even after his reckless conduct killed an American, only a few months after a functional system would have taken him off the roads, he still received such leniency. A jury found him guilty of manslaughter and driving without a license. He was originally charged with vehicular homicide, committing a hit-and-run, a felony, but the preliminary hearing judge improperly reduced the charge to a misdemeanor. Fearing that DHS would let him stay in the country, I contacted my Congressman Henry Waxman's office to make sure that after he served his 6-month sentence (he was released after 43 days) he would be detained and deported. United States Citizenship and Immigration Services (USCIS) told Congressman Waxman that he would not be detained or deported because; he was only guilty of "one crime of moral turpitude." If

8

Exhibit 10
1050

I had not lobbied so hard, I am sure he would never have been deported. One wouldn't have thought there would be any question that his TPS status would have been revoked (he was found guilty of two misdemeanors which is the threshold for deportation)—after all, he responded to our generosity by flouting our laws and endangering the public—and my son paid the ultimate price.

12. In my innocence prior to Drew's death, I never would have imagined that even after he killed an American citizen, the government would have such a strong desire to protect this man's ability to stay in the country, but that is what I found. When I first started my quest to uncover what had happened and bring public attention to the story, there were quite a few very sympathetic state legislators, state police, local police, journalists, and politicians who were willing to give me information. But so many of them would ask me to please not make this a story about illegal immigration. If this became a story highlighting illegal immigration, they said, they were not sure if they could keep helping me. But, it unquestionably was a story about illegal immigration. Often they would, in so many words, tell me that they understood it was very unfair, that sometimes individual Americans would suffer based on our immigration policies, but that we just had to put up with

9

Exhibit 10
1051

these problems, because "the economy" depended on them and because the good they brought the country as a whole outweighed the occasional problem. So, I realized, I had to figure out whether what they said was true. Did we really need mass immigration? Was it worth the cost? What were the costs? What were the impacts? And once I started to look, and to examine the reality of mass immigration, I realized that its consequences were everywhere, and that they were far from benign.

13. Far from the cheerful line presented by the officials I talked to, in fact, mass immigration was imposing huge social and environmental costs. Mass immigration wasn't adding to our quality of life—it was detracting from it in a tremendous way. Furthermore, our government was even fostering and overlooking illegal activity, because our "leaders" were more interested in votes, campaign contributions and the cheap labor that depresses the wages of hard-working Americans. That was why I joined Californians for Population Stabilization (CAPS).

14. I fear that in the future, the environment will continue to deteriorate in Southern California. Despite the fact that we seem to have reached our land's capacity, and we are already straining to support the population we have now, DHS seems to only want to force ever more population growth on

10

Exhibit 10
1052

the nation. For Southern California's future, I see more water shortages, more traffic, and more pollution. The state is already in a hole, and it just seems like our public officials are looking for a bigger shovel. It will probably drive me out of California in the near future.

15. Recently, I have learned that the National Environmental Policy Act (NEPA) specifically provides that endless population growth does not serve the nation. NEPA also requires that federal agencies must conduct an environmental analysis on actions that result in significant environmental impacts. Immigration has certainly had a significant environmental impact and immigration policies are indeed being implemented by DHS. Yet DHS has never done any environmental analysis on any of its immigration-related actions at all.

16. Perhaps if DHS had followed NEPA, the public would have been more aware of the consequences of immigration and things might have been very different. I have seen myself how much efforts the government will go to hide the effects of immigration from the public. DHS relies on the public being in the dark over just how many immigrants its discretionary policies bring to the U.S. and just how large the environmental consequences of this extra population are. NEPA was designed to prevent this from happening

11

Exhibit 10
1053

with regards to policies that affect the environment. Immigration affects the environment and if the public had understood this we might have changed our policies long ago. Perhaps if DHS had followed NEPA when deciding discretionary policies like TPS, it wouldn't have created such a large TPS program in the first place. Perhaps the man who killed Drew would not have received TPS, and would not have stayed in the country, meaning my son would still be alive. DHS must start following the law by examining the environmental impacts of its policies.

FURTHER AFFIANT SAYETH NOT.

Don Rosenberg

Subscribed and sworn to before me on _____, by Don Rosenberg.  He is personally known to me or has presented _____ as identification.

_____
NOTARY PUBLIC
STATE OF CALIFORNIA
MY COMMISSION EXPIRES

SEE CALIFORNIA
_____Jul_____ FORM
ATTACHED JC

12

Exhibit 10
1054

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _30th_ day of _September_, 20_16_, by _Don Rosenberg_
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JOSEPH MICHAEL COX
NOTARY PUBLIC - CALIFORNIA
COMMISSION #2125456
LOS ANGELES COUNTY
My Comm. Exp. August 30, 2019

(Seal)                    Signature _Joseph Michael Cox_

Exhibit 10
1055