# EXHIBIT 15

## Affidavit of Glen Colton

Exhibit 15
1118

## AFFIDAVIT OF GLEN COLTON

BEFORE ME, the undersigned authority, personally appeared, Glen Colton, who upon being first duly sworn, states as follows:

1. My name is Glen Colton and I reside at 625 Hinsdale Drive, Fort Collins, Colorado. I have lived in Fort Collins for 37 years. Prior to that I lived in and grew up in Iowa.

2. I graduated from Wartburg College in 1978, Summa Cum Laude, with double majors in Accounting and Economics. Upon graduation, I worked first at John Deere as an accountant until I moved to Colorado in late 1979. Beginning in September 1979, I worked at Hewlett Packard and then Agilent Technologies in Loveland and Fort Collins, in a wide variety of financial individual contributor and management positions. I retired from Agilent Technologies in September 2001 to devote more time to family and community involvement.

3. When I moved to Fort Collins, a community in the high plains desert on the front range of the Rocky Mountains in1979, it had 65,000 people and was surrounded by agricultural and other undeveloped "wide open spaces" extending for several miles in every direction. The mountain views were spectacular; the town had a small town feel. There was no traffic

1'

Exhibit 15
1119

congestion or crowding, and neighboring communities were small and distant. We could see the stars at night and the drive between Fort Collins and Denver had a very rural feel, with little or no development along or adjacent to the I-25 interstate. It was an idyllic place to live, work, and raise a family.

4. Growth in Fort Collins has been rapid and continuous, growing at a compound rate of between 2% and 3% every year. This is a population doubling time of between 25 to 30 years. We now have 160,000 people in Fort Collins and our city, as well as the formerly small neighboring communities are exploding with sprawling growth. The population of the North Front Range of Colorado (Larimer and Weld Counties) is projected to nearly double  to 1,054,000 people  by 2040. This breathtaking and destructive growth has resulted in the paving over of many thousands of acres of agricultural lands and other open spaces. In fact, 10% of Larimer County's agricultural land was developed in the 10 years from 2002 – 2012. Formerly scenic mountain views have been either completely blocked by development or replaced by views dominated by malls, housing developments, roads, and other development. Traffic congestion has increased exponentially and our small town feel has been replaced by big city realities--increasing crime, rising housing prices, increasing property

2

Exhibit 15
1120

taxes, significant air pollution, crowding, homelessness, and a loss of a sense of community. I lament the transformation of the Fort Collins area into just another megalopolis like Silicon Valley, Phoenix, or Los Angeles.

5. Fort Collins is located in Larimer County, which has seen its population increase from 180,136 in 1990 to 311,435 in 2014.[1] The population increase in Colorado has been due to both an influx of immigrants as well as people moving in from other states. In 2015, immigrants and their offspring constituted about 774,000 out of a total state population of approximately 5.5 million.[2] Many people move to Fort Collins and Colorado to seek a higher quality of life as their communities have become increasingly more crowded and congested. The leading state for in-migration is California, from which people are moving to seek more affordable housing and less crowding, followed by Texas and Illinois.

6. Because of relentless population growth, the Poudre River, which runs through our community, has had much of it historical flow reduced.

---

[1] Bryan Griffith, Steven Camarota, County Map, Growth of Adult Immigrant Population, 1990 to 2014, Center for Immigration Studies (September 2016) http://cis.org/Immigration-Maps/Growth-Immigrant-Population-Counties-1990-2014.

[2] Karen Zeigler, Steven Camarota, 61 Million Immigrants and Their Young Children Now Live in the United States, Center for Immigration Studies (March 2016) http://cis.org/61-Million-Immigrants-and-Their-Young-Children-Now-Live-in-the-United-States.

This beautiful river that I so appreciate is once again in danger of being further dewatered by a storage project called NISP, which will divert peak river flows in the spring out of the river to provide water for sprawling growth in Northern Colorado. The insatiable demands of population growth have outstripped our fragile environment, much to my sadness. I have loved, hiked, and wandered the wide open spaces and endless vistas for years and hate to see this region transformed into unrecognizable sprawl.

7. This rapid, unending population growth is negatively impacting me, my quality of life, and the environment I cherish. Noise, light, and air pollution continue to increase. Traffic congestion and crowding continues to worsen.

8. The natural areas we have managed to preserve are increasingly overcrowded, and consequently degraded. For example, Rocky Mountain National Park (RMNP) has seen a large increase in users, putting increasing pressure on trails, fragile habitat and wildlife. Estes Park, at the gateway to RMNP, is a crowded, congested mess and it is difficult, if not impossible to find a parking spot at trailheads. In addition, the air quality in the park has been negatively impacted by all the urban growth in the surrounding region. The same situation occurs at other natural areas in the City and County. I often think about how much further the natural health and beauty of my

4

Exhibit 15
1122

community will be degraded by the endless inflows of new people. At current rates of population growth, the natural world around me will diminish year by year. I hate to think what my region will be like.

9. One of my favorite past-times is fly fishing. Even this peaceful enjoyment of Mother Nature is negatively impacted by population growth as more and more people visit the remaining public fishing areas and rivers continue to suffer from water diversions. Popular fishing areas like the Delaney Butte lakes in North Park, the Colorado River, the South Platte River and reservoirs in South Park, suffer from overuse. North Front Range lakes like Horsetooth Reservoir, Boyd Lake, and others see significant recreational use for things like camping, skiing, and sailing, in addition to the increased fishing pressure.

10. The specter of rapid growth is continually on my mind and that of many others. It is there when I sit in traffic, drive around the area and see another previously undeveloped lot sprouting a building or a new subdivision development on agricultural land, or when I read about the latest development, dam proposal, or growth projection in the local newspaper. When I visit other parts of the United States, I am stunned by the equally rampant and destructive effects of population growth that are occurring elsewhere. Previously nice areas are increasingly experiencing both sprawl

5

Exhibit 15
1123

and increasing density, with a destruction of natural areas. According to a recent study, The Disappearing West, every 2.5 minutes, the American West loses a football field worth of natural area to human development. Water issues are becoming increasingly dire, infrastructure is overloaded, wildlife habitat is being destroyed, development is rapidly encroaching on fire prone areas, congestion and crowding is widespread, and consumption and resulting energy usage and pollution are increasing.

11. The Fort Collins and Colorado of the future will in no way resemble what it is now, let alone what it was when I moved here. Fort Collins is expected to add another 80,000 people in the next 10-15 years, the North Front Range another half million people within 25 years, and the state of Colorado's population is expected to nearly double to 8.7 million people by 2050. There are no official population projections beyond that point, but one can only imagine what Colorado might look like with 15 million people by 2100 (a reasonable assumption given projected growth rates in 2050). This population growth will mean more land lost to development, more malls, more roads, sprawling subdivisions and high rise buildings, and more congestion and population in a high plains desert. It will become increasingly difficult to access what remains of our national forests and parks, natural areas, and rivers. There will be crowds everywhere, regardless

6

Exhibit 15
1124

of whether I am in town, driving through the mountains, biking, hiking, fishing, bird/wildlife watching, or otherwise outdoors. Non-urban wildlife will be negatively impacted as habitat is destroyed and humans increasingly intrude upon formerly undeveloped areas. The agricultural legacy of Colorado will be lost as more agricultural land is paved over or dewatered.

12. The carrying capacity of Colorado has likely already been exceeded, even as more land is lost to urban development, energy development, transportation infrastructure, and other growth related development. As demand for food, water, and energy to support the growing population increases, there will be less agricultural lands, water, and natural resources remaining to support those people. This means that not only will wildlife, wild places, and wild rivers be endangered by the growth; so will the people that inhabit the west. Throw in the impacts of climate change and the possibility of a breakdown in the global economic system and peak oil, and tens of millions of people will be put at risk of food insecurity, massive drought, or other man-made disaster.

13. What is happening in Fort Collins, Colorado, and the West is ecologically unsustainable. One definition of sustainability is "meeting the needs of today's residents without impacting future generations." The fact is that we are rapidly depleting non-renewable resources, paving over or drying

7

Exhibit 15
1125

up agricultural lands, draining rivers of water, polluting the environment, and destroying the natural ecosystems upon which all life depends. Unless and until we are able to stabilize population levels it will be impossible for my community and Colorado to achieve true "sustainability" and future generations will be negatively impacted.

14. The population growth (and accompanying negative environmental impacts) that is occurring in Fort Collins, Colorado, and the United States is particularly disturbing to me, because it is driven by misguided immigration policies. The birth rate in the United States has been at or below replacement level since 1970. If immigration had remained at pre-1965 levels of 250,000 per year, the population of the United States would have peaked at 240 million people in 2040 and started decreasing slowly. Instead, immigration numbers have been steadily increasing to around 1.2 million people per year currently. As a result, our population is now 323 million with current projections showing the U.S. growing to 417 million people by 2065, with no end in sight. Eighty-eight percent of this additional 94 million people will be from new immigrants and their descendants.

15. My wife and I, like millions of other Americans, consciously limited our family size (to one child) to help achieve population stability in

8

Exhibit 15
1126

the U.S. and help save the environment. But our efforts were in vain, as our country has let in 35 million immigrants since 1970, with the US population soaring as a result. We feel incredibly betrayed and cheated by the United States government. Our life would have been richer and more rewarding with a second child. Yet our sacrifice for the environment and quality of life of the U.S. has been for nothing. I feel completely discounted and even scorned at by our federal government representatives and agency bureaucrats who not only fail to acknowledge the environmental impact of overpopulation in the U.S., but purposefully exacerbate population growth with our immigration policies.

16. During my time in Fort Collins, I have been very active in working on environmental, sustainability, growth, and population issues. My involvement started in the mid-1980s when I realized that growth was going to result in the loss of huge areas of open spaces and communities growing together and losing their individual identity. This is what I saw happening in Silicon Valley, which I visited frequently when I worked for Hewlett Packard. I have loved the wide open spaces of Colorado and have worked for decades on a number of Open Space campaigns, served on the Fort Collins Planning and Zoning Board, the Open Lands Board, the Natural Resources Advisory Board, and am currently on the City's

9

Exhibit 15
1127

Economic Advisory Committee. I ran for the Fort Collins City Council twice (2003 and 2007) on a managed growth/sustainability platform and was a business columnist with the Fort Collins Coloradoan for nearly 10 years (2004-2014) writing extensively about sustainability and population; constantly challenging the eternal growth ethos, and pushing for a stable population and a more steady state economy. I have been a member of several environmental, land conservation, and sustainability organizations, and served on the board of the Rocky Mountain Sustainable Living Association and Citizen Planners, and am currently on the board of WildEarth Guardians. I am also a strong supporter of Growth Busters, an organization which educates people on the issues related to continuous population and economic growth, Numbersusa, Population Connection, and Negative Population Growth. I led efforts in Fort Collins to establish a firm growth boundary and have strongly advocated for a more sustainable community less addicted to population and economic growth. I have consistently supported reducing immigration levels to a level that would allow for a stabilization of U.S. population. I also realize that most, if not all, environmental efforts will be in vain if we do not stabilize US population. I have worked tirelessly to provide feedback to our city, state, and U.S.

10

Exhibit 15
1128

Senators and Representatives about the negative environmental impacts of unbridled population growth.

17. I have learned that the National Environmental Policy Act (NEPA) specifically provides that endless population growth does not serve the nation and is a danger to our environmental health. Yet, the federal government force feeds endless population growth through immigration. The agency most responsible for our irresponsible population growth is the Department of Homeland Security (DHS). This agency is the de facto U.S. population growth spigot. It is the agency that implements the nation's immigration related policies. Yet this agency has utterly ignored NEPA in its immigration related agency actions. It is startling to contemplate this fact. I imagine if DHS had followed NEPA—the U.S. landscape, and my beloved Colorado, would most likely look very different today. My community might not be under siege from endless population growth. It is time that DHS follow the same NEPA guidelines that other agencies use to assess the impact on the environment its actions have had because of population growth.

11

Exhibit 15
1129

FURTHER AFFIANT SAYETH NOT.

_Glen Colton_

Glen Colton

Subscribed and sworn to before me on  9/30/2016  , by Glen
Colton. He is personally known to me or has presented
_Colorado Driver License_ as identification.

_Charlene Niswender_

NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES  July 18, 2020

CHARLENE NISWENDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164027271
MY COMMISSION EXPIRES JULY 18, 2020

12

Exhibit 15
1130