# APPENDIX 1

## Letter Requesting GAO to Examine Wildland Fires Caused by Illegal Immigrants and Smugglers Occurring within 100 Miles of Arizona's Border with Mexico over the Last 5 years

Exhibit 19
1185



**United States Senate**
WASHINGTON, DC 20510

July 28, 2010

Mr. Gene Dodaro
Acting Comptroller General of the United States
Government Accountability Office
441 G St., NW
Washington, D.C. 20548

Dear Mr. Dodaro:

    Wildland fires started by illegal immigrants and smugglers threaten the safety and livelihoods of those living along the United States-Mexico border. In some cases, these fires are started through carelessness, such as cooking or heating fires that escape. In other cases, they are started on purpose, for instance when immigrants needing assistance start fires so that firefighters will come or when smugglers start fires to divert law enforcement attention. Regardless of cause, fires started by illegal immigrants and smugglers have cost millions of dollars to suppress and have damaged important natural resources—including grasslands and forests that are important to local economies, as well as habitat for endangered species. For more than a decade, the U.S. Border Patrol has emphasized curtailing illegal border traffic in urban areas, an emphasis that increases the chances that the Border Patrol will be successful in interdicting illegal traffic, but has also caused illegal traffic to shift from urban areas to more remote areas, including lands within Arizona.

    In light of these facts, we are requesting GAO to examine wildland fires caused by illegal immigrants and smugglers occurring within 100 miles of Arizona's border with Mexico over the last 5 years. In particular, we would like GAO to determine:

1. The number, location, size, duration, and cost of suppressing wildland fires caused by illegal border crossers.

2. The damage those fires have caused to federal, tribal, state, and private property, and the impact they have had on the economy and environment of the borderlands region in Arizona.

3. The effect that the presence of illegal immigrants and smugglers have had on firefighting efforts.

4. To the extent practicable, the intended purpose of each fire as determined by investigators.

    Thank you for your prompt attention to this request. Questions concerning this request should be directed to Nick Matiella at (202) 224-2238 in Senator McCain's office and Lucy Murfitt at (202) 224-6092 in Senator Kyl's office.

Exhibit 19
1186

Sincerely,

_[signature]_
Senator Lisa Murkowski
Ranking Member
Committee on Energy and Natural Resources

_[signature]_
Senator John Barrasso
Ranking Member
Subcommittee and Public Lands and Forests

_[signature]_
Senator John McCain

_[signature]_
Senator Jon Kyl

Exhibit 19
1187

# APPENDIX 2

Undocumented Alien Fire Discussion Paper, GAO/Citizen Meeting, February 10, 2011, Douglas Arizona

Exhibit 19
1188



# UNDOCUMENTED ALIEN FIRE Discussion Paper

GAO/CITIZEN Meeting
FEBRUARY 10, 2011 Douglas, Arizona

PREPARED BY: Southwest Native Ecosystem Management LLC



Exhibit 19
1189

# Discussion Paper
# For
# Fires Started by Illegal Border Crossers

It is commonly known by the citizens of the small communities, and the farmers and ranchers, who live within 100 miles of the US/Mexican border that the undocumented aliens (UDA's) who cross into the United States from Mexico illegally are causing many problems for the citizens of the United States.  These problems include, but are not limited to: 1) High occurrence of all types of crime (including kidnapping, rape and murder) committed by these people.  2) Spreading of disease into the US from Mexico (See Attachment 1).  3) Indiscriminate dumping of tons of garbage, human waste, and unknown debris, (Photo 1).  4) Smuggling of illegal drugs that end up in the hands of many addicted Americans.  4) Destruction of millions of dollars worth of private property as they struggle to move north into the US while avoiding capture.



**PHOTO 1: Trash at Burro Springs, Site Where the Horseshoe Fire Started**

Some of these problems have been made known to the American public in various news stories and in interviews with public figures.  What has not received much attention and appears to be covered up by the federal land management agencies is the number of devastating fires that are started by the UDA'S.

It is common knowledge among the local residents of Southeast Arizona and Southwest New Mexico that the March 2009, Hog Fire, which burned approximately 17,000 acres and the May/June, 2010, Horseshoe Fire, which burned approximately 9,000 acres, were started by UDA's.  While the agencies have classified the origin of these fires as human caused and under investigation, they will not openly entertain the idea that these fire were started by UDA's or let their records indicate the true problem.

Illegal's /Fire Issue Paper                                                                                                          Page 2

Exhibit 19
1190

These two fires alone have cost the American taxpayer over $10,000,000 in suppression cost. The $10,000,000 does not include the value of the resources loss (forage, timber, wildlife habitat, ground cover that protects the watershed) or the destruction to ecosystems that may never recover due to the loss of soil caused by fire induced accelerated erosion. (See Photo 2)



**PHOTO 2: Severely burned hillside in the Peloncillo Mountain Hog Fire. Fire burned in March 2009. Photo taken on May 20, 2010, over a year later.**

In 2009 the Skeleton Fire also burned in the Peloncillo Mountains and many suspect that this fire was also started by UDA's. While the Forest Service said the cause of this fire was lighting, there is no conclusive evidence as to the cause. See the news story found at the following web link:

http://www.kpho.com/weather/19693657/detail.html

When confronted about these and a number of other fires in the local area with suspicious origins (See Attachment 2) agency personnel will go to great lengths to stop any mention of the possibility these fires were started by the UDA's. At times, Forest Service employees have become very combative towards anyone who mentions that UDA's may have started a fire.

While the Forest Service displays such an attitude to the public, they themselves are warning their employees about the dangers of encountering UDA's when responding to fires along the

border:
(*http://www.myfirevideos.net/Default.aspx?CategoryID=8&SubCategoryID=23&VideoID=354*).

The very defensive attitude of the Forest Service has made many local citizens wonder:
- Just how many fires along the entire US/Mexican Border have been started by UDA's in the last ten years and what has been the cost of these fires?
- Has there been anyone killed or had their homes or businesses destroyed by these fires?
- How many threatened and endangered species and/or their habitat have been destroyed?
- How many acres of productive rangelands or forestlands have been damaged?
- What is the cost to private property owners and businesses in actual destroyed resources and loss of economic opportunities?

These are just a few of the questions that need to be answered by the agencies.

What most American citizens no longer understand is the fact that the Forest Service, BLM USF&WS and various State agencies do not own the land they manage. The agencies are there to manage "public lands" for the benefit of all of the public, not just for the benefit of agency personnel looking for the next promotion or the elected officials who have aspirations of being re-elected to office.

The fact that UDA's are trashing and destroying the public's land is in direct conflict with many agency missions or roles and would mess up their white hat image if it became commonly known. Also the destruction of "public land" is counter to many leading politicians' agendas, so hiding this destruction is very beneficial to the agencies and the politicians. If these agencies can't or won't manage and protect the public's land in accordance with the laws that they are mandated to operate under then these agencies need to be done away with or reorganized. One of many mandates to protect and manage the public's land is found in the "Federal Land Policy and Management Act of 1976, Section 102 (a) (8) where it is stated:

*The congress declares that it is the policy of the United States that: (8) the public lands be managed in a manner that will protect the quality of scientific, scenic, historic, ecological, environmental, air and atmospheric, water resources, and archeological values; that where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use;*

The land management agencies need to be working in a full cooperative mode with the Border Patrol to stop the UDA's from using the public lands as pathways to enter the country illegally and as their personal smuggling routes. Instead they spend their time professing their arrogance by protecting the public lands from the Border Patrol. There is no reason for the public's land to be used as a safe zone for UDA traffic or as hide outs from federal authorities. The occurrence of untold UDA started fires is evidence that political correctness has gotten totally out of hand and needs to be stopped.

In these times of huge federal deficits, can we as taxpaying citizens set back and continue to accept the costs waste, and unnecessary destruction of public land values that is resulting from UDA's started fires and other failed federal border policies?

**ATTACHMENT 1.**

**Texas Animal Health Commission**
*"Serving Texas Animal Agriculture Since 1893"*
Dee Ellis, DVM, MPA • Executive Director
P.O. Box 12966 • Austin, Texas 78711 • (800) 550-8242 http://www.tahc.state.tx.us
For more information contact the Public Information office at 1-800-550-8242, ext. 710 or at bonnie.ramirez@tahc.state.tx.us

FOR IMMEDIATE RELEASE
August 13, 2010

## Anthrax is Here --- Vaccinate Livestock Now

**AUSTIN** - Late summertime in certain parts of Texas means livestock producers should be on the lookout for the resurfacing of anthrax in their animals. Among the anthrax cases confirmed this summer are one bovine in Crockett County, one whitetail deer in Kinney County and one whitetail deer in Uvalde County. Anthrax which is caused by *Bacillus anthracis* is a naturally occurring disease with worldwide distribution, including Texas.

"Anthrax cases are not unusual; especially at this time of year. This is peak season for anthrax to resurface and affect livestock and deer," Dr. Dee Ellis, Texas Animal Health Commission (TAHC) Executive Director and State Veterinarian, said. "Ranchers and livestock owners should be aware of recent anthrax confirmations in their area and consider vaccinating their livestock to protect against the disease."

Anthrax can occur anywhere, but in Texas, cases most often are confined to a triangular area bounded by the towns of Uvalde, Ozona and Eagle Pass. This area includes portions of Crockett, Val Verde, Sutton, Edwards, Kinney and Maverick counties.

If an animal dies from the disease and isn't properly disposed of by burning, the bacteria can spill out into the soil and remain dormant for long periods of time. The anthrax bacteria resurfaces on grass or forage under ideal weather and soil conditions during spring and summer months. By the time an animal shows signs of staggering, trembling or convulsions after ingesting the anthrax bacteria, death is expected. TAHC regulations require that the animal carcasses, manure and bedding be incinerated until thoroughly consumed. This practice will keep wild animals from being exposed to the disease and it will also kill the bacteria, preventing another site from being contaminated with anthrax. Anthrax is a reportable disease in Texas. While laboratory tests, conducted by the Texas Veterinary Medical Diagnostic Laboratory (TVMDL) in College Station, are needed to confirm infection, suspected cases also are to be reported to the TAHC.

"Outbreaks usually end when cool weather arrives and the bacteria becomes dormant. In the meantime, producers in or near historically affected areas should consult with their veterinary practitioner about the disease in general, and especially the need to vaccinate. TAHC veterinarians are also available to answer any questions." Dr. Ellis said. The following are general biosecurity tips that can be helpful to livestock producers who suspect they have an anthrax affected animal or carcass:

• Wear long sleeves and gloves when handling carcasses or when working with or vaccinating livestock to avoid contaminating any sores or scratches on arms or hands. See your doctor if you develop an unusual-looking sore on your hands, arms or other exposed skin. Although it is very rare to contract skin anthrax, this infection requires treatment with antibiotics prescribed by a physician.

• Practice good sanitation. Wash your hands after handling livestock (even if you wear gloves.) Disinfect equipment used on the animals or carcasses. Keep pets and children away from carcasses or

Illegal's /Fire Issue Paper                                                                                                     Page 5

Exhibit 19
1193

bones of dead animals. Move healthy animals away from a pasture where animals have died from the disease.

- Properly dispose of animal carcasses by burning to prevent exposure to other animals, such as predators or dogs.

- Vaccinate livestock if cases occur in the surrounding areas. Anthrax vaccine is a "live" vaccine, so it must not be administered with antibiotics. Vaccinated animals must be withheld from slaughter for two months.

- Restrict the movement of livestock onto or from an affected premise until animals can develop immunity through vaccination (about 10 days).

For more information regarding anthrax, visit http://www.tahc.state.tx.us or call 1-800-550-8242. The Texas Animal Health Commission works to protect the health of all Texas livestock, including: cattle, swine, poultry, sheep, goats, equine animals, and exotic livestock.

## ATTACHMENT 2.

## Portal Fire & Rescue Records of Fires they have participated in during 2008, 2009 & 2010

(Fires shown in Red are suspected to be UDA's started fires.)

Buck 2008
Buck AZ-CNF-00073 July 4-5 2250ac Type3

Jackwood 2008
Jackwood AZ-CNF-00052 June 24-26 8000ac TypeFUM2 lightning

Paloma 2008
Paloma AZ-ADC-080194 April 21 3ac Type5 Human

Wasser 2008
Wasser local May 21 1ac Type5 Powerline

Whitmire 2008
Whitmire AZ-CNF-00037 May 21-23 3990ac Type3 escaped Rx

Blind 2009
Blind AZ-A3S-090327 May 28-29 33ac Type4 Lightning

Cienega 2009
Cienega NM-N3S-00154 May25 9ac Type5 Lightning

Hilly 2009
Hilly AZ-A3S-091050 Sept 4-5 9ac Type5 Lightning

Hog 2009
Hog AZ-CNF-00007 March 3-7 16800ac type3 Human

Irishman 2009
Irishman AZ-CNF-00033 May 5-6 1300ac Type3 Human

Mayday 2009
Mayday AZ-CNF-00020 April 9-10 808ac Type4

Pothole 2009
Pothole AZ-CNF-00016 March 26-27 100ac Type3

Skeleton 2009
Skeleton AZ-CNF-00061 June 2-9 9200ac type3

Skeleton Canyon 2009
Skeleton Can. AZ-A3S-090795 July26 40ac Type4 Lightning

Whitetail 2009

Whitetail AZ-A3S-090667 July 14 5ac Type5 Lightning

Horseshoe 2010
Horseshoe AZ-CNF-010037 May28-Jun6 3401ac Type1 Human