# Appendix II: Information on Significant Human-Caused Wildland Fires in the Arizona Border Region, 2006 through 2010

Table 3 shows size, duration, and suppression cost data for all significant human-caused wildland fires in the Arizona border region from 2006 through 2010.

**Table 3: Acres Burned, Duration, and Suppression Costs for Significant Human-Caused Wildland Fires in the Arizona Border Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|-------------|--------------------|-------------------|
| 2006 | 103 | Forest Service | 1,634 | 25 | $2,506,792 |
| 2006 | 4E Levy | State of Arizona | 63 | 2 | 33,516 |
| 2006 | Antone | BIA | 15 | 8 | 145 |
| 2006 | Big Horn | State of Arizona | 30 | 1 | 691 |
| 2006 | Birch | State of Arizona | 12 | 1 | 1,918 |
| 2006 | Black Mesa | Forest Service | 171 | 21 | 237,268 |
| 2006 | Burro | Forest Service | 370 | 27 | 1,358,207 |
| 2006 | CA Runner | BIA | 576 | 5 | 22,060 |
| 2006 | Chimney | Forest Service | 110 | 17 | 89,843 |
| 2006 | Chuckles | State of Arizona | 48 | 1 | 1,420 |
| 2006 | Cienegas | State of Arizona | 197 | 1 | 18,716 |
| 2006 | City | FWS | 21 | 2 | 262 |
| 2006 | Clark | Forest Service | 10 | 18 | 17,877 |
| 2006 | Confluence | BLM | 37 | 3 | 16,008 |
| 2006 | Curly Horse | BLM | 1,565 | 2 | 20,148 |
| 2006 | Early Morning | State of Arizona | 50 | 2 | 34,947 |
| 2006 | Eldon | State of Arizona | 10 | 1 | 2,068 |
| 2006 | Eloy | State of Arizona | 20 | 1 | 803 |
| 2006 | Fatman | BIA | 10 | 8 | 6,899 |
| 2006 | Fellows | BLM | 22 | 1 | 726 |
| 2006 | Friendly | State of Arizona | 30 | 1 | 493 |
| 2006 | Guijas 1 | FWS | 10 | 1 | 3,986 |
| 2006 | Harque | State of Arizona | 80 | 1 | 6,402 |
| 2006 | Hidden | BLM | 20 | 1 | 318 |
| 2006 | Hope | FWS | 431 | 5 | 71,656 |
| 2006 | I-10 MM75 | State of Arizona | 18 | 1 | 1,412 |
| 2006 | ID | State of Arizona | 20 | 1 | 353 |
| 2006 | Levy | State of Arizona | 150 | 2 | 12,672 |
| 2006 | Lime | State of Arizona | 12 | 1 | 1,869 |
| 2006 | Lobo | Forest Service | 26 | 31 | 78,485 |
| 2006 | Marshall | BLM | 14 | 5 | 13,807 |

Exhibit 19
1243

**Appendix II: Information on Significant Human-
Caused Wildland Fires in the Arizona Border
Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|--------------|--------------------|--------------------|
| 2006 | McNeal | State of Arizona | 11 | 1 | 2,853 |
| 2006 | Mesa | BIA | 26 | 11 | 2,871 |
| 2006 | Migrant | FWS | 30 | 1 | 10,972 |
| 2006 | Milligan | State of Arizona | 15 | 1 | 822 |
| 2006 | MM 4 | BIA | 15 | 7 | 12,149 |
| 2006 | Monitor | DOD | 10 | a | b |
| 2006 | Montezuma 1 | Forest Service | 4,191 | 8 | 284,294 |
| 2006 | Mustang | State of Arizona | 10 | 1 | 2,301 |
| 2006 | NA | DOD | 20 | 1 | b |
| 2006 | Oatman | BLM | 593 | 2 | 27,464 |
| 2006 | Painted | State of Arizona | 200 | 1 | 5,463 |
| 2006 | Pit Field | State of Arizona | 60 | a | 565 |
| 2006 | Playa | State of Arizona | 26 | 1 | 9,856 |
| 2006 | Rainbow Ranch | State of Arizona | 60 | 1 | 1,145 |
| 2006 | Ralston | State of Arizona | 20 | 1 | 272 |
| 2006 | Run Away | BLM | 113 | 2 | 63,124 |
| 2006 | Saddle | BLM | 1,200 | 3 | 88,158 |
| 2006 | Shadow | BLM | 41 | 5 | 14,617 |
| 2006 | Sixty Niner | State of Arizona | 227 | 0 | 4,029 |
| 2006 | Sunizona | State of Arizona | 10 | 1 | 893 |
| 2006 | Tacna Mohawk | BLM | 143 | 3 | 6,259 |
| 2006 | Theba II | BLM | 38 | 2 | 30,690 |
| 2006 | Thornton | State of Arizona | 25 | 1 | 211 |
| 2006 | Tower 62 | DOD | 10 to 20 | a | b |
| 2006 | Tweedy | State of Arizona | 50 | 1 | 204 |
| 2006 | West | BIA | 26 | 10 | 1,273 |
| 2006 | Williamson Valley FD | State of Arizona | 40 | a | 160 |
| 2006 | Windy | BLM | 128 | 9 | 7,246 |
| 2006 | Yellow South | State of Arizona | 10 | a | 1,293 |
| 2007 | Altar | State of Arizona | 30 | 1 | 2,666 |
| 2007 | Austin | State of Arizona | 240 | 1 | 1,526 |
| 2007 | Brainard # 2 | DOD | 27 | a | b |
| 2007 | Buckeye | BLM | 68 | 7 | 221,815 |
| 2007 | Buena | FWS | 1,151 | 4 | 132,409 |
| 2007 | Christmas | DOD | 500 | a | b |
| 2007 | Chui-Chu # 2 | BIA | 40 | 1 | 1,252 |
| 2007 | Cobre 2 | Forest Service | 160 | 9 | 159,179 |

Exhibit 19
1244

**Appendix II: Information on Significant Human-
Caused Wildland Fires in the Arizona Border
Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|--------------|--------------------|-------------------|
| 2007 | Copper | Forest Service | 87 | 7 | 76,475 |
| 2007 | Cottonwood | BLM | 14 | 44 | 95,162 |
| 2007 | County 9 | BLM | 17 | 7 | 20,790 |
| 2007 | County 9th | State of Arizona | 10 | 2 | 33,800 |
| 2007 | Cowlic | BIA | 37 | 3 | 15,005 |
| 2007 | Easter Fire | BIA | 100 | 2 | 0 |
| 2007 | Elgin | State of Arizona | 600 | 1 | 19,799 |
| 2007 | Fields | State of Arizona | 15 | 1 | 681 |
| 2007 | Fresno | Forest Service | 321 | 16 | 0 |
| 2007 | Highway 92 Complex | Forest Service | 46 | 7 | 76,104 |
| 2007 | Honnus | FWS | 162 | 2 | 14,498 |
| 2007 | HWY 92 | DOD | 30 | [a] | [b] |
| 2007 | Kino | Forest Service | 100 | 5 | 13,669 |
| 2007 | Kitt Peak | BIA | 12 | 2 | 11,747 |
| 2007 | Lucky 3 | State of Arizona | 100 | 1 | 41,452 |
| 2007 | Marble | State of Arizona | 75 | 1 | 1,570 |
| 2007 | Maverick | DOD | 475 | [a] | [b] |
| 2007 | Norton | BLM | 66 | 4 | 94,976 |
| 2007 | Orange | State of Arizona | 50 | 3 | 26,139 |
| 2007 | Parks | Forest Service | 120 | 8 | 21,751 |
| 2007 | Parks Two | Forest Service | 30 | 8 | 0 |
| 2007 | Power Line | State of Arizona | 30 | 1 | 0 |
| 2007 | Railroad 2 | State of Arizona | 225 | 2 | 9,029 |
| 2007 | Range 8 | DOD | 46 | [a] | [b] |
| 2007 | Range 9 #2 | DOD | 300 | [a] | [b] |
| 2007 | Route 20 | BIA | 109 | 1 | 0 |
| 2007 | RP | Forest Service | 12 | 11 | 438 |
| 2007 | San Antonio | Forest Service | 1,543 | 12 | 264,989 |
| 2007 | San Luis | BLM | 69 | 53 | 19,241 |
| 2007 | San Rafael | State of Arizona | 753 | 3 | 37,460 |
| 2007 | Santa Margarita | FWS | 41 | 3 | 3,352 |
| 2007 | Sasco | State of Arizona | 40 | 1 | 1,061 |
| 2007 | Stronghold | State of Arizona | 10 | [a] | 3,346 |
| 2007 | Sulphur | Forest Service | 10 | 9 | 2,993 |
| 2007 | Sunland | State of Arizona | 18 | 2 | 758 |
| 2007 | Sutherland | Forest Service | 27 | 7 | 3,576 |
| 2007 | Walnut Gap | State of Arizona | 10 | 1 | 3,176 |

**Appendix II: Information on Significant Human-Caused Wildland Fires in the Arizona Border Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|--------------|--------------------|-------------------|
| 2007 | Yaqui | Forest Service | 161 | 9 | 186,179 |
| 2008 | 103 | Forest Service | 378 | 7 | 28,038 |
| 2008 | 104 | Forest Service | 350 | 8 | 41,594 |
| 2008 | 7th AVE | BIA | 30 | 7 | 52,542 |
| 2008 | Alamo | Forest Service | 5,070 | 20 | 1,730,669 |
| 2008 | Apache | Forest Service | 10 | 5 | c |
| 2008 | Area West | Forest Service | 125 | 7 | 7,967 |
| 2008 | Back Pack | State of Arizona | 20 | 2 | 13,829 |
| 2008 | Backyard | State of Arizona | 19 | a | 471 |
| 2008 | B-Box | State of Arizona | 24 | 1 | 7,345 |
| 2008 | Bear 2 | Forest Service | 280 | 8 | 4,669 |
| 2008 | Beehive | Forest Service | 325 | 22 | 1,114,018 |
| 2008 | Bell | State of Arizona | 40 | 1 | 1,556 |
| 2008 | Buck | Forest Service | 2,021 | 9 | 181,893 |
| 2008 | Cantina | Forest Service | 35 | 6 | 30,902 |
| 2008 | Castle Rock | Forest Service | 40 | 4 | 9,720 |
| 2008 | Cemetery | BIA | 160 | 1 | 0 |
| 2008 | Coronado | NPS | 80 | 3 | 105,516 |
| 2008 | Cowlic | BIA | 15 | 1 | 0 |
| 2008 | Dome | BLM | 220 | 24 | 195,560 |
| 2008 | Drain Fire | BIA | 33 | 7 | 2,519 |
| 2008 | Early Morning | State of Arizona | 20 | 1 | 987 |
| 2008 | Encinas Tank | Forest Service | 25 | 8 | 28,436 |
| 2008 | Escapule Trail | BLM | 12 | 2 | 5,179 |
| 2008 | Fisher | BLM | 69 | 1 | 5,080 |
| 2008 | Frye Mesa | Forest Service | 3,094 | 17 | 1,469,967 |
| 2008 | High Gates | FWS | 90 | 1 | 12,812 |
| 2008 | High Lonesome | Forest Service | 317 | 9 | 16,518 |
| 2008 | Kansas Settlement | State of Arizona | 750 | 2 | 17,192 |
| 2008 | Levee Road | BLM | 57 | 6 | 107,943 |
| 2008 | Lochiel | State of Arizona | 88 | 1 | 8,416 |
| 2008 | Lonesome | State of Arizona | 125 | a | 38,943 |
| 2008 | Meadow | Forest Service | 3,876 | 17 | 41,402 |
| 2008 | Milepost 6 | Forest Service | 13 | 7 | 30,340 |
| 2008 | Mission | NPS | 110 | 6 | 79,472 |
| 2008 | Mohawk | BLM | 69 | 19 | 64,638 |
| 2008 | Moon Canyon | BLM | 750 | 4 | 245,692 |

**Appendix II: Information on Significant Human-
Caused Wildland Fires in the Arizona Border
Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|-------------:|-------------------:|------------------:|
| 2008 | Omega | FWS | 27 | 2 | 2,557 |
| 2008 | Pomerene | State of Arizona | 20 | 1 | 5,904 |
| 2008 | Pozo | FWS | 65 | 3 | 14,630 |
| 2008 | Pozo 2 | FWS | 53 | 3 | 0 |
| 2008 | Pozo 3 | FWS | 66 | 3 | 0 |
| 2008 | Pozo 4 | FWS | 75 | 3 | 0 |
| 2008 | San Antonio | Forest Service | 24 | 5 | 3,407 |
| 2008 | Silva | BIA | 22 | 6 | 19,928 |
| 2008 | Solano | BIA | 2,575 | 12 | 1,777,243 |
| 2008 | Sunny | State of Arizona | 10 | 1 | 1,037 |
| 2008 | Tomb | State of Arizona | 378 | 2 | 8,941 |
| 2008 | Trigo | FWS | 35 | 17 | 29,891 |
| 2008 | Tubac | State of Arizona | 15 | 4 | 4,928 |
| 2008 | Valentine | BLM | 99 | 8 | 43,592 |
| 2008 | Ventana | Forest Service | 20 | 11 | 48,842 |
| 2008 | Warsaw | Forest Service | 15 | 14 | 29,941 |
| 2008 | Whitewater | State of Arizona | 15 | 1 | 4,743 |
| 2008 | York | State of Arizona | 30 | 1 | 2,384 |
| 2009 | 103 | Forest Service | 314 | 9 | 13,236 |
| 2009 | 222 | Forest Service | 105 | 4 | 57,226 |
| 2009 | A-Bar | Forest Service | 16 | 14 | 90,340 |
| 2009 | Apache | NPS | 54 | 2 | 1,378 |
| 2009 | ATV | BIA | 398 | 10 | 155,987 |
| 2009 | Aztec | BLM | 470 | 7 | 340,506 |
| 2009 | Bear | Forest Service | 15 | 5 | 324,893 |
| 2009 | Bright | BLM | 75 | 3 | 19,065 |
| 2009 | Buckeye | BLM | 289 | 4 | 354,010 |
| 2009 | Canelo | Forest Service | 4,208 | 16 | 1,847,475 |
| 2009 | Canoa | State of Arizona | 70 | 2 | 2,130 |
| 2009 | Cisco | State of Arizona | 160 | [a] | 10,342 |
| 2009 | Dee Road | State of Arizona | 17 | 1 | 1,450 |
| 2009 | Diamondback | State of Arizona | 48 | 3 | 44,367 |
| 2009 | Dome Valley | State of Arizona | 84 | 3 | 52,002 |
| 2009 | Dry Canyon | Forest Service | 17 | 4 | 2,575 |
| 2009 | Eagle Lake | Forest Service | 105 | [a] | 56,229 |
| 2009 | Ehrenberg | BLM | 60 | 3 | 109,438 |
| 2009 | Elgin | BLM | 379 | 4 | 288,694 |

Exhibit 19
1247

**Appendix II: Information on Significant Human-Caused Wildland Fires in the Arizona Border Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|-------------:|-------------------:|------------------:|
| 2009 | Elk Horn | BLM | 23,668 | 11 | 443,517 |
| 2009 | FA Bell Ranch Road | State of Arizona | 60 | [a] | 0 |
| 2009 | Ferosa | Forest Service | 12 | 4 | 23,320 |
| 2009 | Fish | Forest Service | 1,050 | 12 | 157,687 |
| 2009 | Fort Bowie | State of Arizona | 16 | 1 | 2,717 |
| 2009 | Fresnal Fire | BIA | 247 | 6 | 419,453 |
| 2009 | Gate 7 | Forest Service | 15 | 18 | 63,792 |
| 2009 | Gleeson | State of Arizona | 782 | 3 | 144,244 |
| 2009 | Gleeson Road | State of Arizona | 23 | 2 | 1,646 |
| 2009 | Guijas | FWS | 12 | 2 | 1,197 |
| 2009 | Hay Flat | State of Arizona | 35 | 1 | 5,516 |
| 2009 | Hog | Forest Service | 16,802 | 21 | 725,994 |
| 2009 | Irwin | Forest Service | 22 | 2 | 2,517 |
| 2009 | Island | FWS | 102 | 11 | 293,274 |
| 2009 | Kudu | BIA | 76 | 5 | 33,521 |
| 2009 | Lesna Peak | Forest Service | 756 | 14 | 47,142 |
| 2009 | Little Alamo | Forest Service | 851 | 8 | 69,940 |
| 2009 | Lochiel | Forest Service | 2,660 | 14 | 404,504 |
| 2009 | Montana | Forest Service | 2,455 | 38 | 333,691 |
| 2009 | Muchacho | BIA | 23 | 4 | 41,847 |
| 2009 | Mule Pass | BLM | 122 | 4 | 716,162 |
| 2009 | Museum | State of Arizona | 29 | 4 | 45,599 |
| 2009 | Nugget | Forest Service | 42 | 22 | 228,602 |
| 2009 | O'Leary | State of Arizona | 11 | 1 | 0 |
| 2009 | Pete's Kitchen | State of Arizona | 152 | 2 | 30,876 |
| 2009 | Pothole | Forest Service | 25 | 10 | 26,266 |
| 2009 | Power | BLM | 260 | 9 | 122,980 |
| 2009 | Quail | State of Arizona | 37 | 3 | 48,870 |
| 2009 | Rest Area Fire | BIA | 386 | 3 | 256 |
| 2009 | Robbins Butte | BLM | 32 | 5 | 50,683 |
| 2009 | Route 35 | BIA | 27 | 2 | 4,443 |
| 2009 | Ruby | Forest Service | 130 | [a] | 116,386 |
| 2009 | San Jose de Sonoita | State of Arizona | 19 | 1 | 3,144 |
| 2009 | San Juan | BIA | 9,200 | 8 | 178,157 |
| 2009 | School 2 | Forest Service | 24 | 4 | 5,032 |
| 2009 | School Canyon | Forest Service | 50 | 21 | 13,096 |
| 2009 | Three Peaks | BLM | 5,735 | 12 | 207,841 |

Exhibit 19
1248

**Appendix II: Information on Significant Human-Caused Wildland Fires in the Arizona Border Region, 2006 through 2010**

| Year | Fire name | Land management agency | Acres burned | Duration (in days) | Suppression costs |
|------|-----------|------------------------|--------------|--------------------|-------------------|
| 2009 | Trestle | BLM | 16 | 2 | 13,344 |
| 2009 | Turkey | State of Arizona | 129 | 3 | 20,243 |
| 2009 | Turtleback | BLM | 160 | 36 | 36,241 |
| 2009 | Van Ness | State of Arizona | 36 | 1 | 15,932 |
| 2009 | Washington | Forest Service | 84 | 6 | 72,955 |
| 2009 | Whitewater | State of Arizona | 23 | 1 | 8,825 |
| 2009 | Willow | BLM | 10 | 8 | 28,442 |
| 2009 | Yellow Jacket | Forest Service | 27 | 8 | 12,244 |
| 2010 | 133 | BIA | 57 | 2 | 9,338 |
| 2010 | 99 Bar | FWS | 18 | 4 | 27,382 |
| 2010 | Chino | Forest Service | 21 | 5 | 19,345 |
| 2010 | Fisher Hill | State of Arizona | 52 | 2 | 1,164 |
| 2010 | Five | Forest Service | 73 | 6 | 14,734 |
| 2010 | Fort Fire | Forest Service | 50 | 11 | 193,779 |
| 2010 | Fraguita | Forest Service | 1,914 | 10 | 260,980 |
| 2010 | Horseshoe | Forest Service | 3,401 | 55 | 10,185,914 |
| 2010 | Hunter | Forest Service | 33 | 20 | 206,145 |
| 2010 | Indian School | BIA | 17 | 17 | 16,401 |
| 2010 | Jarillas | Forest Service | 20 | 8 | 39,031 |
| 2010 | Kudu Ranch | BIA | 10 | 4 | 41,754 |
| 2010 | Lone Mountain | Forest Service | 486 | 10 | 61,442 |
| 2010 | New Year | Forest Service | 38 | 15 | 17,859 |
| 2010 | Southfork | Forest Service | 103 | 28 | 531,173 |
| 2010 | Talley | BIA | 136 | 22 | 27,006 |
| 2010 | Yellow Jacket | Forest Service | 25 | 12 | $86,515 |

Source: GAO analysis of Forest Service, Interior, Arizona Forestry Division, and DOD data.

Notes: Duration was identified by determining the days elapsed between when a fire was reported "discovered" and when it was declared either "controlled" or "out," depending on what information agencies report in their fire occurrence data.

[a]Data provided by federal and state agencies did not include enough information for us to determine duration.

[b]The Department of Defense did not provide us with information on suppression costs associated with each fire.

[c]The Forest Service did not provide us with information on suppression costs associated with the 2008 Apache Fire.

# Appendix III: Additional Information on Wildland Fires That Federal Agencies Suspect Were Ignited by Illegal Border Crossers

Table 4 provides information on those wildland fires in which officials documented through formal fire investigations that illegal border crossers are a suspected cause for the wildland fire.

**Table 4: Wildland Fires That Burned One or More Acres for Which Formal Fire Investigations Identified Illegal Border Crossers as a Suspected Cause**

| Year | Fire name | Land management agency |
|------|-----------|------------------------|
| 2006 | Black Mesa | Forest Service |
| 2006 | Chimney | Forest Service |
| 2006 | Christen | Forest Service |
| 2007 | Bates Well | NPS |
| 2007 | Cobre 2 | Forest Service |
| 2007 | Javelina | Forest Service |
| 2007 | Parks | Forest Service |
| 2007 | Santa Margarita | FWS |
| 2008 | High Gates | FWS |
| 2008 | Omega | FWS |
| 2008 | Pesquiera | Forest Service |
| 2008 | Pozo | FWS |
| 2008 | Pozo 2 | FWS |
| 2008 | Pozo 3 | FWS |
| 2008 | Pozo 4 | FWS |
| 2008 | Warsaw | Forest Service |
| 2009 | A-Bar | Forest Service |
| 2009 | Bear | Forest Service |
| 2009 | Canelo | Forest Service |
| 2009 | Ferosa | Forest Service |
| 2009 | Hog | Forest Service |
| 2009 | Potrero | Forest Service |
| 2009 | School Canyon | Forest Service |
| 2009 | School 2 | Forest Service |
| 2009 | Washington | Forest Service |
| 2010 | Fort Fire | Forest Service |
| 2010 | Horseshoe | Forest Service |
| 2010 | Lone Mountain | Forest Service |
| 2010 | Southfork | Forest Service |
| 2010 | Yellow Jacket | Forest Service |

Source: GAO analysis of Forest Service and Interior data.

Exhibit 19
1250

In addition to the formal investigations into ignition sources, fire incident reports—documentation completed by fire responders on the size, location, and general cause of each fire—sometimes contain fire responders' views on the cause of the wildland fire. Fire incident reports we reviewed noted illegal border crossers as a suspected cause for 57 wildland fires in the region. However, the purpose of these reports is to document general wildland fire occurrence data and the reports are not indicative of a formal investigation into the fire's origin (see fig. 5 for location of wildland fires). Table 5 provides information on wildland fires in which officials documented through fire incident reports that illegal border crossers are a suspected cause for the wildland fire.

**Table 5: Wildland Fires for Which Fire Incident Reports Indicate Illegal Border Crossers as a Suspected Cause**

| Year | Fire name | Land management agency |
|------|-----------|------------------------|
| 2006 | 103 | Forest Service |
| 2006 | B.P. camp fire | BIA |
| 2006 | Backpack | BIA |
| 2006 | Cerrito | BLM |
| 2006 | Creek Bed 62 | NPS |
| 2006 | E. Monument | NPS |
| 2006 | Guijas 1 | FWS |
| 2006 | K-5 | BIA |
| 2006 | MP75.1 | BIA |
| 2006 | Pisinemo | BIA |
| 2006 | SR Ranch | BIA |
| 2006 | Twig Fire | BIA |
| 2007 | 86 Fire | BIA |
| 2007 | Bates Well | NPS |
| 2007 | Bates Well #2 | NPS |
| 2007 | Bates Well #3 | NPS |
| 2007 | Buena | FWS |
| 2007 | Sutherland | Forest Service |
| 2007 | UDA | BIA |
| 2008 | Alfonzo | BIA |
| 2008 | Barry Goldwater | BLM |
| 2008 | Bear Canyon | Forest Service |
| 2008 | BP | BLM |
| 2008 | Cowlic | BIA |

Exhibit 19
1251

**Appendix III: Additional Information on
Wildland Fires That Federal Agencies Suspect
Were Ignited by Illegal Border Crossers**

| Year | Fire name | Land management agency |
|------|-----------|------------------------|
| 2008 | Dirty Wash Fire | NPS |
| 2008 | Fence | BIA |
| 2008 | First Time | BIA |
| 2008 | Mission | NPS |
| 2008 | PW | BIA |
| 2008 | Wattle | NPS |
| 2009 | Artesia Fire | BIA |
| 2009 | Bates Well | BLM |
| 2009 | Bay Fire | BIA |
| 2009 | Border Patrol 2 | BIA |
| 2009 | Camp Fire | BIA |
| 2009 | Cocopah | BIA |
| 2009 | Coldfields | BIA |
| 2009 | Como Fire | BIA |
| 2009 | Dripping Springs | NPS |
| 2009 | First 90 | NPS |
| 2009 | Iron Stand | BIA |
| 2009 | Mike Fire | BIA |
| 2009 | Milepost 137.5 | BIA |
| 2009 | Nolic | BIA |
| 2009 | Post #7 | BIA |
| 2009 | Route 35 | BIA |
| 2009 | San Juan | BIA |
| 2009 | Vamori Fire | BIA |
| 2010 | Armenta | NPS |
| 2010 | Cinco | NPS |
| 2010 | Four Arm Cactus | NPS |
| 2010 | Fort Apache Fire | BIA |
| 2010 | Joes | NPS |
| 2010 | Nolic Fire | BIA |
| 2010 | Platt | BLM |
| 2010 | Ranch | BIA |
| 2010 | Signal | BIA |

Source: GAO analysis of Forest Service and Interior data.

Note: According to data provided by DOD, officials identified illegal border crossers as a suspected
cause of 16 wildland fires on DOD-managed lands. However, this information was not obtained
through a formal investigation and it was not documented in a fire incident report.

**Appendix III: Additional Information on
Wildland Fires That Federal Agencies Suspect
Were Ignited by Illegal Border Crossers**

**Figure 5: Locations of Wildland Fires for Which Agency Fire Incident Reports Identified Illegal Border Crossers as a Suspected Ignition Source**



Source: GAO analysis of Forest Service and Interior data; MapInfo (map).

Exhibit 19
1253

# Appendix IV: Comments from the U.S. Department of Agriculture



| USDA | United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, DC 20250 |
|---|---|---|---|---|

File Code: 1420
Date: OCT 20 2011

Ms. Anu K. Mittal
Director, Natural Resources and Environment
U.S. Government Accountability Office
441 G Street, NW
Washington, DC 20548

Dear Ms. Mittal:

Thank you for the opportunity to review and comment on the draft U.S. Government Accountability Office (GAO) Report on "Arizona Border Region: Federal Agencies Could Better Utilize Law Enforcement Resources in Support of Wildland Fire Management Activities" (GAO-12-73). The Forest Service has reviewed the report and concurs with the report's observations and recommendations.

The agency does not have any major comments on the report or the recommendations, except to mention with regard to Recommendation 3 that the Southwest Coordinating Group has been working on a standard interagency border protocol (to include most if not all of the Coronado National Forest guidance). This protocol would guide firefighters and also apply to Department of the Interior agencies.

Thank you again for the opportunity to review your draft report. If you have any questions, please contact Donna M. Carmical, Chief Financial Officer, at 202-205-1321 or dcarmical@fs.fed.us.

Sincerely,

THOMAS L. TIDWELL
Chief



Caring for the Land and Serving People

Printed on Recycled Paper 

Exhibit 19
1254

# Appendix V: Comments from the Department of Homeland Security

U.S. Department of Homeland Security
Washington, DC 20528

 Homeland Security

October 25, 2011

Anu K. Mittal
Director, National Resources and Environment
441 G Street, NW
U.S. Government Accountability Office
Washington, DC 20548

Re:     Draft Report GAO-12-73, "ARIZONA BORDER REGION:  Federal Agencies Could
        Better Utilize Law Enforcement Resources in Support of Wildland Fire Management
        Activities"

Dear Ms. Mittal:

Thank you for the opportunity to comment on this draft report.  The U.S. Department of
Homeland Security (DHS) appreciates the U.S. Government and Accountability Office's
(GAO) work in planning and conducting its review and issuing this report.

The Department is pleased to note GAO's acknowledgment of the complex and diverse
challenges that federal land management agencies in the Arizona border region face in
carrying out their responsibilities, including those posed by illegal border crossers.  We note
the report does not contain any recommendations specifically directed at the DHS.  The
Department, particularly U.S. Customs and Border Protection, however, remains committed
to continuing its work with interagency partners, such as the U.S. Departments of Agriculture
and Interior, to identify and mitigate adverse impacts to wildland fire management activities.

Again, thank you for the opportunity to review and comment on this draft report.  We look
forward to working with you on future Homeland Security issues.

Sincerely,

Jim H. Crumpacker
Director
Departmental GAO-OIG Liaison Office

Exhibit 19
1255

# Appendix VI: GAO Contact and Staff Acknowledgments

| GAO Contact | Anu K. Mittal, (202) 512-3841 or mittala@gao.gov |
|---|---|
| Staff Acknowledgments | In addition to the contact named above, Steve Gaty, Assistant Director; Mehrzad Nadji; Alison O'Neill; Steven Putansu; Jeanette Soares; Jay Spaan; and Matt Tabbert made significant contributions to this report. |

| GAO's Mission | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
|---|---|
| Obtaining Copies of GAO Reports and Testimony | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's website (www.gao.gov). Each weekday afternoon, GAO posts on its website newly released reports, testimony, and correspondence. To have GAO e-mail you a list of newly posted products, go to www.gao.gov and select "E-mail Updates." |
| Order by Phone | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's website, http://www.gao.gov/ordering.htm.<br><br>Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537.<br><br>Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| Connect with GAO | Connect with GAO on Facebook, Flickr, Twitter, and YouTube. Subscribe to our RSS Feeds or E-mail Updates. Listen to our Podcasts. Visit GAO on the web at www.gao.gov. |
| To Report Fraud, Waste, and Abuse in Federal Programs | Contact:<br><br>Website: www.gao.gov/fraudnet/fraudnet.htm<br>E-mail: fraudnet@gao.gov<br>Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Ralph Dawn, Managing Director, dawnr@gao.gov, (202) 512-4400<br>U.S. Government Accountability Office, 441 G Street NW, Room 7125<br>Washington, DC 20548 |
| Public Affairs | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800<br>U.S. Government Accountability Office, 441 G Street NW, Room 7149<br>Washington, DC 20548 |



Exhibit 10
1257