Julie B. Axelrod
California Bar No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
Telephone:(202) 232-5590

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT *et al*,<br>                Plaintiffs,<br><br> vs.<br>          JEH JOHNSON *et al* | Case No:<br>16-cv-02583-L-BLM<br><br><br>NOTICE |

**NOTICE OF OMISSION OF PART 6 OF EXHIBIT 1 TO COMPLAINT**

In electronically filing the Complaint (DE #1), Counsel accidentally omitted to upload the final part (Part 6, Exhibit 1 pages 630-706) of Exhibit 1 to the Complaint. Counsel regrets the error. Exhibit 1 to the Complaint included, for the Court's convenience, the text of the actions at issue undertaken by Defendant Department of Homeland Security cited in the Complaint. Counsel is therefore filing Part 6 of Exhibit 1 of the Complaint as an attachment to this notice in order to correct the record. Counsel regrets the confusion and respectfully requests that the attachment be entered into the record.

1

Dated: October 18, 2016

Respectfully submitted,

 s/ Julie B. Axelrod
Julie B. Axelrod
California Bar No. 250165
IMMIGRATION REFORM LAW INSTITUTE
25 Massachusetts Ave., N.W., Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Facsimile: (202) 464-3590
Email: jaxelrod@irli.org

*Counsel for Plaintiffs*