AO 441    Summons in a Civil Action                                                                                                (Page 2)

Civil Action No.   16cv2583-L-BLM                                                         Date Issued:   10/17/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* __The Honorable Jeh Johnson__
was received by me on *(date)* __20 October 2016__   __US Department of Homeland Security__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __Via Certified Mail USPS__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __24 October 2016__                         __Sharon D. Harris__
                                                                        Server's Signature

                                                   __Sharon D. Harris / Office Manager - Legal Assistant__
                                                                        Printed name and title

                                                   __IRLI 25 Massachusetts Avenue NW #335 WDC 20001__
                                                                        Server's address

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

*Plaintiff*

V.

Jeh Johnson, in his official capacity as secretary of The Department of Homeland Security; The Department of Homeland Security

*Defendant*

Civil Action No.  16cv2583-L-BLM

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

    The Honorable Jeh Johnson
    U.S. Department of Homeland Security
    Nebraska Avenue Complex Chapel
    3801 Nebraska Ave., NW
    Washington, D.C., 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Julie B. Axelrod
    25 Massachusetts Ave., NW, Suite 335
    Washington, D.C. 20001
    (202) 232-5590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  10/17/16

John Morrill
*CLERK OF COURT*
S/                              D. Juarez
*Signature of Clerk or Deputy Clerk*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   16cv2583-L-BLM

The Whitewater Draw Natural Resource Conservation District; Hereford Natural Resource Conservation District; Arizona Association of Conservation Districts; Californians for Population Stabilization; Scientists and Environmentalists for Population Stabilization; New Mexico Cattlegrowers' Association; Glen Colton; Floridians for Sustainable Population; Ralph Pope



English     Customer Service     USPS Mobile     Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70030500000279816464

**Updated Delivery Day:** Tuesday, October 25, 2016

## Product & Tracking Information

**Postal Product:**     **Features:**
Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 24, 2016, 9:39 am | Arrived at Unit | WASHINGTON, DC 20018 |

Your item arrived at the Post Office at 9:39 am on October 24, 2016 in WASHINGTON, DC 20018.

| | | |
|---|---|---|
| October 21, 2016, 3:28 am | Departed USPS Origin Facility | WASHINGTON, DC 20066 |
| October 21, 2016, 2:06 am | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| October 21, 2016, 1:15 am | Departed USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| October 20, 2016, 10:59 pm | Arrived at USPS Origin Facility | SOUTHERN MD FACILITY, MD 20797 |
| October 20, 2016, 4:56 pm | Acceptance | WASHINGTON, DC 20013 |

## Track Another Package

**Tracking (or receipt) number**

[                   ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

