AO 441    Summons in a Civil Action                                                                    (Page 2)

Civil Action No.___16cv2583-L-BLM___                    Date Issued:_____10/17/16_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _US Attorney General_____

was received by me on *(date)* _20 October 2016_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: _Via Certified Mail USPS_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _24 October 2016_____          _Sharon D. Harris_____
                                                    *Server's Signature*

                                          _Sharon D Harris /office Manager-Legal Assistant_
                                                    *Printed name and title*

                                          _IRLI 25 Massachusetts Avenue NW #335 NW 20001_
                                                    *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

|                                              |                                        |
|----------------------------------------------|----------------------------------------|
|                                              | Civil Action No.    16cv2583-L-BLM     |
| *Plaintiff*                                  |                                        |

V.

Jeh Johnson, in his official capacity as secretary of The
Department of Homeland Security; The Department of
Homeland Security

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. Attorney General
> 950 Pennsylvania Ave, NW
> Washington DC, 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Julie B. Axelrod
> 25 Massachusetts Ave., NW, Suite 335
> Washington, D.C. 20001
> (202) 232-5590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:        10/17/16

John Morrill
*CLERK OF COURT*

S/                    D. Juarez
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

Civil Action No.    16cv2583-L-BLM

The Whitewater Draw Natural Resource Conservation District; Hereford Natural Resource Conservation
District; Arizona Association of Conservation Districts; Californians for Population Stabilization; Scientists
and Environmentalists for Population Stabilization; New Mexico Cattlegrowers' Association; Glen Colton;
Floridians for Sustainable Population; Ralph Pope



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — WASHINGTON DC 20013-9998 — NATIONAL CAPITAL STATION — OCT 20 2016

Sent To

U.S Attorney General
950 Pennsylvania Ave NW
Washington, D.C 20530

PS Form

Hasler
10/20/2016
US POSTAGE    $22.05⁰

ZIP 20001
011D11647627

**CERTIFIED MAIL™**

E 0500 0002 7981 6471
E 0500 0002 7981 6471

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

U.S Attorney General
950 Pennsylvania Ave NW
Washington, D.C 20530

U.S Attorney General
950 Pennsylvania Ave NW
Washington, D.C 20530

INTERNATIONALLY
OMS DECLARATION

USPS.COM
PPLIES ONLIN

**PRIOR**
**★ MAIL ★**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

**IRLI IMMIGRATION REFORM LAW INSTITUTE**
25 Massachusetts Avenue, NW, Suite 335 — Washington, DC 20001

U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC  20530

Label 228,

English          Customer Service          USPS Mobile                                              Register / Sign In



# USPS Tracking®

**Still Have Questions?**
**Browse our FAQs ›**


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70030500000279816471

## Product & Tracking Information

**Postal Product:**                **Features:**
                                   Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 24, 2016 , 4:35 am** | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 4:35 am on October 24, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| October 21, 2016 , 1:00 pm | Available for Pickup | WASHINGTON, DC 20530 |
| October 21, 2016 , 11:48 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 21, 2016 , 7:33 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| October 21, 2016 , 3:27 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| October 21, 2016 , 2:06 am | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| October 21, 2016 , 1:15 am | Departed USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| October 20, 2016 , 10:59 pm | Arrived at USPS Origin Facility | SOUTHERN MD FACILITY, MD 20797 |
| October 20, 2016 , 4:56 pm | Acceptance | WASHINGTON, DC 20013 |

## Track Another Package

**Tracking (or receipt) number**

|  | **Track It** |
|---|---|

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

