AO 441    Summons in a Civil Action                                                                                   (Page 2)

Civil Action No.  16cv2583-L-BLM                                    Date Issued: 10/17/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* The Honorable Jeh Johnson
was received by me on *(date)* 20 October 2016    US Department of Homeland Security

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: Via Certified Mail USPS

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 24 October 2016                       *Sharon D. Harris*
                                             Server's Signature

                                             Sharon D. Harris / Office Manager - Legal Assistant
                                             Printed name and title

                                             IRLI 25 Massachusetts Avenue NW #335 WDC 20001
                                             Server's address

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

*Plaintiff*

V.

Jeh Johnson, in his official capacity as secretary of The Department of Homeland Security; The Department of Homeland Security

*Defendant*

Civil Action No.   16cv2583-L-BLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Honorable Jeh Johnson
U.S. Department of Homeland Security
Nebraska Avenue Complex Chapel
3801 Nebraska Ave., NW
Washington, D.C., 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie B. Axelrod
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(202) 232-5590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 10/17/16

John Morrill
*CLERK OF COURT*

S/                              D. Juarez
*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action (Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 16cv2583-L-BLM

The Whitewater Draw Natural Resource Conservation District; Hereford Natural Resource Conservation District; Arizona Association of Conservation Districts; Californians for Population Stabilization; Scientists and Environmentalists for Population Stabilization; New Mexico Cattlegrowers' Association; Glen Colton; Floridians for Sustainable Population; Ralph Pope



English    Customer Service    USPS Mobile                                    Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70030500000279816464

**Updated Delivery Day:** Tuesday, October 25, 2016

## Product & Tracking Information

**Postal Product:**                **Features:**
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 24, 2016, 9:39 am | Arrived at Unit | WASHINGTON, DC 20018 |

Your item arrived at the Post Office at 9:39 am on October 24, 2016 in WASHINGTON, DC 20018.

| | | |
|---|---|---|
| October 21, 2016, 3:28 am | Departed USPS Origin Facility | WASHINGTON, DC 20066 |
| October 21, 2016, 2:06 am | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| October 21, 2016, 1:15 am | Departed USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| October 20, 2016, 10:59 pm | Arrived at USPS Origin Facility | SOUTHERN MD FACILITY, MD 20797 |
| October 20, 2016, 4:56 pm | Acceptance | WASHINGTON, DC 20013 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

