JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0169
Facsimile: (202) 305-0506
shawn.shugert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-2583 <br><br> **DEFENDANTS' NOTICE OF APPEARANCE** |

Defendants hereby enter the appearance of S. Derek Shugert, United States Department of Justice, as counsel of record on behalf of the Defendants in this matter.

Mr. Shugert may be served electronically through the ECF system, or as set forth below.

<u>For Deliveries by U.S. Mail:</u>
S. Derek Shugert
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20004-7611

<u>For Overnight or Hand Deliveries:</u>
S. Derek Shugert
DOJ -- ENRD, Room 2121
Patrick Henry Building
601 D Street, NW
Washington, DC 20004

Mr. Shugert's telephone number is (202) 305-0169; his facsimile number is (202) 305-0506; and his email address is shawn.shugert@usdoj.gov.

Respectfully submitted on this 22nd day of November, 2016.

        JOHN C. CRUDEN
        Assistant Attorney General
        Environment and Natural Resources Division

        */s/ S. Derek Shugert*
        S. DEREK SHUGERT
        Trial Attorney
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 305-0169
        (202) 305-0506 (fax)
        shawn.shugert@usdoj.gov

        *Attorney for Defendants*

**<u>Certificate of Service</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

<u>*/s/ S. Derek Shugert*</u>
S. Derek Shugert
*Attorney for Defendants*