JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

Devin T. Kenney (UT Bar No. 15647)
Trial Attorney
Natural Resources Section
601 D Street NW, Suite 3137
Washington, DC  20004
devin.kenney@usdoj.gov; ph: (202) 532-3351

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.* | Case No. 3:16-cv-2583 |
| Plaintiffs, | **DEFENDANTS' NOTICE OF APPEARANCE** |
| v. | |
| JOHNSON, *et al.*, | |
| Federal Defendants. | |

Defendants hereby enter the appearance of Devin T. Kenney, United States Department of Justice, as counsel of record on behalf of the Federal Defendants in this matter.  Mr. Kenney's contact information is as follows:

| | |
|---|---|
| **For Deliveries by U.S. Mail:** | **For Overnight or Hand Deliveries:** |
| Devin T. Kenney<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044 | Devin T. Kenney<br>DOJ -- ENRD, Room 2121<br>Patrick Henry Building<br>601 D Street NW<br>Washington, DC 20004 |

Mr. Kenney's telephone number is (202) 532-3351; his facsimile number is (202) 305-0506; and his email address is devin.kenney@usdoj.gov. Counsel has registered for electronic filing with the United States District Court for the District of Arizona using the email address set forth above.

Respectfully submitted on this 29th day of November, 2016.

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Devin T. Kenney*
DEVIN T. KENNEY
Trial Attorney
Natural Resources Section
601 D Street, NW, Suite 31374
devin.kenney@usdoj.gov
ph: (202) 532-3351
fax: (202) 305-0506

*Attorneys for Federal Defendants*

### Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

*/s/ Devin T. Kenney*
Devin T. Kenney
*Attorney for Defendants*