

**United States District Court**
SOUTHERN DISTRICT OF CALIFORNIA

Print Form

Whitewater Draw NRCD et al.
    Plaintiff,
v.
Johnson et al.
    Defendant.

Civil No. 16-cv-02583-L-BLM

## PRO HAC VICE APPLICATION

Whitewater Draw NRCD et al.
Party Represented

I, __Lesley Blackner__ hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Blackner, Stone, and Associates
Street address: 340 Royal Poinciana Way Ste 317-377
City, State, ZIP: Palm Beach, FL 33480
Phone number: 561-659-5754
Email: lesleyblackner@gmail.com

That on __5/22/1987__ I was admitted to practice before __Florida Supreme Court__
         (Date)                                           (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____   Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Julie Beth Axelrod                          202-232-5590
(Name)                                      (Telephone)

Immigration Reform Law Institute
(Firm)

25 Massachusetts Avenue, NW, Suite 335      Washington, DC           20001
(Street)                                    (City)                   (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)