

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Print Form

Whitewater Draw NRCD et al.

**Plaintiff,**

v.

Johnson et al.

**Defendant.**

Civil No. 16-cv-02583-L-BLM

## PRO HAC VICE APPLICATION

Whitewater Draw NRCD et al.
Party Represented

I, **Dale L. Wilcox** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Immigration Reform Law Institute
Street address: 25 Massachusetts Ave, NW, Suite 335
City, State, ZIP: Washington, DC 20001
Phone number: 202-232-5590
Email: dwilcox@irli.org

That on **11/6/2015** (Date) I was admitted to practice before **Court of Appeals of DC** (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case
Case Number _____ Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Julie Beth Axelrod
(Name)

202-232-5590
(Telephone)

Immigration Reform Law Institute
(Firm)

25 Massachusetts Avenue, NW, Suite 335
(Street)

Washington, DC
(City)

20001
(Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)