JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
DEVIN T. KENNEY, UT Bar No. 15647
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax:  (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone:  (415) 744-6491
Fax:  (415) 744-6476
david.glazer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |

The parties have conferred and respectfully request a sixty-day extension of the deadline for Federal Defendants to respond to Plaintiffs' Complaint, which would make a responsive pleading due on February 27, 2017.  In support of this motion, the parties state the following:

1. On October 26, 2016, Plaintiffs effected service of their Complaint upon the United States Attorney for the Southern District of California, after having already effected service on the Attorney General and Defendants under Rule 4(i)(2) of the Federal Rules of Civil Procedure.

2. Under Rule 12(a)(2) of the Federal Rules of Civil Procedure, Federal Defendants' response to Plaintiffs' complaint is due on December 27, 2016.

3. Given the breadth of the allegations in the Complaint and existing scheduling conflicts for Federal Defendants in late December and January, counsel for the Federal Defendants request additional time to respond to Plaintiffs' complaint.  Plaintiffs do not object to that request.

Accordingly, the parties hereby agree to an extension, until February 27, 2017, for Federal Defendants to respond to the Complaint and request that the Court enter an order granting such an extension.

Respectfully submitted on this 8th day of December, 2016.

| | |
|---|---|
| */s/ Julie B. Axelrod* | JOHN C. CRUDEN |
| (Authorized on December 8, 2017) | Assistant Attorney General |
| Julie B. Axelrod | Environment & Natural Resources |
| Immigration Reform Law Institute | Division |
| 25 Massachusetts Ave., NW, Suite 335 | |
| Washington, D.C., 20001 | */s/ S. Derek Shugert* |
| Telephone: (202) 232-5590 | S. Derek Shugert |
| | U.S. Department of Justice |
| -and- | Environment & Natural Resources |
| | Division |
| Lesley Blackner | 601 D Street, NW, Suite 31374 |
| 340 Royal Poinciana Way | Washington, DC 20004 |
| Suite 317-377 | Telephone: (202) 305-0169 |
| Palm Beach, FL | |
| Telephone: (561) 659-5754 | David B. Glazer |
| | 301 Howard Street, Suite 1050 |
| *Attorneys for Plaintiffs* | San Francisco, California |
| | Phone: (415) 744-6491 |
| | Fax: (415) 744-6476 |
| | david.glazer@usdoj.gov |
| | |
| | Devin T. Kenney |
| | U.S. Department of Justice |
| | Environment & Natural Resources |
| | Division |
| | 601 D Street, NW, Suite 31374 |
| | Washington, DC 20004 |
| | Telephone: (202) 532-3351 |
| | |
| | *Attorneys for Federal Defendants* |

**Signature Certification**

  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie Axelrod, counsel for Plaintiffs, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

        */s/ S. Derek Shugert*
        S. Derek Shugert
        Attorney for Federal Defendants