1  JOHN C. CRUDEN
2  Assistant Attorney General
   Environment & Natural Resources Division
3
4  S. DEREK SHUGERT, OH Bar No. 84188
   DEVIN T. KENNEY, UT Bar No. 15647
5  Trial Attorneys
6  U.S. Department of Justice
   Natural Resources Section
7  Environment & Natural Resources Division
8  P.O. Box 7611
9  Washington, D.C. 20044-7611
   Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
10 Fax:  (202) 305-0506
11 shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov
12
   DAVID B. GLAZER, D.C. Bar No. 400966
13 301 Howard Street, Suite 1050
14 San Francisco, California
   Phone:  (415) 744-6491
15 Fax:  (415) 744-6476
16 david.glazer@usdoj.gov
17
                IN THE UNITED STATES DISTRICT COURT
18            SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)
19
20 WHITEWATER DRAW                )
21 NATURAL RESOURCE               )
   CONSERVATION DISTRICT, *et*    )
22 *al*.,                         )
23                                )   Case No. 3:16-cv-2583
            Plaintiffs,           )
24                                )   **PROOF OF SERVICE**
25          v.                    )
                                  )
26                                )
27 JOHNSON, *et al*.,             )
                                  )
28          Defendants.           )

                                  1                        3:16-cv-2583

## Certificate of Service

I hereby certify that on December 8, 2016, I electronically filed the foregoing document, Joint Motion for an Extension of Time for Federal Defendants to Respond to Complaint, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

> */s/ S. Derek Shugert*
> S. Derek Shugert
> *Attorney for Federal Defendants*