IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |

For good cause shown, the Joint Motion for an Extension of Time is hereby GRANTED. It is ORDERED that Defendants' response to Plaintiffs' Complaint is due on February 27, 2017.

Dated: December 12, 2016

_____
Hon. M. James Lorenz
United States District Judge

1