JEFFREY WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

DEVIN T. KENNEY, UT Bar No. 15647
S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax:  (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California 94015
Phone:  (415) 744-6491
Fax:  (415) 744-6476
david.glazer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KELLY, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |

The parties have conferred and respectfully request a sixty-day extension of the deadline for Federal Defendants to respond to Plaintiffs' Complaint, which would make a responsive pleading due on April 28, 2017. In support of this motion, the parties state the following:

1. Under Rule 12(a)(2) of the Federal Rules of Civil Procedure, Federal Defendants' response to Plaintiffs' complaint was due on December 27, 2016.

1. On December 8, 2016, Defendants filed a Joint Motion for an Extension of Time for Federal Defendants to Respond to Plaintiffs' Complaint. The Court granted Defendants' motion on December 12, 2016, providing that a response to the Complaint would be due February 27, 2017.

3. Given the breadth of the allegations in the Complaint and the press of recent business at the Department of Homeland Security, counsel for the Federal Defendants request additional time to respond to Plaintiffs' complaint. Plaintiffs do not object to that request.

Accordingly, the parties hereby agree to an extension, until April 28, 2017, for Federal Defendants to respond to the Complaint and request that the Court enter an order granting such an extension.

Respectfully submitted on this 15th day of February, 2017.

| | |
|---|---|
| */s/ Julie B. Axelrod* | JEFFREY WOOD |
| (Authorized on February 15, 2017) | Acting Assistant Attorney General |
| Julie B. Axelrod | Environment & Natural Resources |
| Immigration Reform Law Institute | Division |
| 25 Massachusetts Ave., NW, Suite 335 | |
| Washington, D.C., 20001 | */s/ Devin T. Kenney* |
| Telephone: (202) 232-5590 | Devin T. Kenney |
| | U.S. Department of Justice |
| -and- | Environment & Natural Resources |
| | Division |
| Lesley Blackner | 601 D Street, NW, Suite 31374 |
| 340 Royal Poinciana Way | Washington, DC 20004 |
| Suite 317-377 | Telephone: (202) 532-3351 |
| Palm Beach, FL | |
| Telephone: (561) 659-5754 | David B. Glazer |
| | 301 Howard Street, Suite 1050 |
| *Attorneys for Plaintiffs* | San Francisco, California |
| | Phone:  (415) 744-6491 |
| | Fax:  (415) 744-6476 |
| | david.glazer@usdoj.gov |
| | |
| | S. Derek Shugert |
| | U.S. Department of Justice |
| | 601 D Street, NW, Suite 31374 |
| | Washington, DC 20004 |
| | Telephone: (202) 305-0169 |
| | *Attorneys for Federal Defendants* |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie Axelrod, counsel for Plaintiffs, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

          */s/ Devin T. Kenney*
          Devin T. Kenney
          Attorney for Federal Defendants