1  JEFFREY WOOD
2  Assistant Attorney General
   Environment & Natural Resources Division
3
4  DEVIN T. KENNEY, UT Bar No. 15647
   S. DEREK SHUGERT, OH Bar No. 84188
5  Trial Attorneys
6  U.S. Department of Justice
   Natural Resources Section
7  Environment & Natural Resources Division
8  P.O. Box 7611
   Washington, D.C. 20044-7611
9  Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
10 Fax:  (202) 305-0506
11 shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov
12
   DAVID B. GLAZER, D.C. Bar No. 400966
13 301 Howard Street, Suite 1050
14 San Francisco, California 94015
   Phone:  (415) 744-6491
15 Fax:  (415) 744-6476
16 david.glazer@usdoj.gov

17          IN THE UNITED STATES DISTRICT COURT
18        SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

19
20 WHITEWATER DRAW
21 NATURAL RESOURCE
   CONSERVATION DISTRICT, *et*
22 *al*.,
23                                  Case No. 3:16-cv-2583
24         Plaintiffs,
                                    **PROOF OF SERVICE**
25         v.
26
27 KELLY, *et al*.,
28         Defendants.

                              1                    3:16-cv-2583

**Certificate of Service**

I hereby certify that on February 15, 2017, I electronically filed the Joint Motion for an Extension of Time for Federal Defendants to Respond to Complaint, Proposed Order, and this Certificate of Service with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ Devin T. Kenney
Devin T. Kenney
*Attorney for Federal Defendants*