IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KELLY, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion for an Extension of Time is hereby GRANTED. It is ORDERED that Defendants' response, if any, to Plaintiffs' Complaint shall be filed and served no later than April 28, 2017.

IT IS SO ORDERED.

Dated: February 17, 2017

_____
Hon. M. James Lorenz
United States District Judge

1