Julie B. Axelrod
California Bar No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590

James P. Miller
California Bar No. 188266
Law Offices of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT *et al*,<br>　　　　Plaintiffs,<br>v.<br>　　　　KELLY, *et al.*<br>　　　　Defendants. | Case No:<br>16-cv-02583-L-BLM<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE** |

　　Plaintiffs hereby enter the appearance of James P. Miller, as counsel of record on behalf of the Plaintiffs in this matter. Mr. Miller's contact information is as follows:

1

3:16-cv-2583

**For Deliveries by U.S. Mail, Overnight or Hand Deliveries:**

James P. Miller
Law Offices of J.P. Miller, Jr.
181 Rea Ave., Suite 101
El Cajon, CA 92020

Mr. Miller's telephone number is (619) 590-0383; his facsimile number is (619) 590-1681; his email address is jpmiller@jpmillerlaw.com.

Dated: February 27, 2018

Respectfully submitted,

 s/ Jim P. Miller
James P. Miller
California Bar No. 188266
Law Offices of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service of counsel to the parties.

/s/ James P. Miller
James P. Miller
*Counsel for Plaintiffs*