



**United States District Court**
SOUTHERN DISTRICT OF CALIFORNIA

Whitewater Draw NRCD et al.
 Plaintiff,

v.

Kelly, et al.
 Defendant.

Civil No. 16-2583

**PRO HAC VICE APPLICATION**

Whitewater Draw NRCD et al.
Party Represented

I, __Lesley Blackner__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Blackner, Stone, and Associates
Street address: 340 Royal Poinciana Way Ste 317-377
City, State, ZIP: Palm Beach, FL 33480
Phone number: 561-659-5754
Email: lesleyblackner@gmail.com

That on __5/22/1987__ (Date) I was admitted to practice before __Florida Supreme Court__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case Whitewater Draw NRCD et al v. Johnson et al.
Case Number 16-2583                    Date of Application Dec 7, 2016
Application:  ☐ Granted   ☒ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

James Parkeson Miller, Jr.                    619-590-0383
(Name)                                        (Telephone)

Law Offices of J.P. Miller
(Firm)

181 Rea Ave., Suite 101          El Cajon            92020
(Street)                         (City)              (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)