JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

DEVIN T. KENNEY, UT Bar No. 15647
S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax:  (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone:  (415) 744-6491
Fax:  (415) 744-6476
david.glazer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KELLY, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-2583 <br><br> **JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |

1

The parties have conferred and respectfully request a thirty-day extension of the deadline for Federal Defendants to respond to Plaintiffs' Complaint, which would make a responsive pleading due on May 30, 2017 (following the federal holiday on May 29). In support of this motion, the parties state the following:

1.      Under Rule 12(a)(2) of the Federal Rules of Civil Procedure, Federal Defendants' response to Plaintiffs' complaint was due on December 27, 2016.

2.      On December 8, 2016, Defendants filed a Joint Motion for an Extension of Time for Federal Defendants to Respond to Plaintiffs' Complaint. The Court granted Defendants' motion on December 12, 2016, providing that a response to the Complaint would be due February 27, 2017.

3.      On February 15, 2017, Defendants filed a second Joint Motion for an Extension of Time for Federal Defendants to Respond to Plaintiffs' Complaint. The Court granted the motion on February 17, 2017, providing that a response to the Complaint would be due April 28, 2017.

4.      To allow for further review of this case by the Department of Homeland Security and to accommodate upcoming discussions between the Department and Plaintiffs concerning the future course of this case, including settlement discussions, the parties jointly request a further 30-day extension of time to respond to the Complaint, to May 30, 2017. The Parties have scheduled a meeting on May 8, 2017.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Accordingly, the parties hereby agree to an extension, until May 30, 2017, for Federal Defendants to respond to the Complaint and request that the Court enter an order granting such an extension.

Respectfully submitted on this 24th day of April, 2017.

/s/ *Julie B. Axelrod*
(Authorized on April 24, 2017)
Julie B. Axelrod
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C., 20001
Telephone: (202) 232-5590

-and-

Lesley Blackner
340 Royal Poinciana Way
Suite 317-377
Palm Beach, FL
Telephone: (561) 659-5754

-and-

James P. Miller
JP Miller Law
181 Rea Ave., Ste. 101
El Cajon, CA 92020
Telephone: (619) 590-0383

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources
Division

Devin T. Kenney
U.S. Department of Justice
Environment & Natural Resources
Division
601 D Street, NW, Suite 31374
Washington, DC 20004
Telephone: (202) 532-3351

/s/ *David B. Glazer*
David B. Glazer
301 Howard Street, Suite 1050
San Francisco, California
Phone:  (415) 744-6491
Fax:  (415) 744-6476
david.glazer@usdoj.gov

S. Derek Shugert
U.S. Department of Justice
601 D Street, NW, Suite 31374
Washington, DC 20004
Telephone: (202) 305-0169
*Attorneys for Federal Defendants*

3                                3:16-cv-2583

### **Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie Axelrod, counsel for Plaintiffs, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

 /s/ *David B. Glazer*
David B. Glazer
Attorney for Federal Defendants