JEFFREY H. WOOD
Assistant Attorney General
Environment & Natural Resources Division

DEVIN T. KENNEY, UT Bar No. 15647
S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax:  (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone:  (415) 744-6491
Fax:  (415) 744-6476
david.glazer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>KELLY, *et al.*,<br><br>  Defendants. | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE** |

1                                                                3:16-cv-2583

## Certificate of Service

I hereby certify that on April 24, 2017, I electronically filed the Third Joint Motion for an Extension of Time for Federal Defendants to Respond to Complaint, and this Certificate of Service with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ *David B. Glazer*
David B. Glazer
*Attorney for Federal Defendants*