IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>     Plaintiffs,<br><br>          v.<br><br>KELLY, *et al.*,<br><br>     Defendants. | Case No. 3:16-cv-2583-L(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion for an Extension of Time is hereby GRANTED. No later than May 30, 2017, Defendants shall file and serve their response to the complaint, if any.

IT IS SO ORDERED.

Dated: April 25, 2017

*/s/ M. James Lorenz*
Hon. M. James Lorenz
United States District Judge