

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Whitewater Draw Natural Resource Conservation District et al<br><br>**Plaintiff,**<br>V.<br><br>Johnson et al<br><br><br>**Defendant.** | **FILED**<br>5/30/2017<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:    S. Tweedle , Deputy<br><br>Civil No.  16-cv-02583-L-BLM |

**STRICKEN DOCUMENT:**

**Per Order #     28**

26