1  JEFFREY H. WOOD
2  Assistant Attorney General
   Environment & Natural Resources Division
3
4  DEVIN T. KENNEY, UT Bar No. 15647
   S. DEREK SHUGERT, OH Bar No. 84188
5  Trial Attorneys
6  U.S. Department of Justice
   Natural Resources Section
7  Environment & Natural Resources Division
8  P.O. Box 7611
9  Washington, D.C. 20044-7611
   Phone:  (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
10 Fax:  (202) 305-0506
11 shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov
12
   DAVID B. GLAZER, D.C. Bar No. 400966
13 301 Howard Street, Suite 1050
14 San Francisco, California
   Phone:  (415) 744-6491
15 Fax:  (415) 744-6476
16 david.glazer@usdoj.gov

17
                    IN THE UNITED STATES DISTRICT COURT
18              SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)
19
                                          )
20  WHITEWATER DRAW                       )
21  NATURAL RESOURCE                      )
    CONSERVATION DISTRICT, *et*           )
22  *al*.,                                )
23                                        )   Case No. 3:16-cv-2583
              Plaintiffs,                 )
24                                        )   **PROOF OF SERVICE**
25                 v.                     )
                                          )
26                                        )
    KELLY, *et al*.,                      )
27                                        )
28            Defendants.                 )

                                    1                              3:16-cv-2583

## Certificate of Service

I hereby certify that on May 30, 2017, the Federal Defendants' Motion to Stay Litigation and associated papers (including the corrected Memorandum in Support) and this Certificate of Service were filed with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ *David B. Glazer*
David B. Glazer
*Attorney for Federal Defendants*