

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

The Whitewater Draw Natural
Resource Conservation District et al

         **Plaintiff,**
      **V.**

Johnson et al

         **Defendant.**

FILED
5/31/2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:     S. Tweedle , Deputy

**Civil No.**  16-cv-02583-L-BLM

**STRICKEN DOCUMENT:**

**Per Order # 31**

30