JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone: (415) 744-6491
Fax: (415) 744-6476
david.glazer@usdoj.gov

S. DEREK SHUGERT, OH Bar No. 84188
DEVIN T. KENNEY, UT Bar No. 15647
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax: (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN F. KELLY, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-2583 <br><br> **FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY THE LITIGATION OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> Date: July 3, 2017 <br> Time: 10:30 a.m. <br> Courtroom: 5B <br><br> No Oral Argument Unless Requested by the Court <br><br> Hon. H. James Lorenz |

1                                                                       Case No. 3:16-cv-2583

1      PLEASE TAKE NOTICE THAT on July 3, 2017, at 10:30 a.m., before the
2 Honorable H. James Lorenz, in Courtroom 5B of the United States Courthouse for
3 the Southern District of California, located at 221 West Broadway, San Diego,
4 California, John F. Kelly, Secretary of Homeland Security, and the United States
5 Department of Homeland Security will and hereby do move the Court to stay this
6 case and all pending deadlines until September 7, 2017.
7      Because two recently issued Executive Orders require the Department of
8 Homeland Security to review and potentially "rescind[] or revise" many of the
9 immigration-related policies at issue here, potentially rendering much of Plaintiffs'
10 complaint moot, Federal Defendants respectfully move this Court under Local
11 Rule 7.1 to stay this case and all pending deadlines until that review is concluded.
12 Federal Defendants request that this stay remain in place until September 7, 2017,
13 45 days after the conclusion of the review period the Executive Orders require.  At
14 the end of the stay, the parties will submit a joint status report concerning further
15 proceedings in this matter.
16      If this motion is denied, Federal Defendants request 21 days from the date of
17 the Court's Order to respond to the Complaint.
18      A Memorandum of Points and Authorities and in Support of this Motion is
19 filed herewith.
20      This Motion is based upon this Notice and Motion, the accompanying
21 Memorandum of Points and Authorities, the Exhibits filed in support of this
22 Motion, and upon such other evidence as may be received by the Court.
23
24 Dated:  June 1, 2017            Respectfully submitted,
25
                                                JEFFREY H. WOOD
26                                                 Acting Assistant Attorney General
                                                Environment & Natural Resources Division
27
28  2                                                                                                            Case No. 3:16-cv-2583

U.S. Department of Justice

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone:      (415) 744-6491
Fax:         (415) 744-6476
david.glazer@usdoj.gov

*/s/ Devin T. Kenney*
S. DEREK SHUGERT, OH Bar No. 84188
DEVIN T. KENNEY, UT Bar No. 15647
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division

P.O. Box 7611
Washington, D.C. 20044-7611
Phone:      (202) 305-0169 (Shugert)
                 (202) 532-3351 (Kenney)
Fax:         (202) 305-0506
shawn.shugert@usdoj.gov;
devin.kenney@usdoj.gov
*Attorneys for Federal Defendants*

3                                                                                     Case No. 3:16-cv-2583