JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone: (415) 744-6491
Fax: (415) 744-6476
david.glazer@usdoj.gov

S. DEREK SHUGERT, OH Bar No. 84188
DEVIN T. KENNEY, UT Bar No. 15647
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax: (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. KELLY, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE**<br><br>Date: July 3, 2017<br>Time: 10:30 a.m.<br>Courtroom: 5B<br><br>Hon. H. James Lorenz |

1                                                                                                       Case No. 3:16-cv-2583

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2017, the Federal Defendants' Motion to Stay Litigation and associated papers (including the corrected Memorandum in Support) and this Certificate of Service were filed with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

*/s/ Devin T. Kenney*
Devin T. Kenney

2                                                                                                Case No. 3:16-cv-2583