Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>          Plaintiffs,<br><br>       v.<br><br>JOHN F. KELLY, *et al.*,<br><br>          Defendants. | Case No. 3:16-cv-2583<br><br>**PLAINTIFFS' STATEMENT OF REASONS IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS**<br><br>Date: July 3, 2017<br>Time: 10:30 a.m.<br>Courtroom: 5B<br><br>Hon. H. James Lorenz |

Defendants U.S. Department of Homeland Security ("DHS") and U.S. Homeland Security Secretary John F. Kelly, have failed to meet the burden they must establish to obtain a stay of this case and all of its pending deadlines. To meet this burden, Defendants must establish that they would face hardship or inequity in being required to proceed with an answer to the case at this time. Defendants state that two of the Executive Orders issued by the President of the United States on January 25, 2017, may "potentially" result in the withdrawal of a number of the actions named in the Plaintiff's complaint. Defendants have not demonstrated hardship or inequity in being required to go forward with the case until the final results of the policy review is known because they have not shown their defense depends on the policy review. Defendants have not shown that staying this action would ensure government resources are used most appropriately during the Executive Order Review period.

A Memorandum of Points and Authorities in support of Plaintiffs' Opposition to Defendants' Motion to Stay Proceedings is filed herewith.

Dated: June 16, 2017

Respectfully submitted,

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165

Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383