Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*, <br><br>  Plaintiffs, <br><br> v. <br><br> JOHN F. KELLY, *et al.*, <br><br>  Defendants. | Case No. 3:16-cv-2583 <br><br> **PROOF OF SERVICE** <br><br> Date: July 3, 2017 <br> Time: 10:30 a.m. <br> Courtroom: 5B <br><br> Hon. H. James Lorenz |

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, the Plaintiffs' Statement of Reasons in Opposition to Defendants' Motion to Stay and Memorandum of Points and Authorities in Opposition to Defendants' Motion to Stay and associated papers were filed with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590