JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California 94105
Phone: (415) 744-6491
Fax: (415) 744-6476
david.glazer@usdoj.gov

S. DEREK SHUGERT, OH Bar No. 84188
DEVIN T. KENNEY, UT Bar No. 15647
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax: (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>JOHN F. KELLY, *et al.*,<br><br>　　Defendants. | **Case No. 3:16-cv-2583**<br><br>**PROOF OF SERVICE**<br><br>Date and Time: July 3, 2017; 10:30 a.m.<br>Courtroom: 5B<br><br>No Oral Argument Unless Requested by the Court<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, Federal Defendants' Memorandum of Points and Authorities in Support of Reply to Motion to Stay the Litigation and this Certificate of Service were filed with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

*/s/ S. Derek Shugert*
S. Derek Shugert