JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California 94105
Phone: (415) 744-6491
Fax: (415) 744-6476
david.glazer@usdoj.gov

S. DEREK SHUGERT, OH Bar No. 84188
DEVIN T. KENNEY, UT Bar No. 15647
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0169 (Shugert); (202) 532-3351 (Kenney)
Fax: (202) 305-0506
shawn.shugert@usdoj.gov; devin.kenney@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>JOHN F. KELLY, *et al.*,<br><br>　　Defendants. | **Case No. 3:16-cv-2583**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Case No. 3:16-cv-2583

Federal Defendants respectfully request the Court take notice of the withdrawal of Devin T. Kenney as counsel for Federal Defendants.  Mr. Kenney is leaving the United States Department of Justice.  Mr. S. Derek Shugert and Mr. David B. Glazer continue to represent Federal Defendants.

Respectfully submitted on this 19th day of July, 2017.

>JEFFREY H. WOOD
>Acting Assistant Attorney General
>Environment and Natural Resources Division
>
>*/s/ Devin T. Kenney*
>DEVIN T. KENNEY
>Trial Attorney
>Natural Resources Section
>P.O. Box 7611, Ben Franklin Station
>Washington, DC  20044-7611
>Phone:            (202) 532-3351
>Fax:              (202) 305-0506
>devin.kenney@usdoj.gov
>
>*Attorney for Federal Defendants*

2                                                           Case No. 3:16-cv-2583

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

>/s/ *Devin T. Kenney*
>Devin T. Kenney
>*Attorney for Defendants*