JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

DAVID B. GLAZER, D.C. Bar No. 400966
301 Howard Street, Suite 1050
San Francisco, California
Phone: (415) 744-6491
Fax:   (415) 744-6476
david.glazer@usdoj.gov

S. DEREK SHUGERT, OH Bar No. 84188
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0169
Fax:   (202) 305-0506
shawn.shugert@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KELLY, *et al.*,<br><br>Defendants. | No. 3:13-cv-0339 JM JMA<br><br>FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL<br><br>Date: N/A<br><br>Time: N/A<br><br>Hon. H. James Lorenz |

No. 3:16cv2583

Federal Defendants serve notice that David B. Glazer is withdrawing his appearance as co-counsel on behalf of the Federal Defendants. Mr. Glazer is retiring from federal service. S. Derek Shugert will remain as counsel for the Federal Defendants in this action.

Dated: August 4, 2017				Respectfully submitted,

						JEFFREY H. WOOD
						Acting Assistant Attorney General
						Environment & Natural Resources Division

						*/s/ David B. Glazer*
						David B. Glazer
						301 Howard Street, Suite 1050
						San Francisco, California
						Phone: (415) 744-6491
						Fax: (415) 744-6476
						david.glazer@usdoj.gov

						S. Derek Shugert
						U.S. Department of Justice
						Environment & Natural Resources Division
						601 D Street, NW, Suite 31374
						Washington, DC 20004
						Telephone: (202) 305-0169

						*Attorneys for Federal Defendants*

# CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on August 4, 2017, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 4, 2017            /s/*David B. Glazer*
                                                David B. Glazer