IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>JOHN F. KELLY, *et al.*,<br>　　　　Defendants. | Case No. 3:16-cv-2583-L(BLM)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY** |

　　　　Pending before the Court is Defendants' motion to stay. Plaintiffs filed an opposition, and Defendants replied. This matter is submitted on the briefs without oral argument pursuant to Civil Local Rule 7.1.d.1. For the reasons which follow, Defendants' motion is granted.

　　　　"A district court has discretionary power to stay proceedings in its own court under *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005). In considering Defendants' motion, the Court "must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254-55. The movant "must make out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work damage to someone else." *Id.* at 255. The "burden of making out the justice and wisdom of a departure from the beaten track lay[s] heavily on the ... suppliants for relief." *Id.* at 256. A "stay is immoderate

and hence unlawful unless so framed at its inception that its force will be spent within reasonable limits, so far at least as they are susceptible to prevision and description." *Id.* at 257.

Defendants request a stay pending review of certain immigration policies because recent executive orders may have mooted much of this action. They request a stay for 45 days after the conclusion of their review, which they anticipate to expire on September 7, 2017. In their opposition, Plaintiffs assert that the stay is unnecessary given the focus of their complaint, but do not maintain that it would prejudice them. Defendants have shown that unnecessary hardship and burden on government resources would result in the absence of a stay, and the requested stay is brief and closed-ended. In the absence of Plaintiffs' showing of prejudice, Defendants' motion is granted.

This action was filed on October 17, 2016. Prior to filing their motion for stay, Defendants had been granted multiple extensions of time to respond to the complaint. The Court is therefore not inclined to grant any further stays or extensions of time.

Accordingly, it is ordered:

1. Defendants' motion for stay is granted. This action is stayed until **October 6, 2017**.

2. No later than **October 6, 2017,** the parties shall file a joint status report.

3. Defendants shall file a response to the complaint, if any, no later than **October 6, 2017**.

**IT IS SO ORDERED.**

Dated: September 12, 2017

_____
Hon. M. James Lorenz
United States District Judge