JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. KELLY, *et al.*,<br><br>Defendants. | **Case No. 3:16-cv-2583**<br><br><br>**JOINT STATUS REPORT**<br><br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

Pursuant to the Court's Order Granting Defendants' Motion to Stay, ECF No. 37, the parties submit this joint status report. Defendants filed their Motion to Stay the Litigation, ECF No. 32, to provide the Department of Homeland Security ("DHS") with time to comply with Executive Order ("EO") 13767 and EO 13768. As of the date of this filing, DHS has rescinded, superseded, or withdrawn policies that serve as the basis for eleven of Plaintiffs' claims. Contemporaneous with the filing of this Joint Status Report, Defendants are filing a motion to dismiss 32 of Plaintiffs' 36 claims. Defendants request 60 days from the date of the Court's ruling on the motion to dismiss to file an answer to the complaint, and Plaintiffs do not object to that request.

Respectfully submitted,

DATED: October 6, 2017

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By  /s/ S. Derek Shugert
S. DEREK SHUGERT
Environment & Natural Resources Division
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9269
Fax: (202) 305-0506
E-mail: shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

s/ *Julie B. Axelrod*
(Authorized on October 5, 2017)
Julie B. Axelrod
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C., 20001
Telephone: (202) 232-5590

-and-

Lesley Blackner
340 Royal Poinciana Way
Suite 317-377
Palm Beach, FL
Telephone: (561) 659-5754

-and-

James P. Miller
JP Miller Law
181 Rea Ave., Ste. 101
El Cajon, CA 92020
Telephone: (619) 590-0383

*Attorneys for Plaintiffs*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie B. Axelrod, counsel for Plaintiffs, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

Dated: October 6, 2017          /s/ S. Derek Shugert
                                S. DEREK SHUGERT
                                Environment & Natural Resources Division
                                Trial Attorney, Natural Resources Section
                                Post Office Box 7611
                                Washington, D.C. 20044-7611
                                Tel: (202) 514-9269