1   JEFFREY H. WOOD
    Acting Assistant Attorney General
2   Environment & Natural Resources Division
    United States Department of Justice
3

4   S. DEREK SHUGERT, OH Bar No. 84188
    Natural Resources Section
5   Post Office Box 7611
    Washington, D.C. 20044-7611
6   Phone: (202) 514-9269
7   Fax: (202) 305-0506
    shawn.shugert@usdoj.gov
8

9   *Attorneys for Federal Defendants*

10              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
11                 SAN DIEGO DIVISION
12

13                                          **Case No. 3:16-cv-2583**
    WHITEWATER DRAW NATURAL
14  RESOURCE CONSERVATION
    DISTRICT, *et al.*,
15
        Plaintiffs,                         **PROOF OF SERVICE**
16
        v.
17
    JOHN F. KELLY, *et al.*,
18
        Defendants.                         Hon. H. James Lorenz
19

20

21

22

23

24

25

26

27

28
                                            Case No. 3:16-cv-2583

**Certificate of Service**

I hereby certify that on October 6, 2017, I electronically filed the foregoing document, Joint Status Report, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

 */s/ S. Derek Shugert*
S. DEREK SHUGERT
*Attorney for Federal Defendants*

2                                                      Case No. 3:16-cv-2583