JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE C. DUKE[1], *et al.*,<br><br>Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT IN PART FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Date: November 6, 2017<br>No Oral Argument Unless Requested by the Court<br><br>Hon. H. James Lorenz |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of the Department of Homeland Security, Elaine C. Duke, is substituted for her predecessor John F. Kelly.

Case No. 3:16-cv-2583

PLEASE TAKE NOTICE THAT on November 6, 2017, before the Honorable H. James Lorenz, in the United States Courthouse for the Southern District of California, located at 221 West Broadway, San Diego, California, Elaine C. Duke, Acting Secretary of Homeland Security, and the United States Department of Homeland Security will and hereby do move the Court to dismiss, in part, Plaintiffs' Complaint.

Federal Defendants move to dismiss most of the claims in Plaintiffs' complaint as they are not reviewable under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706, fall within explicit exemptions to APA reviewability, or are otherwise committed to agency discretion by law. Several actions are also moot because the underlying policies have been rescinded by the new Administration, they are time-barred, or they fail to state a claim. Federal Defendants ask the Court to dismiss Counts I, II, and III under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

This Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, the Exhibits filed in support of this Motion, and upon such other evidence as may be received by the Court.

Respectfully submitted,

DATED: October 6, 2017

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Edward J. Passarelli, VA Bar No. 16212
Deputy Chief
Natural Resources Section

Stacey Bosshardt, DC Bar No. 458645
Assistant Section Chief
Natural Resources Section

1                                                                                         Case No. 3:16-cv-2583

By   */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9269
Fax: (202) 305-0506
E-mail: shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*