## **Table of Contents of Exhibits**

Exhibit 1:  Table of Claims and Defenses ……………………………..     1

Exhibit 2:  Declaration of Sue Armstrong ……………………………..     6

# EXHIBIT

# 1

| COUNT | DESCRIPTION | LEGAL DEFENSE |
|---|---|---|
| Count I | DHS Instruction Manual (internal guidance for NEPA compliance) | Not final agency action |
| Count II – Action 1 | INS Legal Opinion 98-10 (authority to Parole Applicants) | Not final agency action<br>Barred by SOL |
| Count II – Action 2 | January 2010, Directive 11002.1 (parole of arriving aliens with a credible fear) | Not final agency action<br>Barred by SOL |
| Count II – Action 3 | November 15, 2013, Policy Memorandum 602-0091, (parole-in-place program for relatives of military members and veterans) | Not final agency action |
| Count II – Action 4 | November 2014 Memorandum (expands eligibility for the military parole program) | Not final agency action |
| Count II – Action 5 | October 27, 2011, announcement (creation of parole for caregivers of critical medical or special needs individuals) | Not final agency action |
| Count II – Action 6 | November 2014  Directive (to provide consistency regarding advance parole) | Not final agency action |
| Count II – Action 7 | July 26, 2016, announcement of the Central American Minors Refugee and Parole Program | Not final agency action<br>Partially moot |
| Count II – Action 8 | December 18, 2014 Haitian Family Reunification Parole Program | Not final agency action |
| Count II – Action 9 | Categorical Exclusion determination in issuing a final rule on parole for "international entrepreneurs" at 82 FR 5238-01 | Not the subject of this motion to dismiss |
| Count II – Action 10 | 8 U.S.C. § 1254a (temporary protected status to individuals from certain countries) | Review precluded by statute |
| Count II – Action 11 | Presidential authority and discretion to authorize Deferred | Review precluded by statute |

| | Enforced Departure as part of his power to conduct foreign relations | |
|---|---|---|
| Count II – Action 12 | March 2, 2011, DHS Policy Memorandum 10072.1 titled "Civil Immigration Enforcement: Priorities for the Apprehension, Detention and Removal of Aliens." | Not final agency action Moot |
| Count II – Action 13 | June 17, 2011, DHS Policy Memorandum 10075.1 titled "Exercising Prosecutorial Discretion Consistent with the Civil Immigration Enforcement Priorities of the Agency for the Apprehension, Detention and Removal of Aliens." | Not final agency action Moot |
| Count II – Action 14 | June 17, 2011, DHS Policy Memorandum 10076.1 titled, "Prosecutorial Discretion: Certain Victims, Witnesses and Plaintiffs." | Not final agency action |
| Count II – Action 15 | November 11, 2011, DHS Memorandum, titled "Case by Case Review of Incoming and Certain Pending Cases," and its two Attachments. | Not final agency action Moot |
| Count II – Action 16 | November 7, 2011, DHS Policy Memorandum 602-055 titled "Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removable Aliens." | Not final agency action |
| Count II – Action 17 | December 29, 2011, announcement of a new detainer form | Not final agency action Moot |

| Count II – Action 18 | December 12, 2012, DHS Memorandum titled "Civil Immigration Enforcement: Guidance on the Use of Detainers in the Federal, State, Local, and Tribal Criminal Justice Systems." | Not final agency action Moot |
|---|---|---|
| Count II – Action 19 | Two memoranda issued on June 15, 2012, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" and "Secretary Napolitano's Memorandum Concerning the Exercise of Prosecutorial Discretion for Certain Removable Individuals Who Entered the United States as a Child" ("DACA"). | Moot |
| Count II – Action 20 | November 13, 2013, DHS Policy Memorandum 602-0093 titled "Adjudication of Adjustment of Status Applications for Individuals Admitted to the United States Under the Visa Waiver Program." | Not final agency action |
| Count II – Action 21 | November 20, 2014, DHS Memorandum titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents." | Moot |
| Count II – Action 22 | November 20, 2014, DHS Memorandum titled "Exercising Prosecutorial Discretion with | Moot |

| | Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents." | |
|---|---|---|
| Count II – Action 23 | November 20, 2014, DHS Memorandum titled "Policies for the Apprehension, Detention and Removal of Undocumented Immigrants." | Moot |
| Count II – Action 24 | November 20, 2014, DHS Memorandum titled "Secure Communities." | Moot |
| Count II – Action 25 | January 3, 2013, publication of rule in the Federal Register (78 Fed. Reg. 536-01, codified at 8 C.F.R. § 212.7) | Review precluded by statute |
| Count II – Action 26 | July 29, 2016, publication of rule in the Federal Register (78 Fed. Reg. 536-01, codified at 8 C.F.R. § 212.7) | Review precluded by statute |
| Count II – Action 27 | April 30, 2009, DHS Memorandum titled "Worksite Enforcement Strategy." | Not final agency action Barred by SOL |
| Count II – Action 28 | November 11, 2013, DHS Policy Memorandum 602-0092 titled "Additional Guidance on Determining Periods of Admission for Foreign Nationals Previously Admitted as H-4 Nonimmigrants who are Seeking H-2 or H-3 Status." | Not final agency action |
| Count II – Action 29 | July 20, 1992, publication of interim rule in Federal Register (57 Fed. Reg. 31-954); and publication of December 11, | Barred by SOL |

| | | |
|---|---|---|
| | 2002, rule in the Federal Register (67 Fed. Reg. 76-256, codified at 8 C.F.R. § 212.1, 212.2, 212.3) | |
| Count II – Action 30 | Categorical Exclusion determination in promulgating 8 CFR § 214.2(f) | Not the subject of this motion to dismiss |
| Count II – Action 31 | March 24, 2015, DHS Policy Memorandum 602-0111 titled "L-1B Adjudications Policy." | Not final agency action |
| Count II – Action 32 | September 17, 2007, publication of rule in the Federal Register (72 Fed. Reg. 53014) and December 12, 2008, update to rule (codified at 8 C.F.R. § 245.24) | Barred by SOL |
| Count II – Action 33 | Newspaper article purporting to discuss a change in DHS policy | Not final agency action |
| Count III – All Actions | Plaintiffs allege that all 33 actions require a Programmatic EIS | Claim fails under 5 U.S.C. § 706(1), (plaintiffs fail to show that DHS failed to take a *discrete* agency action that it was *required* to take) |
| Count IV | Categorical Exclusion determination in issuing a final rule on the STEM OPT Program at 81 FR 13040 | Not the subject of this motion to dismiss |
| Count V | EA issued in 2014 in response to President Obama's memorandum asking agencies to consider the humanitarian aspects of a large influx of unaccompanied children across the southwest border | Not the subject of this motion to dismiss |

# EXHIBIT

# 2

1
2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

3  WHITEWATER DRAW NATURAL
   RESOURCE CONSERVATION
4  DISTRICT, et al.,

5          Plaintiffs,

6              v.

7  JOHN F. KELLY, et al.,

8          Defendants.

No. 3:16-cv-2583

**DECLARATION OF**

**Sue Armstrong**

9

10      I, Sue Armstrong, pursuant to 28 U.S.C § 1746, declare as follows:

11      1. I am the Chief of Staff of the Executive Order Task Force, United States

12         Department of Homeland Security (DHS or the Department) and have served in

13         this position since May 1, 2017. In this role, I am responsible for coordinating

14         and tracking the Department's deliverables under Executive Orders issued since

15         January 2017 and reporting status to senior leadership.  I am also responsible

16         for coordinating the handling of policy documents associated with the

17         Executive Orders, determining whether there are new requirements for DHS

18         components, and determining whether the Department is directed to or directs

19         rescinding of prior guidance.  This is the first declaration I have prepared for

20         this Court.

21      2. In my role as the Chief of Staff to the Executive Order Task Force, I am

22         familiar with  Executive Order ("EO") 13767 titled "Border Security and

23         Immigration Enforcement Improvements" and EO 13768 titled "Enhancing

24         Public Safety in the Interior of the United States," both issued by President

25         Trump on January 25, 2017.

26      3. As a result of EOs 13767 and 13768 and subsequent implementation actions, I

27         am aware that the following policy documents or guidance memoranda, as

28

*Declaration of Sue Armstrong ____ -1-*

Ex. 2
6

identified in Plaintiffs' Complaint, have been rescinded, superseded, withdrawn, or are otherwise no longer in effect:

a. Action 7:  July 26, 2016, announcement related to the Central American Minors Refugee and Parole Program. This action has been partially rescinded, consistent with EO 13767.  The Acting Secretary of DHS rescinded the Central American Minors Parole Program on August 16, 2017 with the publication of a notice in the federal register.  82 Fed. Reg. 38926 (Aug. 16, 2017).  The Central American Minors Refugee Program remains in place;

b. Action 12.  March 2, 2011, DHS Policy Memorandum 10072.1 titled "Civil Immigration Enforcement:  Priorities for the Apprehension, Detention and Removal of Aliens."  This action was rescinded by an implementation memo issued by former Secretary John F. Kelly on February 20, 2017, associated with EO 13767.  This action was also previously rescinded by the former DHS Secretary;

c. Action 13.  June 17, 2011, DHS Policy Memorandum 10075.1 titled "Exercising Prosecutorial Discretion Consistent with the Civil Immigration Enforcement Priorities of the Agency for the Apprehension, Detention and Removal of Aliens."  This action was rescinded by an implementation memo issued by former Secretary John F. Kelly on February 20, 2017, associated with EO 13767.  This action was also previously rescinded by the former DHS Secretary;

d. Action 15.  November 11, 2011, DHS Memorandum titled "Case by Case Review of Incoming and Certain Pending Cases."  This action was rescinded by an implementation memo issued by former Secretary John F. Kelly on February 20, 2017, associated with EO 13767.  This action was also previously rescinded by the former DHS Secretary;

1      e.   Action 17.  December 29, 2011, announcement of a new detainer form;

2      f.   Action 18.  December 12, 2012, DHS Memorandum titled "Civil

3         Immigration Enforcement:  Guidance on the Use of Detainers in the

4         Federal, State, Local and Tribal Criminal Justice Systems."  This action

5         was rescinded by an implementation memo issued by former Secretary

6         John F. Kelly on February 20, 2017, associated with EO 13767.  This

7         action was also previously rescinded by the former DHS Secretary;

8      g.   Action 19.  June 15, 2012 DHS Memorandum issued by Janet Napolitano

9         titled "Exercising Prosecutorial Discretion with Respect to Individuals

10        Who Came to the United States as Children" and June 15, 2012

11        Memorandum issued by John Morton titled "Secretary Napolitano's

12        Memorandum Concerning the Exercise of Prosecutorial Discretion for

13        Certain Removable Individuals who Entered the United States as a

14        Child." The memorandum issued by Janet Napolitano was completely

15        rescinded by a memorandum issued by Acting Secretary Elaine C. Duke

16        on September 5, 2017, however the Duke memorandum does provide for

17        an orderly wind-down of the effects of the Deferred Action for

18        Childhood Arrivals policy.  The memorandum issued by John Morton

19        was partially rescinded by the September 5, 2017 memorandum;

20     h.   Actions 21 and 22.  November 20, 2014, DHS Memorandum titled

21        "Exercising Prosecutorial Discretion with Respect to Individuals Who

22        Came to the United States as Children and with Respect to Certain

23        Individuals Who are the Parents of U.S. Citizens or Permanent

24        Residents." These actions were rescinded by an implementation memo

25        issued by former Secretary John F. Kelly on June 15, 2017, associated

26        with EO 13768;

27     i.   Action 23.  November 20, 2014, DHS Memorandum titled "Policies for

28        the Apprehension, Detention and Removal of Undocumented

*Declaration of Sue Armstrong \_\_\_\_  -3-*

1   Immigrants."  This action was rescinded by an implementation memo
2   issued by former Secretary John F. Kelly on June 15, 2017, associated
3   with EO 13768;
4      j.   Action 24.  November 20, 2014, DHS Memorandum titled "Secure
5   Communities."  This action was rescinded by an implementation memo
6   issued by former Secretary John F. Kelly on June 15, 2017, associated
7   with EO 13768.
8
9   Pursuant to the provisions of 28 U.S.C. § 1746, I declare, under penalty of
10   perjury, and under the laws of the United States that the foregoing is true and correct.
11   Executed on this 5th day of October, 2017.
12
13
14   _____
15   Sue Armstrong
16   Chief of Staff
     Executive Order Task Force
17   U.S. Department of Homeland Security
18
19
20
21
22
23
24
25
26
27
28

*Declaration of Sue Armstrong* ___ -4-