Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE DUKE, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO AMEND COMPLAINT UNDER RULE 15(a)(1)(B)** |

In response to Defendants' Motion to Dismiss Complaint in Part for Lack of Jurisdiction and Failure to State a Claim, filed on October 6, 2017, Plaintiffs have determined that they should amend their Complaint. Parties have conferred and respectfully request a five-week extension, until Dec. 1, 2017, of the deadline under Rule 15(a)(1)(B) for Plaintiffs to amend their Complaint in response to Defendants' Motion. Parties have also agreed, and respectfully request that the Defendants' response to the Plaintiffs' Amended Complaint be due on January 19, 2018. In support of this motion, parties state the following:

1) Plaintiffs first filed their five count Complaint on October 17, 2016, covering 33 immigration related actions taken by Defendants. Defendants asked Plaintiffs for two extensions "given the breadth of the allegations" and another extension, until May 30, 2017, to pursue settlement negotiations.

2) Defendants asked for a stay to file their answer on May 30, 2017, on the basis that actions then being taken by the executive branch would likely affect the claims in the case. The Court granted the Defendants until October 6, 2017, to file their answer.

3) Defendants filed a partial motion to dismiss Plaintiffs' Complaint on October 6, 2017, addressing Counts I and III and most claims in Count II, but not Counts IV and V and some of the claims in Count II. Defendant

offered numerous legal defenses to Count II, including that eleven of Plaintiffs' claims were moot due to the actions of the executive branch taken since Plaintiffs filed their Complaint. Defendants also allege that some of Plaintiffs challenges are barred by the statute of limitations, not final agency actions, or precluded by statute. See Docket #32, Defendants' Exhibit 1.

4) Plaintiffs believe that amending their Complaint is advisable, especially due to the situation that in the time after the Plaintiffs' complaint was filed and throughout several extensions of time to file an answer, the Department of Homeland Security was adopting numerous discretionary changes in the enforcement and implementation of the nation's immigration laws.

5) Plaintiffs seek a reasonable extension beyond the three weeks given by Rule 15(a)(1)(B) to amend the Complaint, particularly given the necessity of reviewing the large number of actions at issue as well as potentially commissioning updates of Plaintiffs' expert reports. Defendants agree and seek a reasonable extension of the 14 day deadline given to respond to Plaintiffs' Amended Complaint.

6) After conferring, Parties respectfully request that Plaintiffs should have until December 1, 2017 to file their Amended Complaint and Defendants

shall have until January 19, 2018 to respond to Plaintiffs' Amended Complaint.

Dated: October 13, 2017

          Respectfully submitted,

          /s/Julie B. Axelrod
          Julie B. Axelrod
          California Bar. No. 250165
          Immigration Reform Law Institute
          25 Massachusetts Ave, NW, Suite 335
          Washington, D.C. 20001
          Telephone: (202) 232-5590
          Fax: (202) 464-3590
          Email: jaxelrod@irli.org

          Lesley Blackner
          Admitted *Pro Hac Vice*
          Florida Bar No. 654043
          340 Royal Poinciana Way, Suite 317-377
          Telephone: (561) 659-5754
          Email: lesleyblackner@gmail.com

          James P. Miller
          California Bar No. 188266
          Law Office of JP Miller Jr.
          181 Rea Ave, Suite 101
          El Cajon, CA 92020
          Telephone: (619) 590-0383
          Email: jpmiller@jpmillerlaw.com

          *Attorneys for Plaintiffs*

          JEFFREY H. WOOD
          Acting Assistant Attorney General

United States Department of Justice
Environment & Natural Resources Division

Edward J. Passarelli, VA Bar No. 16212
Deputy Chief
    Natural Resources Section

    Stacey Bosshardt, DC Bar No. 458645
    Assistant Section Chief
    Natural Resources Section

    */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 514-9269
Fax:  (202) 305-0506
E-mail:  shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to S. Derek Shugert, counsel for Defendants, and that I have obtained Mr. Shugert's authorization to affix his electronic signature to this document.

/s/ Julie B. Axelrod
Julie B. Axelrod
Attorney for Plaintiffs