# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE DUKE, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**ORDER GRANTING JOINT MOTION [Doc. 40] FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO AMEND COMPLAINT** |

For good cause shown, the Joint Motion for an Extension of Time For Plaintiffs to Amend Complaint is hereby GRANTED. It is ORDERED that Plaintiffs' Amended Complaint is due on December 1, 2017, and Defendants' Response to Plaintiffs' Amended Complaint is due on January 19, 2018.

Dated: October 18, 2017

_____
Hon. M. James Lorenz
United States District Judge