Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE DUKE, *et al.*, | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE** |

Defendants.

**<u>Certificate of Service</u>**

I hereby certify that on November 28, 2017, I electronically filed the Joint Motion for Second Extension of Time to Amend Complaint Under Rule 15(a)(B), Proposed Order, and this Certificate of Service with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

                                       */s/ Julie B. Axelrod*
                                       Julie B. Axelrod
                                       Attorney for Plaintiffs