# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE DUKE, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583-L-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR SECOND EXTENSION OF TIME FOR PLAINTIFFS TO AMEND COMPLAINT** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion for Second Extension of Time for Plaintiffs to Amend Complaint is granted. No later than December 8, 2017, Plaintiffs shall serve and file their amended complaint, if any. No later than January 26, 2017, Defendants shall serve and file their response, if any.

**IT IS SO ORDERED.**

Dated: November 29, 2017

_____
Hon. M. James Lorenz
United States District Judge