# Table of Contents

- ❖ Exhibit 1: DHS Directive Number 023-01 - Implementation of the National Environmental Policy Act ……..………………………………....……………….1
- ❖ Exhibit 2: Department of Homeland Security: Instruction Manual 023-01-001-01, Revision 01, Implementation of National Environmental Policy Act ……7
- ❖ Exhibit 3: Affidavit of Jessica Vaughan……………………….…………….99
  - ➢ Exhibit A: DHS Programs Creating Population Growth………………...105
  - ➢ Exhibit B: Tables and Graphs of Population Increase Caused by DHS Programs…………………………………………………………………… 127
  - ➢ Exhibit C: Regulations and Policy Memoranda Implementing DHS Programs ……………………………………………………………..….. 133
  - ➢ Exhibit D: How Certain DHS Programs Affect Land on the Southwest Border ……………………………………………………...………….. 176
- ❖ Exhibit 4: The Impact of Immigration on U.S. Population Growth………….181
- ❖ Exhibit 5: Environmental Impact of Immigration into the U.S ………...……195
- ❖ Exhibit 6: Affidavit of Fred Davis……………………………………………313
- ❖ Exhibit 7: Affidavit of Peggy Davis…………………………………....……..327
- ❖ Exhibit 8: Affidavit of Richard D. Lamm……………………………………338
- ❖ Exhibit 9: Affidavit of Don Rosenberg………………………………………351
- ❖ Exhibit 10: Declaration of Claude Willey……………………………………365

- ❖ Exhibit 11: Affidavit of Ric Oberlink……………………………………….378
- ❖ Exhibit 12: Affidavit of Richard Schneider…………………………………390
- ❖ Exhibit 13: Affidavit of Stuart Hartley Hurlbert……………………………407
- ❖ Exhibit 14: Affidavit of Glen Colton……………………………………….427
- ❖ Exhibit 15: Affidavit of Caren Cowan……………………………………...440
- ❖ Exhibit 16: Affidavit of John Ladd…………………………………………446
- ❖ Exhibit 17: Affidavit of John Charles Oliver……………………………….457
- ❖ Exhibit 18: Affidavit of Ralph D. Pope……………………………………..476
- ❖ Exhibit 19: Presidential Memorandum - Response to the Influx of Unaccompanied Alien Children Across the Southwest Border…………….567
- ❖ Exhibit 20: Programmatic Environmental Assessment for Actions to Address an Increased Influx of Unaccompanied Alien Children and Family Units Across the Southwest Border……………………………………………………….570
- ❖ Exhibit 21: Final Finding of No Significant Impact - For the Proposed U.S. Immigration and Customs Enforcement South Texas Family Residential Center……………………………………………………………………….605