# EXHIBIT 19

<u>Affidavit of John Charles Oliver</u>

Exhibit 17
457

<u>AFFIDAVIT OF JOHN CHARLES OLIVER</u>

BEFORE ME, the undersigned authority, personally appeared, John Charles Oliver who upon being first duly sworn, states as follows:

1.  My name is John Charles Oliver (Jack) and I currently reside at 812 Lighthouse Drive, Apt. C, North Palm Beach, Florida. I have lived in South Florida for a total of 28 years. I moved to Ft. Lauderdale Florida from Northeast Ohio in 1973 and lived in South Florida until 1986. I moved back to Florida in 2001 and have lived here continuously since 2001. Having moved out of Florida for 15 years and then returning gives me a unique perspective on how massive, unrestricted population growth has impacted the quality of life for Floridians.

2.  I graduated from high school in Geneva, Ohio in 1968 and attended night school at the Ashtabula branch of Kent State University for two years taking classes in business administration, history, sociology, and political science. In 1968, I began a career in construction as a plaster labor and drywall apprentice. I have worked in the construction trade for 43 years as a skilled tradesman, an independent sub-contractor, a supervisor for a large drywall company, and a supervisor for a custom home builder. I completed my basic and advanced scuba diving certification and worked as an assistant dive instructor for the Dive Shop of Ft. Lauderdale for two years. I have done extensive diving and fishing on the reefs

1

Exhibit 17
458

of Broward and Palm Beach Counties, the Florida Keys, the Bahamas, and Cozumel Mexico.

3.  I have also volunteered my time with several nonprofit organizations. I served as a Scout Leader and instructor in Gallatin, Tennessee with the Boy Scouts of America for 10 years. I was certified in rappelling, rock climbing, whitewater canoeing, and kayaking.

4.  I became active in our nation's immigration debate after my family's livelihood as a drywall tradesman had been decimated. Our family went from having a good upper middle class income to barely making ends meet because of the influx of cheap legal and illegal foreign labor. I have volunteered as Legislative Director for Floridians for Immigration Enforcement since 2007. I also serve as a volunteer with the following nonprofit organizations.

- Director of Floridians for a Sustainable Population www.flsuspop.org
- Florida state advisor for Federation of Immigration Reform www.fairus.org
- Legislative Director for Floridians for Immigration Enforcement www.flimen.org
- Florida state coordinator for The Remembrance Project www.theremembranceproject.org

2

Exhibit 17
459

5.  I moved to Ft. Lauderdale, Florida from Ohio with my wife in 1973. We moved to Ft. Lauderdale to get away from the bitter cold of Northeast Ohio and enjoy year around warm weather and the outdoor activities that were an integral part of the South Florida lifestyle. A wide variety of outdoor activities were available just a short drive from our apartment. Beautiful beaches were a 10 to 20 minute drive from our apartment. At the beach, we could always find a parking place (except during college break). A wide variety of activities were available to do: just bask in the sun, sail on our sunfish sailboat, scuba dive or snorkel on the reefs just off the beach in gin clear water and fish for a wide variety of reef and pelagic species. The Everglades were a short drive west from where we lived. My friend and I would load my canoe on top of my van, take Rt. 84 west to Andytown, at the intersection of Route 84 and Route 27. Andytown really wasn't a town, it was a general store that sold gas, fishing supplies, and cold drinks. Andytown was the last stop before you got on "Alligator Alley." The next 80 miles west was the Everglades where you could enjoy the solitude, bird watching, wildlife, and great fishing. My wife and I also enjoyed horseback riding in Davie Florida, a small town just a short drive from Ft. Lauderdale. In the early 1980s, my wife and I decided to move a little further up the coast to a less populated area so we moved to Boynton Beach. Living there was better for a while but, by 1986 we were seeing the same rapid growth scenario repeat itself in Palm Beach County.

3

Exhibit 17
460

6.  Our son was born in 1984 and our twin daughters were born in 1986. We resided in Florida until 1986, when we moved to Pine Plains, New York, a small rural town. Work was very good for about 5 years, until contractors from Texas began moving into the area with illegal workers. Prices began to fall for the work I did so we could no longer afford to live in New York. We then moved to Gallatin Tennessee, a small town 35 miles northeast of Nashville. The scenario repeated itself in Tennessee. Work was very good for about 5 years, then contractors began to hire illegal labor and my income dropped.  My wife and I separated in 2001. I thought being in a supervisory position would protect me from competing with illegal labor. I contacted the drywall company I worked for as a supervisor in Florida and was immediately hired so I moved back to Florida. I have resided full time in Martin and Palm Beach for the last 15 years.

7.  Ft. Lauderdale was a great place to live in the 1970s, but when I returned rapid growth had changed everything. Upon arriving in Ft. Lauderdale, I was overwhelmed by how much Ft. Lauderdale had changed in the 15 years I had been gone. The traffic was bumper to bumper everywhere I went even though most of the two lane roads had been widened to four lanes. Many of the roads were still in the process of widening so that caused further delays in my commute. The previous half hour commute to work turned into an hour commute. The beaches we had enjoyed became overcrowded and finding a parking place extremely difficult.

4

Exhibit 17
461

The main Ft. Lauderdale beach no longer had parking along the beach. You had to park in parking garages across from the beach and haul your beach chairs, blanket, coolers etc. from the parking garage to the beach. The restaurants we frequented were very crowded and had long wait times to be served. Old neighborhoods we had lived in had deteriorated and homes were in a state of disrepair. Some homes even had bars on the window indicating there was now high crime in the area. Stopping for directions also presented a problem because many of the clerks at the gas stations did not speak English.

8.   The labor force that I was supervising was far different in 2001 than in 1984. In 1984 approximately 90% of the labor force was native born, in 2001 approximately 60% of the labor force was foreign born with Spanish being a predominant language spoken on the job.

9.   Today, the beautiful coral reefs I dived and fished in Broward and Palm Beach County are no longer living. Ninety three percent of hard corals have vanished due to six municipal sewage outfalls, port dredging, and coral bleaching due to carbon acidification caused by the increase of fossil fuels being burned.

10.   Andytown, the last stop before you got on Alligator Alley to go to the Everglades, was demolished in 1979 to make a major super highway interchange. Today, the city of Westin, Florida (population 65,000) now occupies the previous rural area just east of Andytown. Davie, Florida, the small town we enjoyed

5

Exhibit 17
462

horseback riding (in 1970 had a population of 2,800), now has a population of nearly 100,000. Davie also became known as one of the Environmental Protection Agency's (EPA) National Priority Listing Super Fund cleanup sites due to the contamination of groundwater from a landfill located there to accommodate the waste needs of an expanding Broward County population. It was not until 2011 that Broward County's groundwater was certified safe to drink.

11.   Fortunately, the drywall company that re-hired me now had an office 1½ hours north of Ft. Lauderdale in Martin County, and I was able to work out of that office rather than Ft. Lauderdale.  I was absolutely elated to move to Stuart, Florida. I had been there numerous times in the early 1980s and I remembered how beautiful the St. Lucie River Estuary was and what a great small town Stuart was with a nice historical downtown.

12.   My apartment was one block from the river. One of my favorite things to do after I came home from work was to walk a block west to Shepard's Park with my girlfriend. We would sit on the benches facing west and watch all the wildlife as a beautiful sunset was taking place. Every evening like clockwork, a resident dolphin that lived in the estuary would swim by. Herons and other birds would work the shoreline looking for a final meal before night time. Usually everything culminated with a beautiful sunset. Another thing we enjoyed was going on the river with friends and fishing for speckled sea trout and snook. On

6

Exhibit 17
463

these fishing trips to the grass flats, we would often see manatees in the river. Birds were also abundant. It was wonderful seeing ospreys, herons, egrets, and pelicans working the river for their next meal. Fishing was also very good. This was one of my favorite places to be on the water and enjoy the outdoors.

13.  Unfortunately, my enjoyment of this beautiful waterway will become just a fond memory. In the last few years, our beautiful river has taken an environmental hit from which it may never recover. Thousands of new homes built over the decades along the shores were built with septic tanks. Now run off from some 30,000+ septic tanks leaches sewage into the waterway. Along with sewage runoff, we have fertilizer nitrate runoff from the farms, golf courses, and yards. And the final death blow to our beautiful river has been multiple billion gallon discharges of freshwater into our estuary from Lake Okeechobee which has changed the salinity of the estuary. These three things have contributed to the pollution and algae blooms. The river grasses that covered the bottom of the estuary are now dead and the bottom is covered with green slime. These grasses were essential to sustaining the entire food chain of fish, birds, turtles, and marine mammals. Many of the dolphins and manatees have sores on their bodies and some have died. Unfortunately, this scenario is being repeated at an alarming pace in waters across the state. The estuary on the west coast of Florida by Pine Island that was one of my favorite places to fish has also seen declining water quality.

7

Exhibit 17
464

14.  I no longer fish locally offshore on the weekends because it is very difficult to launch your boat on a weekend at ramps near the inlets. Parking lots used to park your boat trailer are full and boats are backed up waiting to launch. If you are lucky enough to launch your boat, the boat traffic on the intercoastal waterways and inlets is congested and dangerous. The counties have begun charging permit fees at the boat ramps that were previously free to use.

15.  When I go fishing now, I take off from work in the middle of the week when the ramp and boat congestion is not as bad. Many species of table fare fish are now heavily regulated due to overharvesting. Numerous reefs in the Florida Keys have become Marine Sanctuaries and are totally off limits to fishing.

16.  In 1970, immigrants and their children comprised 9.8% of Florida's population which totaled 6.7 million--667,000 people.  By 2000, the Florida population of immigrants and their children had risen to about 21%, approximately 3.4 million out of a total state population of 16 million people.   In the following fifteen years Florida's population rose to over 20 million.  By 2015, over 25% of the state population consisted of immigrants and their children--about 5 million. Over a 45 year period that state population grew by about 13.5 million people, and a substantial portion of that huge growth has been legal and illegal immigration.

Florida's rapid population growth has negatively affected every aspect of my enjoyment of the outdoors and quality of life. South Florida is a far different place today than it was in 1973 because of massive population increases. The following statistics are taken from U.S. Census Bureau-figures and compiled by the Bureau

8

Exhibit 17
465

of Economic and Business Research at the University of Florida (2005). *See*,
https://www.bebr.ufl.edu/sites/default/files/FloridaPop2005_0.pdf

|  | **1970** | **2014** |  |
|---|---|---|---|
| Broward | 628,980 | 1,815,269 | 177.09% increase |
| Palm Beach | 353,158 | 1,359,074 | 264.49% increase |
| Martin | 28,460 | 149,658 | 405.48% increase |

## Number of Foreign Immigrants

| 1955-1960 | 1965-1970 | 1975-1980 | 1985-1990 | 1995-2000 |
|---|---|---|---|---|
| 85,302 | 184,526 | 238,831 | 389,868 | 652,606 |

## Foreign Immigrants as a Percentage of Persons Moving to Florida

| 1955-1960 | 1965-1970 | 1975-1980 | 1985-1990 | 1995- 2000 |
|---|---|---|---|---|
| 6.9 | 13.2 | 11.7 | 15.5 | 26.0 |

Sources: 1) U.S. Census Bureau, 1960 Census of Population, "Mobility for States and State Economic Areas", Subject Reports PC(2)-2B, September 1963. 2) U.S. Census Bureau, 1970 Census of Population, "Mobility for States and the Nation", Subject Reports PC(2)-2B, June 1973. 3) U.S. Census Bureau, 1980 Census of Population, "Geographic Mobility for States and the Nation", Subject Reports PC80-2-2A, September 1985. 4) U.S. Census Bureau, Journey to Work and Migration Statistics Branch, 1990 Census Special Tabulation. 5) U.S. Census Bureau, 2000 Census of Population and Housing, PHC-T-22.

17.  Floridians for a Sustainable Population (FSP) was founded in 1994 by

Joyce Tarnow, who, like myself, became concerned about overpopulation and its

9

Exhibit 17
466

negative effects on the environment after reading The *Population Bomb,* published in 1968, by Professor Paul Ehrlich. FSP operates a website:

http://www.flsuspop.org/:

FSP's goals are to educate Floridians that:

> If Florida's population continues its unsustainable growth
> rate, the quality of life for future Floridians will be far
> different than today. It's up to all Floridians to preserve
> and protect our natural resources and open spaces for
> future generations to enjoy. Help save Florida for future
> Floridians.

Ms. Tarnow began her lifelong long career as population activist in at Earth Day in 1970. She went on to form the Miami Chapter of Zero Population Growth (ZPG) that year. She helped found Scientists and Environmentalists for Population Stabilization (SEPS), for which she served as treasurer up until her death. Joyce Tarnow began serving as President of Floridians for a Sustainable Population in 1994, and served as its President until her death in 2014 when I became the new President.  In 2000, she commissioned Numbers USA founder Roy Beck and environmental scientist Leon Kolankiewicz to conduct one of our sprawl studies on Florida to coincide with Florida Overpopulation Awareness Week. "Overpopulation = Sprawl in Florida" (2000). Another Florida sprawl study

was conducted later by Numbers USA. "Vanishing Open Spaces in Florida"

(2014).  A copy of the report is attached hereto. *See*,

https://www.numbersusa.com/resource-download/floridas-vanishing-spaces

18.  FSP is one of three state based environmental/population groups in the

country. The other two groups are in California and Vermont. FSP believes

Florida's population can and must be stabilized to secure a decent quality of life

that is economically viable for all our citizens. Failure to stabilize Florida's

population will result in a loss of essential wildlife habitat necessary to sustain a

healthy environment that Floridians and visitors can enjoy. FSP uses two major

research studies in our educational outreach program.[1] These studies clearly

demonstrate the negative impact overpopulation has had on Florida's environment

and the quality of life for those of us who call Florida home.

19.  My summary of the *Vanishing Open Spaces in Florida* report is as

follows:

- Ninety six percent of the elimination of surrounding farmland and natural

   habitat over the decade was related to the extra demand that all new

---

[1] Leon Kolankiewicz, Roy Beck & Anne Manetas, Vanishing Open Spaces In Florida: Population Growth and Sprawl in the Sunshine State, NumbersUSA (March 2105), https://www.numbersusa.com/sites/default/files/public/assets/resources/files/spawl-study-florida-web.pdf.; Susan Cerulean, Wildlife 2060: What's at stake for Florida? Florida Fish and Wildlife Conservation Commission (Aug. 2008), http://myfwc.com/media/129053/FWC2060.pdf.

11

Exhibit 17
468

residents put on housing, shopping malls, streets, schools, government buildings, waste treatment systems, parking lots, places of work and entertainment, and other facilities and infrastructure.

- The [past decade adds to an unprecedented trend of Florida destruction over more than a quarter of a century. In the 1982-2010 period measured by the National Resources Inventory, 4,186 square miles of Florida's natural and agricultural space were converted into urban and suburban development, resorts, vacation homes, roads, and rural commercial sites.

- Florida continues to add nearly 300,000 new residents a year (3 million a decade)

- Florida's total population rose from 15,982,349 in the year 2000 to 18,801,310 in 2010.

- This addition of 2.82 million residents was the 3rd largest of any state during the decade.

- Most of the state's population growth was the result of federal immigration policies, according to federal data.  New immigrants and births to immigrants during the decade totaled about 1.9 million, equal to two-thirds (67%) of Florida's total population growth.

12

Exhibit 17
469

- The majority of immigrants now live in suburbs where the sprawl occurs. And the adult children of immigrants were found to be just as likely to shun living in high-density core cities as the adult children of natives. In fact, the lower incomes of immigrants were causing immigrants to move to the edges of cities and even to rural settlements beyond the cities to find cheaper housing.

- It is important to emphasize that the sprawl that occurs because of high immigration levels has nothing to do with the quality of immigrants as people or individuals but everything to do with the quantity of population growth that occurs because of immigration.

Another report, *Wildlife 2060: What's at Stake for Florida?* also addresses the implications of endless population growth for Florida's natural heritage. *See,* http://myfwc.com/media/129053/FWC2060.pdf

**Key Findings:**

- Florida's human population may double to 36 million in the next 50 years

- 7 million acres of land could be converted from rural and natural to urban use

13

Exhibit 17
470

- Nearly 3 million acres of existing agricultural lands and 2.7 million acres of native habitat will be claimed by roads, shopping malls and subdivisions

- The addition of 18 million new residents to Florida will intensely heighten the competition between wildlife and humans for land and water resources.

- More than 1.6 million acres of woodland habitat may be lost

- For the most part, the animals and fish that currently live in these habitats will disappear.

- More than 2 million of 7 million acres projected to be developed by 2060 lie within a mile of existing public conservation lands.

- The population of our coastal counties is predicted to double from 12.3 million to more than 26 million by 2060.

- Nesting shorebirds, sea turtles, migrating manatees, fishes and the habitats they all depend on are increasingly pressured by a tide of beachgoers and boaters.

- Floridians now use about 7 billion gallons of water daily, with about 4 billion used by agriculture.

- Some areas of Florida are already using more water than is being recharged to the aquifer. Evidence of this is salt water intrusion into the

14

Exhibit 17
471

aquifer along coastal areas, reduced flow in some of our springs, and sinkholes becoming more frequent.

- In the next decade Florida's population is projected to increase 21% and water usage will increase over a billion gallons of water a daily.

20.  It is of great concern to myself and many Floridians that as our population increases so does the number of species on the endangered and threatened species list. Mass population increases and sprawl in Florida have resulted in loss of essential habitat for many species, most notable our Florida Panther. The estimated number of Florida panthers left, according to Florida Fish and Wildlife Commission (FWC), is 100 to 180. Last year there were 41 panther deaths, 30 of which were road deaths, according to the FWC website. Forty-one is the highest number of panther deaths since the FWC started tracking panthers in the 1980s. Loss of habitat is not the only threat to endangered species such as the panther. Roads such as "Alligator Alley" have been converted from two lane highways to Super Highways connecting major metropolitan areas throughout Florida. These heavily traveled Super Highways cut right through wildlife habitat and become killing zones for the wildlife that live there.

*See*, http://www.wuft.org/news/2016/02/05/florida-panther-killed-by-car/

From FWC's full report on Florida's endangered and threatened species—*See*, http://myfwc.com/media/1515251/threatened-endangered-species.pdf:

15

Exhibit 17
472

**NUMERICAL SUMMARY OF SPECIES**
Listed by the State of Florida as Federally-designated Endangered (**FE**), Federally-designated
Threatened (**FT**), Federally-designated Threatened due to Similarity of Appearance [**FT(S/A)**],
Federal Non-Essential Experimental Population (**FXN**), State-designated Threatened (**ST**), or
State Species of Special Concern (**SSC**).

| STATUS DESIGNATION | FISH | AMPHIBIANS | REPTILES | BIRDS | MAMMALS | INVERTEBRATES | TOTAL |
|---|---|---|---|---|---|---|---|
| FE | 3 | 1 | 4 | 8 | 23 | 12 | 51 |
| FT | 2 | 1 | 6 | 6 | 1 | 15 | 31 |
| FT(S/A) | 0 | 0 | 1 | 0 | 0 | 3 | 4 |
| FXN | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| ST | 3 | 0 | 7 | 5 | 2 | 0 | 17 |
| SSC | 6 | 4 | 6 | 16 | 6 | 4 | 42 |
| **TOTAL** | **14** | **6** | **24** | **36** | **32** | **34** | **146** |

21.  I was raised in Northeast Ohio in the 1950s and 1960s. Many of the
rivers in Ohio that time were so polluted that fish could not live in them. Discharge
from the steel companies turned the rivers a red oxide color and these rivers were
unusable for drinking or recreation. The Cuyahoga River in Cleveland made
national news when it caught on fire in 1969. As a young man who loved the
outdoors, I was very pleased when the National Environmental Policy Act (NEPA)
was passed in 1970 and the EPA was formed. We finally had a government agency
that would clean our water and air. An enforcement agency that would protect and
restore the environment.

22.  Over the years, the EPA has done a lot of great work. Our air and
waterways are much cleaner than when I was a child. Polluters are held

16

Exhibit 17
473

accountable and many toxic waste areas have been designated as SuperFund sites and cleaned up.

23.  I understand NEPA requires federal agencies to determine if proposed actions will have significant environmental effects. What I do not understand is it has been established without question that the doubling and tripling our population through immigration is desirable even though it has a detrimental effect on our environment. "The Baby Boomer" generation was very conscious of the negative footprint a larger population would have on the environment so we made the choice to have smaller families. Responsible family planning assured that our population would stabilize and our human footprint would be smaller. Urban sprawl, loss of wildlife habitat, water shortages, traffic congestion, and water and air pollution were being avoided by a responsible citizenry.

24.  My disappointment with our government is that its own NEPA regulations, that require all Federal agencies to determine the environmental impact of their actions, are being ignored regarding immigration. Perhaps if environmental impact studies on increased immigration numbers had been done as required, we would not be facing all the problems we have today.

17

Exhibit 17
474

FURTHER AFFIANT SAYETH NOT.

_____
John Charles Oliver

Subscribed and sworn to before me on <u>Oct 16, 2016</u>, by JOHN
CHARLES OLIVER.  He is personally known to me or has presented
<u>F l D L</u> as identification.

_____
NOTARY PUBLIC
STATE OF Florida
MY COMMISSION EXPIRES  5/17/18

LAURA J. RIVERA
MY COMMISSION # FF 112344
EXPIRES: May 17, 2018
Bonded Thru Notary Public Underwriters

Exhibit 17
475