# EXHIBIT 3;

<u>Presidential Memorandum: Response to the Influx of Unaccompanied
Alien Children Across the Southwest Border</u>

Exhibit 19
567

10/14/2016        Presidential Memorandum -- Response to the Influx of Unaccompanied Alien Children Across the Southwest Border | whitehouse.gov

Case 3:16-cv-00583-L-BLM   Document 44-20   Filed 12/08/17   PageID.2414   Page 2 of 3



*the* WHITE HOUSE



# Briefing Room

Your Weekly Address

Speeches & Remarks

Press Briefings

Statements & Releases

White House Schedule

**Presidential Actions**

    Executive Orders

    **Presidential Memoranda**

    Proclamations

Legislation

Nominations & Appointments

Disclosures

---

**The White House**
Office of the Press Secretary

---

For Immediate Release                                                  June 02, 2014

SHARE THIS:





# Presidential Memorandum -- Response to the Influx of Unaccompanied Alien Children Across the Southwest Border

MEMORANDUM FOR THE HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

SUBJECT: Response to the Influx of Unaccompanied Alien Children Across the Southwest Border

Case 3:16-cv-02583-L-BLM  Document 44-20  Filed 12/08/17  PageID.2415  Page 3 of 3

The influx of unaccompanied alien children (UAC) across the southwest border of the United States has resulted in an urgent humanitarian situation requiring a unified and coordinated Federal response. Accordingly, I have directed the Secretary of Homeland Security (Secretary) to establish an interagency Unified Coordination Group to ensure unity of effort across the executive branch in responding to the humanitarian aspects of this situation, consistent with the Homeland Security Act of 2002 and Homeland Security Presidential Directive-5 (Management of Domestic Incidents)(HSPD-5), including coordination with State, local, and other nonfederal entities. The Secretary shall establish and manage this Unified Coordination Group consistent with the authorities in 6 U.S.C. 111(b)(1)(D), 112(a)(3), 112(b)(1), 112(c), and HSPD-5. The Secretary has advised me that he will direct the Administrator of the Federal Emergency Management Agency (Administrator), subject to the oversight, direction, and guidance of the Secretary, to serve as the Federal Coordinating Official who shall lead and coordinate the Unified Coordination Group consistent with the functions of the Administrator pursuant to 6 U.S.C. 313, 314(a)(1) and (10). As the Federal Coordinating Official, the Administrator (or his designee) shall lead and coordinate Federal response efforts to ensure that Federal agency authorities and the resources granted to the departments and agencies under Federal law (including personnel, equipment, supplies, facilities, and managerial, technical, and advisory services) are unified in providing humanitarian relief to the affected children, including housing, care, medical treatment, and transportation. The Administrator shall execute these responsibilities consistent with all applicable laws and regulations, including legal requirements governing the appropriate care and custody of UAC.

Nothing in this memorandum alters, or impedes the ability to carry out, the authorities of Federal departments and agencies to perform their responsibilities under law. All Federal departments and agencies are directed to provide their full and prompt cooperation, resources, and support, as appropriate and consistent with their own responsibilities for addressing this situation, and shall cooperate with the Secretary and the Federal Coordinating Official to ensure a unified Federal response. The Secretary shall lead the coordination of the Federal response to this urgent humanitarian situation and other departments and agencies supporting this effort shall provide support to address this situation as appropriate and to the extent permitted by law.

This memorandum does not obligate any agency to reimburse another agency for the resources used to address the UAC humanitarian situation nor does it limit the use of the Economy Act (31 U.S.C. 1535), as appropriate.

BARACK OBAMA



HOME      BRIEFING ROOM      ISSUES      THE ADMINISTRATION      PARTICIPATE      1600 PENN

Exhibit 19

569