1  Julie B. Axelrod
2  California Bar. No. 250165
   Immigration Reform Law Institute
3  25 Massachusetts Ave, NW, Suite 335
4  Washington, D.C. 20001
   Telephone: (202) 232-5590
5  Fax: (202) 464-3590
6
7  Lesley Blackner
   Admitted *Pro Hac Vice*
8  Florida Bar No. 654043
9  340 Royal Poinciana Way, Suite 317-377
   Telephone: (561) 659-5754
10
11 James P. Miller
   California Bar No. 188266
12 Law Office of JP Miller Jr.
13 181 Rea Ave, Suite 101
   El Cajon, CA 92020
14 Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*, | Case No. 3:16-cv-2583 |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Hon. H. James Lorenz |
| KRISTJEN NIELSEN, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, the Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief was filed with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590