

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

The Whitewater Draw Natural
Resource Conservation District et al

                                      **Plaintiff,**

                          V.

Johnson et al

                                 **Defendant.**

| FILED |
| :---: |
| 2018-01-19 |
| CLERK U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY:      A. Sacco , Deputy |

**Civil No.**  16cv2583-L-BLM

**STRICKEN DOCUMENT:**

**Per Order #   46**

45