# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 16-cv-2583-L-BLM |
| TITLE: | The Whitewater Draw Nat. Cons. Dist. et al. v. Johnson et al. |
| E-FILED DATE: 1/19/2018 | DOCUMENT NO.: 45  [Document No.] |
| DOCUMENT TITLE: | Motion to Dismiss |
| DOCUMENT FILED BY: | Defendants |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civ. Loc. Rule 7.1 -- noncompliant hearing date

**IT IS HEREBY ORDERED:**

☐ The document is accepted despite the discrepancy noted above.

☒ The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties.

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated:  January 22, 2018

_____
Hon. M. James Lorenz
United States District Judge