JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**FEDERAL DEFENDANTS' NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS COUNTS I AND II OF THE AMENDED COMPLAINT**<br><br>Date: March 12, 2018<br>No Oral Argument Unless Requested by the Court<br><br>Hon. H. James Lorenz |

1  PLEASE TAKE NOTICE THAT on March 12, 2018, before the Honorable H. James Lorenz, in the United States Courthouse for the Southern District of California, located at 221 West Broadway, San Diego, California, Kirstjen M. Nielsen, Secretary of Homeland Security, and the United States Department of Homeland Security ("DHS") will and hereby do move the Court to dismiss, in part, Plaintiffs' Amended Complaint.

Federal Defendants move to dismiss Counts I and II in Plaintiffs' Amended Complaint.  Count I is not reviewable under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706.  Count II is a non-justiciable programmatic challenge that fails to allege a discrete agency action that DHS was required to take.  Plaintiffs' challenge to the policy known as DACA in Count II further fails because judicial review is precluded under NEPA.  Federal Defendants ask the Court to dismiss Counts I and II under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

This Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, and upon such other evidence as may be received by the Court.

                                          Respectfully submitted,

DATED:  January 22, 2018      JEFFREY H. WOOD
                                          Acting Assistant Attorney General
                                          United States Department of Justice
                                          Environment & Natural Resources Division

                                           Edward J. Passarelli, VA Bar No. 16212
                                           Deputy Chief
                                           Natural Resources Section

                                           Stacey Bosshardt, DC Bar No. 458645
                                           Assistant Section Chief
                                           Natural Resources Section

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By   */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9269
Fax: (202) 305-0506
E-mail: shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

2                                                            Case No. 3:16-cv-2583