JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | **Case No. 3:16-cv-2583** <br><br> **PROOF OF SERVICE** <br><br> Hon. H. James Lorenz |

Case No. 3:16-cv-2583

**Certificate of Service**

I hereby certify that on January 22, 2018, I electronically filed the foregoing document, FEDERAL DEFENDANTS' NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS COUNTS I AND II OF THE AMENDED COMPLAINT, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

                                                */s/ S. Derek Shugert*
                                                S. DEREK SHUGERT
                                                *Attorney for Federal Defendants*