UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT et al., <br><br>　　　　　　　　　Plaintiffs, <br><br>v. <br><br>KRISTJEN NIELSEN, et al., <br><br>　　　　　　　　　Defendants. | Case No.:  16cv2583-L(BLM) <br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS THE COMPLAINT** |

In light of Plaintiffs' filing of the amended complaint, the Federal Defendants' Motion to Dismiss the Complaint in Part for Lack of Jurisdiction and Failure to State a Claim (doc. no. 39) is denied as moot. *See Valdez-Lopez v. Chertoff,* 656 F.3d 851, 857 (9th Cir. 2011) ("it is well-established that an amended complaint supersedes the original, the latter being treated thereafter as non-existent" (internal quotation marks and citations omitted)); *see also Ramirez v. County of San Bernardino,* 806 F.3d 1002, 1008 (9th Cir. 2015).)

**IT IS SO ORDERED.**

Dated:  January 22, 2018

_____
Hon. M. James Lorenz
United States District Judge

1

16cv2583-L(BLM)