Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>Date: March 12, 2018<br>No Oral Argument Unless Requested by the Court<br><br>Hon. M. James Lorenz |

In response to Plaintiffs' Amended Complaint filed on December 8, 2017, Defendants filed a Partial Motion to Dismiss Counts One and Two of the Amended Complaint on January 22, 2018. The parties have conferred and respectfully ask the Court to extend the briefing schedule so that Plaintiffs' have 30 days to oppose Defendants' Motion to Dismiss and Defendants have two weeks to reply to Plaintiffs' Motion to Dismiss. In support of this motion, the parties state the following:

1) Defendants' Counsel filed Defendants' Partial Motion to Dismiss on January 22, 2018, a few days before their Answer to the Plaintiffs' Amended Complaint was due. Defendants' Partial Motion to Dismiss addresses Counts I and II, but not Counts III, IV and V. *See* Docket #47.

2) While Plaintiffs certainly do not want to delay the progression of this case, which has been pending since October 2016, and was stayed during implementation of numerous discretionary changes to the implementation of the nation's immigration program during much of 2017, Plaintiffs do believe a reasonable, approximately two week extension of time to file their Opposition to the Defendants' Motion to Dismiss is necessary for a number of reasons. First, one of Plaintiffs' attorneys is currently incapacitated with a severe flu, and is not yet able to collaborate with counsel on the Opposition to the Motion to Dismiss. Second, because of

the breadth of this case, and other litigation deadlines upcoming for Plaintiffs' counsel, developing a response to Defendants' motion may take longer than the two weeks given by the Rules of Federal Civil Procedure.

3) Plaintiffs' counsel conferred with Defendants' counsel, who had no objection to the extension, and desired a one week extension of the time to reply to the Plaintiffs' Opposition to the Motion to Dismiss. Plaintiffs agreed that a one week extension of the Defendants' reply deadline would be reasonable. Parties therefore respectfully request that Plaintiffs should have until February 21, 2018, to file Opposition to the Defendants' Partial Motion to Dismiss, and Defendants shall have until March 7, 2018, to file their reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

Dated: January 24, 2018

        Respectfully submitted,

        /s/Julie B. Axelrod
        Julie B. Axelrod
        California Bar. No. 250165
        Immigration Reform Law Institute
        25 Massachusetts Ave, NW, Suite 335
        Washington, D.C. 20001
        Telephone: (202) 232-5590
        Fax: (202) 464-3590
        Email: jaxelrod@irli.org

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754
Email: lesleyblackner@gmail.com

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383
Email: jpmiller@jpmillerlaw.com

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Edward J. Passarelli, VA Bar No. 16212
Deputy Chief
Natural Resources Section

Stacey Bosshardt, DC Bar No. 458645
Assistant Section Chief
Natural Resources Section
  */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9269

Fax: (202) 305-0506
E-mail: shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to S. Derek Shugert, counsel for Defendants, and that I have obtained Mr. Shugert's authorization to affix his electronic signature to this document.

/s/ Julie B. Axelrod
Julie B. Axelrod
Attorney for Plaintiffs
