Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE**<br><br>Hon. M. James Lorenz |

**Certificate of Service**

I hereby certify that on January 24, 2018, I electronically filed the Joint Motion to Extend Briefing Schedule, Proposed Order, and this Certificate of Service with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

> */s/ Julie B. Axelrod*
> Julie B. Axelrod
> Attorney for Plaintiffs