# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 16-cv-2583-L(BLM) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Extend Briefing Schedule is GRANTED.  Accordingly, it is ordered as follows:

1.	No later than February 21, 2018, Plaintiffs shall file and serve their opposition, if any, to Defendants' Partial Motion to Dismiss.

2.	No later than March 7, 2018, Defendants shall file and serve their reply, if any, in response to Plaintiff's opposition.

/ / / / /

3. Upon filing the foregoing, the matter shall be deemed submitted on the briefs without oral argument, unless ordered otherwise by the Court.

**IT IS SO ORDERED.**

Dated:  January 25, 2018

_____
Hon. M. James Lorenz
United States District Judge