Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>                    Defendants. | Case No. 3:16-cv-2583<br><br>**PLAINTIFFS' STATEMENT OF REASONS IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS COUNTS I AND II OF THE AMENDED COMPLAINT**<br><br>Date: March 12, 2018<br>No Oral Argument Unless Requested by the Court<br><br>Hon. M. James Lorenz |

Defendants, U.S. Department of Homeland Security ("DHS") and U.S. Homeland Security Secretary Kristjen Nielsen, have failed to show that Counts I and II should be dismissed under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Both Counts are brought under the National Environmental Policy Act ("NEPA") and the Administrative Procedures Act ("APA"), and raise a federal question under 28 U.S.C. § 1331. Both Counts also plead a valid claim for which relief can be granted under NEPA and the APA.

Count I's challenge to DHS's Instruction Manual 023-01-001-01, Revision 1 ("the Instruction Manual") is reviewable under NEPA and the APA because it is a challenge to a rule under 5 U.S.C. (4) (defining a rule as "the whole or part of an agency statement of general or particular applicability and future effect designed to implement, interpret, or prescribe law or policy or describing the organization, procedure, or practice requirements of an agency"). Defendants' objection that the Instruction Manual cannot be challenged because it does not qualify as a rule and is not a final agency action fails. The Instruction Manual is final and binding and thus can be challenged under the APA.

Count II's challenge to DHS' statutory and executive programs under NEPA and the APA is also valid because Plaintiffs identify discrete actions that violate NEPA.

A Memorandum of Points and Authorities in support of Plaintiffs' Opposition to Defendants' Partial Motion to Dismiss Counts I and II of the Amended Complaint is filed herewith.

Dated: February 21, 2018

Respectfully submitted,

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383