Julie B. Axelrod
California Bar. No. 250165
Immigration Reform Law Institute
25 Massachusetts Ave, NW, Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-2583 <br><br> **PROOF OF SERVICE** <br><br><br> Hon. M. James Lorenz |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2018, I electronically filed the foregoing documents, Plaintiffs' Statement of Reasons in Opposition to Defendants' Partial Motion to Dismiss Counts I and II of the Amended Complaint, and Plaintiffs' Memorandum of Points and Authorities Opposing Defendants' Partial Motion to Dismiss, with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ Julie B. Axelrod
Julie B. Axelrod
*Counsel for Plaintiffs*