Attorney for   WHITEWATER DRAW NATURAL
RESOURCE CONSERVATION
DISTRICT, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, et al., | ) ) ) ) | Case No.  16-cv-02583 NOTICE OF CHANGE OF ADDRESS |
| vs. KIRSTJEN NIELSEN, et al. | ) ) ) ) ) | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Julie B. Axelrod

has changed _____ names, __✔__ firms, __✔__ addresses, __✔__ phone numbers, and/or __✔__ fax numbers  as follows.

Current contact information:

Center for Immigration Studies
1629 K Street, N.W. Suite 600
Washington, D.C. 20006
Phone: 925-784-3463; Fax: (202) 466-8076; email: jba@cis.org

DATED:  June 1, 2018 _____        Signature:_____