1

Julie B. Axelrod

2

California Bar. No. 250165
Center for Immigration Studies

3

1629 K Street, NW, Suite 600

4

Washington, D.C. 20006
Telephone: (925) 784-3463

5

Fax: (202) 464-3590

6

7

Lesley Blackner
Admitted *Pro Hac Vice*

8

Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377

9

Palm Beach, FL 33480

10

Telephone: (561) 659-5754

11

James P. Miller

12

California Bar No. 188266
Law Office of JP Miller Jr.

13

181 Rea Ave, Suite 101

14

El Cajon, CA 92020

15

Telephone: (619) 590-0383

16

### THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

17

18

| WHITEWATER DRAW | Case No. 3:16-cv-2583 |

19

| NATURAL RESOURCE
CONSERVATION | |

20

| DISTRICT, *et al.*, | |

21

| | **PROOF OF SERVICE** |

| Plaintiffs, | |

22

23

| v. | |

24

| KIRSTJEN NIELSEN, *et al.*, | Hon. M. James Lorenz |

25

26

| Defendants. | |

27

28

1                                                        Case No: 3:16-CV-2583

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on June 1, 2018, I electronically filed Document # 53, Notice of

3

Change of Address by Julie Beth Axelrod, with the Clerk of Court via the CM/ECF

4

system, which will provide service to counsel for the parties.

5

/s/ Julie B. Axelrod

6

Julie B. Axelrod

7

*Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                                                                              Case No: 3:16-CV-2583