1  JEFFREY H. WOOD
2  Acting Assistant Attorney General
   United States Department of Justice
3  Environment & Natural Resources Division

4
   S. DEREK SHUGERT, OH Bar No. 84188
5  Natural Resources Section
   Post Office Box 7611
6  Washington, D.C. 20044-7611
7  Phone:  (202) 514-9269
   Fax:  (202) 305-0506
8  shawn.shugert@usdoj.gov

9
10 *Attorneys for Federal Defendants*

11                     UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
12                           SAN DIEGO DIVISION
13

| | |
|---|---|
| 14  WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> 16       Plaintiffs, <br><br> 17       v. <br><br> 18  KIRSTJEN M. NIELSEN, *et al.*, <br><br> 19       Federal Defendants. | **Case No. 3:16-cv-2583** <br><br> **JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO ANSWER AMENDED COMPLAINT** <br><br> Hon. H. James Lorenz |

21
22
23
24
25
26
27
28
                                                          Case No. 3:16-cv-2583

The parties have conferred and respectfully request a thirty-day extension of the deadline for Federal Defendants to respond to Plaintiffs' Amended Complaint (ECF No. 44), which would make the answer or a responsive pleading due on November 14, 2018. In support of this motion, the parties state the following:

1. On September 30, 2018, the Court granted Federal Defendants' Partial Motion to Dismiss. Under Federal Rule of Civil Procedure 12(a), Federal Defendants' answer or responsive pleading is currently due October 15, 2018.

2. Counsel of record for Federal Defendants, S. Derek Shugert, is temporarily detailing to another division within the Department of Justice and will be replaced by Barclay Samford in this matter. Mr. Shugert departs the Environment & Natural Resources Division on October 12, 2018. Mr. Shugert will file a notice of substitution of counsel early next week.

3. Mr. Samford will need a short amount of time to become acquainted with the pleadings to prepare and file an answer.

Accordingly, the parties hereby agree to an extension, until November 14, 2018, for Federal Defendants to respond to the Amended Complaint and request that the Court enter an order granting such an extension.

Respectfully submitted,

DATED: October 4, 2018
JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By  */s/ S. Derek Shugert*
S. DEREK SHUGERT
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 514-9269; Fax:  (202) 305-0506
E-mail:  shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Julie B. Axelrod*
(Authorized on October 3, 2018)
Julie B. Axelrod
Center for Immigration Studies
1629 K St, Suite 600
Washington, D.C., 20006
Telephone: (202) 232-5590

Lesley Blackner
340 Royal Poinciana Way
Suite 317-377
Palm Beach, FL
Telephone: (561) 659-5754

James P. Miller
JP Miller Law
181 Rea Ave., Ste. 101
El Cajon, CA 92020
Telephone: (619) 590-0383

*Attorneys for Plaintiffs*

2                                                                 Case No. 3:16-cv-2583

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie Axelrod, counsel for Plaintiffs, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

*/s/ S. Derek Shugert*
S. DEREK SHUGERT
Attorney for Federal Defendants