JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. DEREK SHUGERT, OH Bar No. 84188
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-9269
Fax: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Defendants. | **Case No. 3:16-cv-2583**<br><br>**PROOF OF SERVICE**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

## Certificate of Service

I hereby certify that on October 4, 2018, I electronically filed the foregoing document, JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO ANSWER AMENDED COMPLAINT, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

 /s/ S. Derek Shugert
S. DEREK SHUGERT
*Attorney for Federal Defendants*