# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 3:16-cv-2583<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO ANSWER AMENDED COMPLAINT** |

For good cause shown, the Joint Motion for an Extension of Time for Federal Defendants to Answer Amended Complaint is hereby GRANTED.  It is ORDERED that Federal Defendants' Answer to Plaintiffs' Amended Complaint is due on November 14, 2018.

**IT IS SO ORDERED.**

Dated:  October 5, 2018

_____
Hon. M. James Lorenz
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28