JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Federal Defendants. | **Case No. 3:16-cv-2583** <br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL** <br><br> Hon. H. James Lorenz |

Case No. 3:16-cv-2583

To: The clerk of court and all parties of record:

  Federal Defendants Kirstjen M. Nielsen, in her official capacity as Secretary of Homeland Security, and the Department of Homeland Security ("DHS") (collectively "Federal Defendants"), hereby give notice of the entry of appearance of Clay Samford as counsel in the above-captioned action on behalf of the Federal Defendants. This entry of appearance is made without waiver and with full reservation of any and all defenses to this civil action, including but not limited to insufficiency of process and insufficiency of service of process.

  All files, papers and correspondence to Mr. Samford should be addressed as follows:

    Clay Samford
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    999 18th Street
    South Terrace, Suite 370
    Denver, CO 80202
    Telephone: 303-844-1475
    Telefax: 303-844-1350

    Email: Clay.Samford@usdoj.gov

  Respectfully submitted this 16th day of October, 2018.

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        */s/ Barclay T. Samford*
        BARCLAY T. SAMFORD
        Natural Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Tel.: (303) 844-1475
        Fax: (303) 844-1350

E-mail: clay.samford@usdoj.gov