```
1   JEFFREY H. WOOD
2   Acting Assistant Attorney General
    United States Department of Justice
3   Environment & Natural Resources Division

4
    BARCLAY T. SAMFORD
5   Trial Attorney
    Natural Resources Section
6   Environment & Natural Resources Division
7   U.S. Department of Justice
    999 18th St., South Terrace, Suite 370
8   Denver, CO 80202
9   Telephone:  (303) 844-1475
    Facsimile:   (303) 844-1350
10  Clay.Samford@usdoj.gov
11
12  Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>    Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**PROOF OF SERVICE**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

## Certificate of Service

I hereby certify that on October 16, 2018, I electronically filed the foregoing document, FEDERAL DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Tel.:  (303) 844-1475
Fax:  (303) 844-1350
E-mail:  clay.samford@usdoj.gov

Attorney for the Federal Defendants