JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:   (303) 844-1475
Facsimile:    (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Federal Defendants. | **Case No. 3:16-cv-2583** <br><br><br> **JOINT STATUS REPORT AND JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE** <br><br> Hon. H. James Lorenz |

Case No. 3:16-cv-2583

The undersigned counsel for the parties have conferred and hereby submit the following Joint Status Report and request that the Court enter the proposed schedule for resolution of this case.

Plaintiffs brought suit challenging the Department of Homeland Security's ("DHS") compliance with the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, with regard to an array of programs and actions. *See* Am. Compl. (ECF No. 44). On September 30, 2018, the Court granted Defendants' motion to dismiss Counts I and II of Plaintiffs' Amended Complaint. ECF No. 55.

Remaining before the Court are three counts:

1. Count III – That DHS Categorical Exclusion A3 violated NEPA and the APA.

2. Count IV – That DHS violated NEPA in applying Categorical Exclusion A3 to four regulations.[1]

3. Count V –The DHS violated NEPA in its 2014 Programmatic Environmental Assessment for the "Response to the Influx of Unaccompanied Alien Children."

---

[1] The four regulations are: (1) Adjustments to Limitations on Designated School Official Assignments and Study by F-2 and M-2 Nonimmigrants, 80 Fed. Reg. 23,680 (Apr. 29, 2015); (2) Improving and Expanding Training Opportunities for F-1 Nonimmigrant Students with STEM Degrees and Cap-Gap Relief for All Eligible F-1 Students, 81 Fed. Reg. 13,039 (Mar. 11, 2016); (3) Retention of EB-1, EB-2, and EB-3 Immigrant Workers and Program Improvements Affecting High-Skilled Nonimmigrant Workers, 81 Fed. Reg. 82,398 (Jan. 17, 2017); and (4) the International Entrepreneur Rule, 82 Fed. Reg. 5,238 (Jan. 2017).

1                                                                                           Case No. 3:16-cv-2583

The parties agree that judicial review of these remaining counts is to be conducted pursuant to the APA based upon the Administrative Records for the challenged actions.[2] The parties further agree that under the APA the case is appropriately resolved on the basis of cross-motions for summary judgment without need for trial and ask that the Court enter the schedule set forth below:

1. Defendants shall lodge with Court, and provide to Plaintiffs, the Administrative Records for the challenged decisions on or before **February 12, 2018**.

2. Plaintiffs shall file any motion to supplement or challenge the contents of the Administrative Records on or before **March 12, 2019**. If any such motion is filed, that motion will be briefed and presented in accordance with the local rules. Additionally, the parties shall submit a revised proposed schedule for summary judgment briefing within 10 calendar days following the resolution of any such motion.

3. In the absence of a motion to supplement or challenge the Administrative Records, Plaintiffs shall file their motion for summary judgment on or before **March 29, 2019**.

4. Defendants shall file a combined response to Plaintiffs' motion and a cross-motion for summary judgment on or before **April 29, 2019**.

5. Plaintiff shall file a combined reply in support of their motion for summary

---

[2] The parties agree that because this is an action for review on an administrative record, it is exempt from FED. R. CIV. P. 16(b), and from initial disclosures and FED. R. CIV. P. 26(f), *see* FED. R. CIV. P. 26(a)(1)(B)(i), 26(f)(1).

judgment and in response to Defendants' cross-motion on or before **May 13, 2019**.

6. Defendants shall file a reply in support of their cross-motion for summary judgment on or before **May 27, 2019**.

A proposed order is submitted herewith.

                                           Respectfully submitted,

DATED:  November 20, 2018      JEAN E. WILLIAMS
                                           Assistant Attorney General

                                           */s/ Barclay T. Samford*
                                           BARCLAY T. SAMFORD
                                           Trial Attorney
                                           Natural Resources Section
                                           Environment & Natural Resources Division
                                           U.S. Department of Justice
                                           999 18th St., South Terrace, Suite 370
                                           Denver, CO 80202
                                           Telephone:  (303) 844-1475
                                           Facsimile:   (303) 844-1350
                                           Clay.Samford@usdoj.gov

                                           *Attorneys for Federal Defendants*

                                           */s/Julie Axelrod*
                                           Cal Bar. 250165
                                           Center for Immigration Studies
                                           1629 K Street, NW, Suite 600
                                           Washington, DC 20006
                                           Telephone 703-888-2442

                                           Lesley Blackner
                                           Admitted Pro Hac Vice
                                           Florida Bar No. 654043
                                           340 Royal Poinciana Way, Suite 317-377
                                           Palm Beach, FL
                                           Telephone: (561) 659-5754

James P. Miller
Cal. Bar No. 188266
JP Miller Law
181 Rea Ave., Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie Axelrod, counsel for Plaintiffs, the Waterwater Draw Natural Resources Conservation District, *et al.*, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov