UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>　　Defendants. | Case No. 3:16-cv-2583-L-BLM<br><br>**ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS** |

　　For good cause shown, the Joint Motion for Entry of Proposed Briefing Schedule is **GRANTED.** Accordingly, **IT IS ORDERED** that:

　　1.　Defendants shall lodge with Court, and serve on Plaintiffs, the Administrative Records for the challenged decisions on or before **February 12, 2018**.

　　2.　Plaintiffs shall file any motion to supplement or challenge the contents of the Administrative Records on or before **March 12, 2019**. If any such motion is filed, that motion will be briefed and presented in accordance with the local rules, and the parties shall submit a revised proposed schedule for summary judgment briefing within 10 calendar days following the resolution of any such motion.

　　3.　In the absence of a motion to supplement or challenge the Administrative Records, Plaintiffs shall file their motion for summary judgment on or before **March 29, 2019**.

1

4. Defendants shall file a combined response to Plaintiffs' motion and a cross-motion for summary judgment on or before **April 29, 2019**. The combined memorandum of points and authorities shall not exceed 35 pages in length.

5. Plaintiffs shall file a combined reply in support of their motion for summary judgment and in response to Defendants' cross-motion on or before **May 13, 2019**. The combined memorandum of points and authorities shall not exceed 20 pages.

6. Defendants shall file a reply in support of their cross-motion for summary judgment on or before **May 27, 2019**.

**IT IS SO ORDERED.**

Dated:  November 21, 2018

_____
Hon. M. James Lorenz
United States District Judge