UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 16cv2583-L(BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE** |

　　　　The instant matter was initiated on October 17, 2016 when Plaintiffs filed their original complaint against Defendants.  ECF No. 1.  Since then, the parties have filed several motions, all of which have been addressed by District Judge M. James Lorenz.  On November 14, 2018, Defendants filed their answer to Plaintiffs' amended complaint [ECF No. 59], and on November 20, 2018, the parties filed a "Joint Status Report and Joint Motion for Entry of Proposed Briefing Schedule," in which the parties agreed "the case [would be] appropriately resolved on the basis of cross-motions for summary judgment without need for trial . . . ."  ECF No. 60.  On November 21, 2018, Judge Lorenz issued an order setting the briefing schedule for the parties' respective motions.  ECF No. 61.

　　　　In light of the parties joint status report and motion [see ECF No. 60] and Judge Lorenz's November 21, 2018 order [ECF No. 61], the Court finds it inappropriate to hold an Early Neutral Evaluation and Case Management Conference at this time.

1 **IT IS SO ORDERED**.

3 Dated: 12/10/2018

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge