JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>   Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**UNOPPOSED MOTION FOR STAY OF LITIGATION**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

Federal Defendants hereby move for a temporary stay of the deadlines in this case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Department of Homeland Security ("DHS"). The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the DHS are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The lapse of appropriations has resulted in the furlough of DHS employees responsible for compiling, reviewing, and certifying the administrative records for the majority of the actions at issue in this litigation. As a result of the time already lost during the shutdown, as well as the unknown duration of the lapse in appropriations, Defendants may be unable to meet the February 12, 2019 deadline for production of the administrative records. *See* ECF No. 61.

4. Defendants therefore seek to stay the deadlines in this case until Congress has restored appropriations to the Departments.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Departments. The United

1                                                                                          Case No. 3:16-cv-2583

States requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6.   Counsel for the United States has conferred with counsel for Plaintiffs' and is advised that Plaintiffs do not object to this motion.

7.   The parties further note that upon restoration of funding they will confer and submit for the Court's approval an adjusted briefing schedule.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of litigation deadlines in this case until the Departments are permitted to resume their usual functions.

A proposed order is submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 11, 2019 | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General |
|  | */s/ Barclay T. Samford*<br>BARCLAY T. SAMFORD<br>Trial Attorney<br>Natural Resources Section<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>999 18th St., South Terrace, Suite 370<br>Denver, CO 80202<br>Telephone:  (303) 844-1475<br>Facsimile:   (303) 844-1350<br>Clay.Samford@usdoj.gov |
|  | *Attorneys for Federal Defendants* |