1  JEAN E. WILLIAMS
2  Deputy Assistant Attorney General
   United States Department of Justice
3  Environment & Natural Resources Division

4
   BARCLAY T. SAMFORD
5  Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
7  U.S. Department of Justice
   999 18th St., South Terrace, Suite 370
8  Denver, CO 80202
9  Telephone:  (303) 844-1475
   Facsimile:   (303) 844-1350
10 Clay.Samford@usdoj.gov
11
12 *Attorneys for Federal Defendants*

13                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
14                         SAN DIEGO DIVISION
15

16 | WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, | **Case No. 3:16-cv-2583** |
17 | | |
   | Plaintiffs, | **PROOF OF SERVICE** |
18 | | |
19 | v. | |
   | | Hon. H. James Lorenz |
20 | KIRSTJEN M. NIELSEN, *et al.*, | |
21 | Federal Defendants. | |

22
23
24
25
26
27
28
                                                     Case No. 3:16-cv-2583

## Certificate of Service

I hereby certify that on January 11, 2019, I electronically filed the foregoing document, UNOPPOSED MOTION FOR STAY OF LITIGATION, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Tel.:  (303) 844-1475
Fax:  (303) 844-1350
E-mail:  clay.samford@usdoj.gov

Attorney for the Federal Defendants