# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | **Case No. 3:16-cv-2583** <br><br><br> **ORDER GRANTING MOTION FOR STAY** |

On January 11, 2019, Defendants filed a motion for stay of litigation during to the lapse in federal appropriations. (Doc. No. 63.) According to Defendants, Plaintiffs do not oppose this request. They have not filed an opposition. Accordingly, Defendants' motion is granted as unopposed. Alternatively, the motion is granted pursuant to *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936).

For the foregoing reasons, IT IS HEREBY ORDERED that this case is stayed until Congress has restored appropriations. The stay includes the due dates set in the pending briefing schedule. (Doc. No. 61). No later than two business days after Congress has restored appropriations, Defendants shall file a notice together with a proposed order

1

extending all current due dates commensurate with the duration of the lapse in appropriations.

**IT IS SO ORDERED.**

Dated: January 14, 2019

Hon. M. James Lorenz
United States District Judge