

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

The Whitewater Draw Natural
Resource Conservation District et al

**Plaintiff,**

V.

Johnson et al

**Defendant.**

FILED
1/29/2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  L. Fincher , Deputy

Civil No.  16cv2583-L-BLM

**STRICKEN DOCUMENT:**

Notice of Restoration of Appropriations and Motion
for Proposed Briefing Schedule

**Per Order #    66**

65