JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

On January 15, 2019, the Court granted Defendants' motion to stay this litigation during the lapse in federal appropriations.  ECF No. 64.  As directed by the Court, the Defendants hereby give notice that appropriations have been restored.

The Court also directed Defendants to submit a proposed order which extends the previous deadlines commensurate with the duration of the lapse in appropriations.  ECF No. 64.  The undersigned counsel for the parties have conferred and hereby request that the Court enter the schedule set forth below, which extends the previous deadlines commensurate with the duration of the lapse in appropriations.

1.  Defendants shall lodge with Court, and provide to Plaintiffs, the Administrative Records for the challenged decisions on or before **March 14, 2019**.

2.  Plaintiffs shall file any motion to supplement or challenge the contents of the Administrative Records on or before **April 12, 2019**.  If any such motion is filed, that motion will be briefed and presented in accordance with the local rules.  Additionally, the parties shall submit a revised proposed schedule for summary judgment briefing within 10 calendar days following the resolution of any such motion.

3.  In the absence of a motion to supplement or challenge the Administrative Records, Plaintiffs shall file their motion for summary judgment on or before **April 24, 2019**.

4.  Defendants shall file a combined response to Plaintiffs' motion and a cross-motion for summary judgment on or before **May 24, 2019**.

5. Plaintiffs shall file a combined reply in support of their motion for summary judgment and in response to Defendants' cross-motion on or before **June 7, 2019**.

6. Defendants shall file a reply in support of their cross-motion for summary judgment on or before **June 21, 2019**.

A proposed order is submitted herewith.

                                    Respectfully submitted,

DATED: January 31, 2019        JEAN E. WILLIAMS
                                    Deputy Assistant Attorney General

*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1475
Facsimile: (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

*/s/Julie Axelrod*
Cal Bar. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, DC 20006
Telephone 703-888-2442

Lesley Blackner
Admitted Pro Hac Vice
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377

2                                                                Case No. 3:16-cv-2583

Palm Beach, FL
Telephone: (561) 659-5754

James P. Miller
Cal. Bar No. 188266
JP Miller Law
181 Rea Ave., Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Julie Axelrod, counsel for Plaintiffs, the Waterwater Draw Natural Resources Conservation District, *et al.*, and that I have obtained Ms. Axelrod's authorization to affix her electronic signature to this document.

*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:   (303) 844-1475
Facsimile:    (303) 844-1350
Clay.Samford@usdoj.gov

3                                                         Case No. 3:16-cv-2583