JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>    Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**PROOF OF SERVICE**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

## Certificate of Service

    I hereby certify that on January 31, 2019, I electronically filed the foregoing document, JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

                                */s/ Barclay T. Samford*
                                BARCLAY T. SAMFORD
                                Natural Resources Section
                                999 18th Street, South Terrace, Suite 370
                                Denver, CO  80202
                                Tel.:  (303) 844-1475
                                Fax:  (303) 844-1350
                                E-mail:  clay.samford@usdoj.gov

                                Attorney for the Federal Defendants

1                                                  Case No. 3:16-cv-2583