UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al*.,<br><br>  Plaintiffs,<br><br>  v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>  Defendants. | Case No. 3:16-cv-2583-L-BLM<br><br>**ORDER LIFTING STAY AND GRANTING JOINT MOTION** |

Pursuant to the Joint Motion for Entry of Proposed Briefing Schedule, the stay of this action (*see* doc. no. 64) is lifted, and the following new scheduling order is set:

1.  Defendants shall lodge with Court, and serve on Plaintiffs, the Administrative Records for the challenged decisions on or before **March 14, 2019**.

2.  Plaintiffs shall file any motion to supplement or challenge the contents of the Administrative Records on or before **April 12, 2019**.  If any such motion is filed, that motion will be briefed and presented in accordance with the local rules.  Additionally, the parties shall jointly submit a revised proposed schedule for summary judgment briefing within 10 calendar days following the resolution of any such motion.

3.  In the absence of a motion to supplement or challenge the Administrative Records, Plaintiffs shall file their motion for summary judgment on or before **April 24, 2019**.

4. Defendants shall file a combined response to Plaintiffs' motion and a cross-motion for summary judgment on or before **May 24, 2019**. The combined memorandum of points and authorities shall not exceed 35 pages in length.

5. Plaintiffs shall file a combined reply in support of their motion for summary judgment and in response to Defendants' cross-motion on or before **June 7, 2019**. The combined memorandum of points and authorities shall not exceed 20 pages.

6. Defendants shall file a reply in support of their cross-motion for summary judgment on or before **June 21, 2019**.

**IT IS SO ORDERED.**

Dated:  February 1, 2019

_____
Hon. M. James Lorenz
United States District Judge