JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1475
Facsimile:  (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**FEDERAL DEFENDANTS' NOTICE OF LODGING OF ADMINISTRATIVE RECORDS**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

Federal Defendants, by their undersigned counsel, hereby give notice of the filing of the administrative records in the above captioned case. The records are extremely voluminous and are therefore being submitted for manual filing on a single flash drive. The administrative records will be shipped on this date for over-night delivery to the clerk's office at the United States District Court for the Southern District of California and to counsel for Plaintiffs, Julie Axelrod.

As detailed below, each record is separately certified and indexed. All certifications and indexes are attached.

**1.   Administrative Record for the final rule entitled International Entrepreneur Rule, 82 Fed. Reg. 5238 (Jan. 2017) ("IER Record")**

The IER record consists of 13,836 pages, bates numbered IER00001–IER13836, and is located in the folder named "AR_IER." This record is certified by DHS employee Kevin Cummings. Mr. Cummings's certification and an index to the IER Record is attached hereto as Exhibit 1.

**2.   Administrative Record for the final rule entitled Retention of EB-1, EB-2, and EB-3 Immigrant Workers and Program Improvements Affecting High-Skilled Nonimmigrant Workers, 81, Fed. Reg. 82398 (Jan. 17, 2017) ("AC21 Record")**

The AC21 Record consists of two volumes, both located in the folder named "AR_AC21." Volume I consists of 4,466 pages, bates numbered AC00001—AC04466. Volume II consists of approximately 27,970 public comments on the rule submitted to DHS and identified by individual Document ID numbers. This record is certified by DHS employee Kevin Cummings. Mr. Cummings's certification and indexes to both

volumes of the record are attached hereto as Exhibit 2.

**3.   Administrative Record for the final rule entitled Adjustments to Limitations on Designated School Official Assignments and Study by F-2 and M-2 Nonimmigrants, 80 Fed. Reg. 23,680 (Apr. 29, 2015) ("DSO Record")**

The DSO record consists of 512 pages, bates numbered DSO00001-DSO00512, and is located in the folder named "AR_DSO." This record is certified by DHS employee Sara Shaw. Ms. Shaw's certification and an index to the record is attached hereto as Exhibit 3.

**4.   Administrative Record for the final rule entitled Improving and Expanding Training Opportunities for F-1 Nonimmigrant Students with STEM Degrees and Cap-Gap Relief for All Eligible F-1 Students, 81 Fed. Reg. 13039 (Mar. 11, 2016) ("STEM Record")**

The STEM Record consists of three volumes. Volume I and II are located on the flash drive in a folder named "AR_STEM OPT." Volume I consists of 17,779 pages, bates numbered STEM000001—STEM017779. Volume II consists of approximately 855 public comments on the 2008 interim final rule identified by individual Document ID numbers. Volume III consists of approximately 50,425 public comments on the 2015 proposed rule identified by individual Document ID numbers. The comments in Volume III are available on request. All three volumes of the STEM Record are certified by DHS employee Sara Shaw. Ms. Shaw's declaration and indexes to the three volumes of the record are attached hereto as Exhibit 4.

**5.    Administrative Record for the 2014 Revisions to DHS National Environmental Policy Act Procedures ("DIR Record")**

The DIR Record consists of 464 pages, bates numbered DIR00001–DIR00464, and is located in the folder named "AR_NEPA Directive and Instruction." This record is certified by DHS employee Jennifer D. Hass. Ms. Hass's certification and an index to the DIR Record is attached hereto as Exhibit 5.

**6.    Administrative Record for the 2014 Programmatic Environmental Assessment (EA) and Finding of No Significant Impact (FONSI) for the "Response to the Influx of Unaccompanied Alien Children" and Supplemental EA and FONSI for the Housing of Family Units at the South Texas Family Residential Center, Dilley, TX ("UAC Record").**

The UAC Record consists of 1,818 pages, bates numbered UAC00001–UAC01818, and is located in the folder named "AR_UAC." This record is certified by DHS employee Teresa Pohlman. Dr. Pohlman's certification and the index to the UAC Record are attached hereto as Exhibit 6.

Respectfully submitted,

DATED: March 14, 2019

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

4                                                                                                          Case No. 3:16-cv-2583