# Exhibit 1

1   JEAN E. WILLIAMS
    Deputy Assistant Attorney General
2   United States Department of Justice
    Environment & Natural Resources Division
3

4
    BARCLAY T. SAMFORD
5   Trial Attorney
    Natural Resources Section
6   Environment & Natural Resources Division
    U.S. Department of Justice
7   999 18th St., South Terrace, Suite 370
    Denver, CO 80202
8
    Telephone:   (303) 844-1475
9   Facsimile:   (303) 844-1350
    Clay.Samford@usdoj.gov
10

11
    *Attorneys for Federal Defendants*
12

13              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
14                 SAN DIEGO DIVISION

15

16   WHITEWATER DRAW NATURAL          **Case No. 3:16-cv-2583**
     RESOURCE CONSERVATION
17   DISTRICT, *et al.*,

18        Plaintiffs,

19        v.                          **CERTIFICATION OF**
                                      **ADMINISTRATIVE RECORD**
20   KIRSTJEN M. NIELSEN, *et al.*,

21        Federal Defendants.         Hon. H. James Lorenz

22

23

24

25

26

27

28
                                      Case No. 3:16-cv-2583

CERTIFICATION OF ADMINISTRATIVE RECORD

I, KEVIN CUMMINGS, am a Supervisory Adjudications Officer at U.S. Citizenship and Immigration Services (USCIS), a component of the U.S. Department of Homeland Security (DHS). I am familiar with the administrative and rulemaking files in this office, which was the DHS office with lead responsibility for the final rule entitled, International Entrepreneur Rule, 82 Fed. Reg. 5,238 (Jan. 17, 2017) (IER Final Rule).

I certify that, to the best of my knowledge, information, and belief, the attached index to the Administrative Record was developed by the personnel who developed the IER Final Rule.  I further certify that, to the best of my knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record, and constitute the record documents that DHS considered in issuing the IER Final Rule.

Respectfully submitted,

DATED:  March 11, 2019

KEVIN CUMMINGS
Supervisory Adjudications Officer
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

1                                                          Case No. 3:16-cv-2583

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al*.,<br>　　Plaintiffs,<br><br>　　v.<br><br>KIRSTJEN NIELSEN,<br>Secretary of Homeland Security, *et al*.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:16-cv-02583-L-BLM<br>Judge M. James Lorenz |

## INDEX TO THE CERTIFIED ADMINISTRATIVE RECORD FOR THE FINAL RULE ENTITLED, "INTERNATIONAL ENTREPRENEUR RULE"

**Rulemaking Documents & Other Federal Register Notices**

1. International Entrepreneur Rule, Proposed Rule, Aug. 31, 2016 ......................... IER00001
2. International Entrepreneur Rule, Final Rule, Jan. 17, 2017................................. IER00041
3. Comments Submitted, Proposed Rule, Aug. 2016 .............................................. IER00094
4. Form Revisions, Proposed Rule, Aug. 2016........................................................ IER01333
5. USCIS and EOIR, Eligibility of Arriving Aliens in Removal Proceedings To Apply for Adjustment of Status and Jurisdiction To Adjudicate Applications for Adjustment of Status, Interim rules with request for comments, 71 FR 27585 (May 12, 2006).. IER01481
6. USCIS, Cuban Family Reunification Parole Program, Notice, 72 FR 65588 (Nov. 21, 2007) ................................................................................................................... IER01489
7. USCIS, Agency Information Collection Activities: Application for Advance Permission To Enter as Nonimmigrant Pursuant to Section 212(d)(3)(A)(ii) of the INA, Section 212(d)(13) of the INA, or Section 212(d)(14) of the INA, Form I–192; Revision of a Currently  Approved Collection, 60-Day notice, 79 FR 75579 (Dec. 18, 2014).. IER01490
8. DHS, Employment Authorization for Certain H-4 Dependent Spouses, Final Rule, 80 FR 10284 (Feb. 25, 2015).................................................................................... IER01493
9. USCIS, USCIS Fee Schedule, Final Rule, 81 FR 73292 (Oct. 24, 2016) ........... IER01523

**Secondary Sources**

1. Alicia Robb, Joseph Farhat, "An Overview of the Kauffman Firm Survey" (June 2013) ................................................................................................................... IER01564
2. American Immigration Council, Majority of U.S. Patents Granted to Foreign Individuals, (Apr. 11, 2014)................................................................................... IER01576

3.  Amy Grenier, American Immigration Council, *Majority of US Patents Granted to Foreign Individuals* (Apr. 11, 2014)................................................................IER01579

4.  Angel Capital Association, Connections and Ideas that Drive Returns, https://www.angelcapitalassociation.org/ ...........................................IER01585

5.  Angel Resource Institute, HALO Report (2015), available at http://angelresourceinstitute.org/reports/halo-report-full-version-ye-2015.pdf ...IER01590

6.  AngelBlog, *Angels Finance 27 Times More Startups Than VCs* (2014) .............IER01615

7.  BusinesDictionary.com, Venture Capital Firm....................................................IER01619

8.  California Government, Energy Innovations Small Grant Program......................IER01620

9.  Dane Stangler and Jared Konczal "Give me your entrepreneurs, your innovators: Estimating the Employment  Impact of a Startup Visa", Ewing Marion Kauffman Foundation (Feb. 2013)..........................................................................IER01622

10. Dane Stangler, High-Growth Firms and the Future of the American Economy (Mar. 2010)  .........................................................................................................IER01635

11. David B. Audretsch, Determinants of High-Growth Entrepreneurship (Mar. 28, 2012) .................................................................................................................IER01650

12. David Bier, "America Still Needs a True Entrepreneurship Visa, Senate and House Immigration Bills Fall Short in Attracting Entrepreneurs to America," Competitive Enterprise Institute, No. 185 (Aug. 28, 2013),  available at https://cei.org/sites/defaultlfiles/David%20Bier%20-%20America%20Needs%20a%20True%20Entrepreneurship%20Visa.pdf .......IER01687

13. David M. Hart, Zoltan J. Acs, and Spencer L. Tracy, Jr., SBA, High-tech Immigrant Entrepreneurship in the United States (Jul. 2009)  ...............................IER01697

14. Edward L. Glaeser, Sari Pekkala Kerr, and William R. Kerr "Entrepreneurship And Urban Growth: An Empirical Assessment With Historical Mines", The Review of Economics and Statistics (May 2015)...............................................IER01780

15. Edward L. Glaeser, Sari Pekkala Kerr, and William R. Kerr, "Entrepreneurship And Urban Growth: An Empirical Assessment With Historical Mines," National Bureau of Economic Research (Apr. 2013).........................................................IER01803

16. Encyclopedia.com, Venture Capital  ..................................................................IER01870

17. Entrepreneurship Policy Digest, The Importance Of Young Firms For Economic Growth (Sept. 2015)..........................................................................................IER01878

18. Erik Hurst & Benjamin Wild Pugsley, "What Do Small Businesses Do? Brookings Paper on Economic Activity, no. 2" (Aug. 2011), available at http://www.brookings.edu/~/media/files/programs/es/bpea/2011_fall_bpea_papers/2011_fall_bpea_conference_hurst.pdf ..............................................................................................IER01880

19. Ernst and Young, Venture Capital Insights Report (4th quarter 2014) (Jan. 2015), available at http://www.ey.com/Publication/vwLUAssets/Venture_Capital_Insights_4Q14_-_January_2015/%24FILE/ey-venture-capital-insights-4Q14.pdf ........................IER01944

20. Fundable, Types of Investors, http://www.fundable.com/learn/resources/guides/investor-guide/types-of-investors................................................................................IER01965

21. Government of Canada, How Express Entry Works ...........................................IER01969

2

22. Government of Canada, Start-up Visa Program ...................................................IER01972

23. Government of Canada, What is the minimum investment that I would need to apply for a start-up visa? (last modified Sept. 8, 2016) ........................................................IER01975

24. Jean-Christophe Dumont, Investor Visas in OECD Countries (Sept. 22-23, 2014) .................................................................................................................IER01978

25. Jeffrey Sohl, The Angel Investor Market Articles................................................IER01989

26. Joana Glasner and Gené Teare, CrunchBase sees rise in seed round in 2016 ......IER01997

27. John C. Haltiwanger, Ron S. Jarmin, Javier Miranda, "Who Creates Jobs? Small vs. Large vs. Young" NBER Working Paper No. 16300, (Aug. 2010), available at http://www.nber.org/papers/w16300 ...................................................................IER02005

28. Karl Wennberg, Managing High-Growth Firms: A literature review (2013), OECD: "International Workshop on "Management and Leadership Skills in High-Growth Firms," available at: http://www.oecd.org/cfe/leed/Wennberg_Managing%20a%20HGF.pdf .............................................................................................................IER02058

29. Madeleine Sumption, "Visas for Entrepreneurs: How Countries Are Seeking Out Immigrant Job Creators," (June 13, 2012) Migration Information Source, Migration Institute, available at http://www.migrationpolicy.org/article/visas-entrepreneurs-how-countries-are-seeking-out-immigrant-job-creators ...............................................IER02085

30. Magnus Lofstrom, "Immigrants and Entrepreneurship," Public Policy Institute of California, USA, and IZA, Germany (2014), available at: http://wol.iza.org/articles/immigrants-and-entrepreneurship.pdf .........................IER02091

31. Mark Lennon, CrunchBase Reveals: The Successful Startup Raises $41M, Exits at $242.9M (Dec. 16, 2013), https://techcrunch.com/2013/12/14/crunchbase-reveals-the-average-successful-startup-raises-41m-exits-at-242-9m/ ...................................IER02101

32. Max Marmer, Bjoern Lasse Herrmann, Ertan Dogrultan, Ron Berman, Startup Genome Report Extra on Premature Scaling, Startup Genome Report: Premature scaling v 1.2 (Mar. 2012 ed.), available at https://s3.amazonaws.com/startupcompass-public/StartupGenomeReport2_Why_Startups_Fail_v2.pdf ..............................IER02108

33. National Venture Capital Association, Yearbook 2015 (Mar. 2015) ...................IER02167

34. New American Economy, International Entrepreneur Rule: What Might it Mean For US Workers? (Jul. 10, 2017).........................................................................IER02298

35. Nina Roberts, For foreign tech entrepreneurs, getting a visa to work in the U.S. is a struggle, The Guardian (Sept. 14, 2014), available at http://www.theguardian.com/business/2014/sep/14/foreign-tech-entrepreneurs-visa-us-struggle .....................IER02300

36. OECD, Eurostat-OECD Manual on Business Demography Statistics (2007) .....IER02309

37. OECD, Migrant Entrepreneurship in OECD Countries (2011)...........................IER02406

38. OECD, OECD-Eurostat Manual on Business Demography Statistics (2007), available at: http://www.oecd.org/std/39974460.pdf ............................................IER02472

39. OECD, SMEs, Entrepreneurship, and Innovation (2010) ...................................IER02574

40. R.W. Fairlie. & B.D. Meyer, "The Effect of Immigration on Native Self-employment," Journal of Labor Economics 21:3 (2003), available at: http://people.ucsc.edu/~rfairlie/papers/published/jole%202003%20-%20native%20se.pdf ................................IER02596

3

41. Robert Litan, Start-Up Slowdown; Council on Foreign Relation, (Jan./Feb. 2015), available at https://www.foreignaffairs.com/articles/americas/2014-12-15/start-slowdown ...................................................................................................................IER02628

42. Robert W. Fairlie and Magnus Lofstrom, IZA DP No. 7669, Immigration and Entrepreneurship (Oct. 2013) .................................................................IER02634

43. Robert W. Fairlie, "Kauffman Index of Entrepreneurial Activity, 1996-2011", Ewing Marion Kauffman Foundation, (Mar. 19, 2012) available at http://www.kauffman.org/uploadedfiles/kiea_2012_report.pdf ..........................IER02693

44. Ryan Decker, John Haltiwanger, Ron Jarmin, and Javier Miranda, Journal of Economic Perspectives Vol. 28 No. 3, The Role of Entrepreneurship in US Job Creation and Economic Dynamism (2013) ..................................................................IER02725

45. Serban Mogos et al,(2015), "Defining High Growth Firms. Sustainable Growth, Volatility, and Survival," Proceedings of DRUID15 Conference (June 2015), available at http://druid8.sit.aau.dk/acc_papers/rpq1k6cpebbhti9vh29xudqp3juy.pdf ...........IER02748

46. Sonali Shah, Sheryl Smith, and EJ Reedy, The Kauffman Firm Survey (Feb. 2012) ...................................................................................................IER02787

47. Spencer Tracy Jr., SBA, Accelerating Job Creation in America (July 2011).......IER02810

48. StartupPHL, About StartupPHL, http://startupphl.com/about/ ...........................IER02878

49. Steven J. Davis, R. Jason Faberman, John Haltiwanger, Ron Jarmin, and Javier Miranda, American Economic Journal, *Business Volatility, Job Destruction, and Unemployment* (Apr. 2010)...............................................................................................IER02882

50. Stuart Anderson & Michaela Platzer, "American Made: The Impact of Immigrant Entrepreneurs and Professionals on U.S. Competitiveness," National Venture Capital Association (Nov. 2006) ........................................................................IER02911

51. Stuart Anderson, National Foundation for American Policy, Immigrant Founders and Key Personnel in America's 50 Top Venture-Funded Companies (Dec. 2011) ..........IER02951

52. Stuart Anderson, National Foundation for American Policy, Immigrants and Billion Dollar Startups (Mar. 2016)................................................................IER02972

53. Stuart Anderson, NVCA, American Made 2.0 How Immigrant Entrepreneurs Continue to Contribute to the U.S. Economy.........................................................IER03005

54. Tim Kane, "The Importance of Startups in Job Creation and Job Destruction," Kauffman Foundation Research Series: Firm Formation and Economic Growth, (July 2010) available at http://www.kauffman.org/~/media/kauffman_org/research%20reports%20and%20covers/2010/07/firm_formation_importance_of_startups.pdf ........................................IER03037

55. Tomasz Tunguz, Inflation and Deflation in the Startup Fundraising Market (Apr. 4, 2016) https://tomtunguz.com/median-round-sizes-q1-2016/ .......................................IER03049

56. TruBridge Capitol Partners, Why the `Next Billion Dollar Startup' Is not Always the Next IPO, Forbes, (Apr. 15, 2015), available at http://www.forbes.com/sites/truebridge/2015/04/15/why-next-billion-dollar-startup-not-always-next-ipo/ ..............................IER03053

57. United Kingdom Government, Entrepreneur visa (Tier 1), https://www.gov.uk/tier-1-entrepreneur ...............................................................................................IER03058

4

58. Vivek Wadhwa, et. al., America's New Immigrant Entrepreneurs, Duke University, (Jan. 4, 2007) ................................................................................IER03061

59. Vivek Wadhwa, et. al., America's New Immigrant Entrepreneurs: Then and Now, KAUFFMAN FOUNDATION (Oct. 2012), available at http://www.kauffman.org/what-we-do/research/immigration-and-the-american-economy/americas-new-immigrant-entrepreneurs-then-and-now ...............................................................IER03102

60. Vivek Wadhwa, Foreign-Born Entrepreneurs (2009)...............................IER03134

61. Vivek Wadhwa, The Immigrant Exodus" (Philadelphia: Wharton Digital Press) (2012)[1]

62. Yael Hochberg, Susan Cohen, and Daniel Fehder, SEED Accelerator Rankings Project, 2016 Accelerator Rankings.......................................................IER03140

63. Zoltan J. Acs and David M. Hart, Immigration and High-Impact, High-Tech Entrepreneurship (Feb. 7, 2011) ..........................................................IER03143

**Government Sources**

1.  BLS Series Report, Labor Force Statistics from Current Population Survey (2008-2016) ................................................................................IER03147

2.  BLS, Consumer Price Index, https://www.bls.gov/cpi .........................IER03148

3.  BLS, CPI – All Urban Consumers..........................................................IER03154

4.  BLS, Glossary (last modified Feb. 28, 2008), http://www.bls.gov/bls/glossary.htm#F ...............................................................................................IER03156

5.  BLS, Labor Force Statistics from the Current Population, https://beta.bls.gov/dataQuery/find?fq=survey:%5bln%5d&s=popularity:D .....IER03174

6.  BLS, Occupational Employment Statistics Survey, Metropolitan Statistical Area, Cross-industry, Cross-ownership estimates (May 2014) ...............................IER03176

7.  BLS, Occupational Employment Statistics Survey, National (May 2014) ..........IER03217

8.  BLS, Table 5  Number of Private Sector Establishments by Age .......................IER03338

9.  BLS, Table 8 – Private sector establishment births and deaths, seasonally adjusted .................................................................................IER03342

10. C. Scott Dempwolf, Jennifer Auer, and Michelle D'Ippolito, SBA,  Innovation Accelerators: Defining Characteristics Among Startup Assistance Organizations (Oct. 2014) .................................................................................IER03345

11. U.S. Department of Homeland Security, Directive No. 023-01, Rev. 01, Implementation of the National Environmental Policy Act (Oct. 31, 2014) ................................IER03389

12. U.S. Department of Homeland Security, Instruction No. 023-01-001-01, Rev. 01, Implementation of the National Environmental Policy Act ...............................IER03394

13. DHS, Training Opportunities in the United States, https://studyinthestates.dhs.gov/training-opportunities-in-the-united-states .......IER03485

14. GSA, Privately Owned Vehicle Mileage Reimbursement Rates.........................IER03487

15. ICE, STEM-Designated Degree Program List (2012) ......................................IER03488

---

[1] A copy of this source can be produced upon request.

16. Jose Plehn-Dujowich, SBA, Product Innovations by Young and Small Firms, Research
    Summary No. 408 (May 2013) available at
    http://www.sba.gov/advocacy/7540/621871 ............................................................ IER03502
17. Matter of Arrabally, 25 I. & N. Dec. 771, 777 (BIA 2012) ................................ IER03530
18. Memorandum from Jeh Johnson, DHS Secretary, Policies Supporting U.S. High-Skilled
    Business and Workers 4 (Nov. 20, 2014), at https://www.dhs.gov/sites/default/files/
    publications/14_1120_memo_business_actions.pdf ............................................ IER03543
19. NIH, What are SBIR and STTR Programs?, https://sbir.nih.gov ......................... IER03548
20. Richard L. Clayton and Akbar Sadeghi, BLS, BLS Monthly Labor Review, *High-
    employment-growth firms: defining and counting them* (June 2013) .................. IER03551
21. SBA, "How to Find the Right Private Investor for Your Small Business," (Apr. 27, 2016,
    updated May 16, 2016), available at https://www.sba.gov/blogs/how-find-right-private-
    investor-your-small-business-0 ........................................................................... IER03563
22. SBA, Office of Advocacy, "A Guide for Government Agencies; "How to Comply with
    the Regulatory Flexibility Act, Implementing the President's Small Business Agenda and
    Executive Order 13272," (May 2012), available at: https://www.sba.gov/sites/default/
    files/advocacy/rfaguide_0512_0.pdf ................................................................... IER03566
23. SBA, Startups and High Growth Businesses, https://www.sba.gov/content/startups-high-
    growth-businesses ............................................................................................... IER03772
24. Teleconference Read Out Listening Session June 25, 2015: Future Significant Public
    Benefit Parole Program For Entrepreneurs (Summary of Stakeholder
    Engagement) ........................................................................................................ IER03775
25. The White House, Council of Economic Advisers, "The Economic Effects of
    Administrative Action on Immigration" (Nov. 2014, updated Feb. 2015), available at
    https://www.whitehouse.gov/sites/defaulUfiles/docs/economic_effects_of_immigration
    _ea_february_2015_update_final_v2.pdf ........................................................... IER03777
26. U.S. Census Bureau, Statistics for All U.S. Firms by Sources of Capital Used to Start or
    Acquire the Business by Industry, Gender, Ethnicity, Race, and Veteran Status for the
    U.S.: 2007 (2011) ................................................................................................ IER03803
27. U.S. Census Bureau, Statistics for All U.S. Firms by Year the Business Was Originally
    Established by Industry, Gender, Ethnicity, Race, and Veteran Status for the U.S.: 2007
    (2011) ................................................................................................................... IER07685
28. U.S. Census Bureau, Statistics for all U.S. Firms with Paid Employees by Number of
    Owners by Employment Size of Firm, Gender, Ethnicity, Race, and Veteran Status for
    the US: 2012 (Feb. 23, 2016) .............................................................................. IER07705
29. U.S. Census Bureau, Statistics for Owners of Respondent Firms by Whether the Owner
    Was Born a U.S. Citizen by Gender, Ethnicity, Race, and Veteran Status for the U.S.:
    2012 (Feb. 23, 2016) ........................................................................................... IER08591
30. U.S. Department of Labor, Federal Minimum Wage .......................................... IER10144
31. U.S. Department of State, Replace or Amend a Consular Report of Birth Abroad
    (CRBA) ................................................................................................................ IER10145
32. U.S. Economic Development Administration, Regional Innovation Strategies,
    https://www.eda.gov/oie/ris .................................................................................. IER10149

33. U.S. SBA, Register your business, https://www.sba.gov/business-guide/launch-your-business/register-your-business#section-header-3 ...............................................IER10151
34. U.S. Small Business Administration, STTR, https://www.sbir.gov ....................IER10153
35. U.S. SBA, Venture Capital, https://www.sba.gov/starting-business/finance-your-business/venture-capital/venture-capital ...................................................................IER10155
36. U.S. Small Business Administration, SBIR, https://www.sbir.gov .....................IER10158
37. USASPENDING, Overview of Awards by FY 2008-2016.................................IER10164
38. USCIS, E-2 Treaty Investors (Jan. 14, 2014) ......................................................IER10166
39. USCIS, Entrepreneurs in Residence Initiative (Oct. 11, 2011) ..........................IER10170
40. USCIS, Entrepreneurs in Residence, Initiative Summary (May 2013) ................IER10172
41. USCIS, Humanitarian or Significant Public Benefit Parole for Individuals Outside the United States, https://www.uscis.gov/humanitarian/humanitarian-or-significant-public-benefit-parole-individuals-outside-united-states...................................................IER10177
42. USCIS, I-134, Affidavit of Support, https://www.uscis.gov/i-134 (Mar. 9, 2016) ..................................................................................................................IER10186
43. USCIS, I-864, Affidavit of Support Under Section 213A of the INA, https://www.uscis.gov/i-864 (July 13, 2016).......................................................IER10188
44. USCIS, Parole for Immediate Relatives of U.S. Citizens and Certain Stateless Individuals (Dec. 9, 2011) ............................................................................................IER10190
45. USCIS, Policy Memorandum, Parole of Spouses, Children and Parents of Active Duty Members of the U. S. Armed Forces, the Selected Reserve of the Ready Reserve, and Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility under Immigration and Nationality Act § 212(a)(6)(A)(i) (Nov. 15, 2013), available at http://www.uscis.gov/sites/default/files/USCIS/Laws/Memoranda/2013/2013-1115_Parole_in_Place_Memo_.pdf .......................................................IER10195
46. USCIS, Seed DB Data – IER Analysis (Jan. 2017, based on data available at https://www.seed-db.com/accelerators)............................................................IER10204
47. USCIS, U.S. Immigration Law in the Commonwealth of the Northern Mariana Islands (CNMI) ..............................................................................................................IER10494
48. USCIS, USCIS to Expand Entrepreneurs in Residence Initiative (May 8, 2013), https://www.uscis.gov/archive/archive-news/uscis-expand-entrepreneurs-residence-initiative ............................................................................................................IER10495

**Additional Government Sources (Large Files)**

1. BLS, Occupational Employment Statistics Survey, Nonmetropolitan Area, Cross-industry, Cross-ownership estimates (May 2014) ..............................................IER10497
2. BLS, Occupational Employment Statistics Survey, Metropolitan Statistical Area, Cross-industry, Cross-ownership estimates for the nine large MSAs that have MSA divisions (May 2014)..............................................................................................................IER12960