# Exhibit 3

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Federal Defendants. | **Case No. 3:16-cv-2583** <br><br><br> **CERTIFICATION OF ADMINISTRATIVE RECORD** <br><br><br> Hon. H. James Lorenz |

I, SARA SHAW, am the Acting Assistant Director of the Office of Policy and Planning within U.S. Immigration and Customs Enforcement, a component of the U.S. Department of Homeland Security (DHS). I am familiar with the administrative files in this office, which was the DHS office with lead responsibility for the final rule entitled Adjustments to Limitations of Designated School Official Assignment and Study by F-2 and M-2 Nonimmigrants, 80 Fed. Reg. 23,680 (Apr. 29, 2015) (DSO Final Rule).

I certify that, to the best of my knowledge, information, and belief, the attached indices to the administrative record were developed by the office responsible for developing the DSO Final Rule. I further certify that, to the best of my knowledge, information, and belief, the documents listed in the attached indices are contained in the administrative record and constitute the record documents that DHS considered in issuing the DSO Final Rule.

Respectfully submitted,

DATED:  March 13, 2019

*Sara Shaw*

SARA SHAW
Acting Assistant Director
Office of Policy and Planning
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

1                                                    Case No. 3:16-cv-2583

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| | ) | |
| WHITEWATER DRAW NATURAL | ) | |
| RESOURCE CONSERVATION | ) | |
| DISTRICT, *et al*., | ) | |
| Plaintiffs, | ) | |
| | ) | 3:16-cv-02583-L-BLM |
| v. | ) | Judge M. James Lorenz |
| | ) | |
| KIRSTJEN NIELSEN, | ) | |
| Secretary of Homeland Security, *et al*., | ) | |
| Defendants. | ) | |

**INDEX TO THE CERTIFIED ADMINISTRATIVE RECORD FOR THE FINAL RULE ENTITLED, "ADJUSTMENTS TO LIMITATIONS ON DESIGNATED SCHOOL OFFICIAL ASSIGNMENT AND STUDY BY F-2 AND M-2 NONIMMIGRANTS"**

| Document | Pages |
|---|---|
| **General References** | |
| 1. Notice of Proposed Rulemaking, Adjustments to Limitations on Designated School Official Assignment and Study by F-2 and M-2 Nonimmigrants, 78 Fed. Reg. 69,778 (Nov. 21, 2013) | DSO00001 |
| 2. Final Rule, Adjustments to Limitations on Designated School Official Assignment and Study by F-2 and M-2 Nonimmigrants, 80 Fed. Reg. 23,680 (Apr. 29, 2015) | DSO00009 |
| **References for November 21, 2013 Notice of Proposed Rulemaking** | |
| 3. Proposed Rule, Retention and Reporting of Information for F, J, and M Nonimmigrants; Student and Exchange Visitor Information System (SEVIS), 67 Fed. Reg. 34,862 (May 16, 2002) | DSO00019 |
| 4. Final Rule, Retention and Reporting of Information for F, J, and M Nonimmigrants; Student and Exchange Visitor Information System (SEVIS), 67 Fed. Reg. 76,256 (Dec. 11, 2002) | DSO00038 |

| | |
|---|---|
| 5. News Release, U.S. Dept. of Labor, Bureau of Labor Statistics, Employer Costs for Employee Compensation – December 2010 (Mar. 9, 2011), https://www.bls.gov/news.release/archives/ecec_03092011.pdf | DSO00064 |
| 6. News Release, U.S. Dept. of Labor, Bureau of Labor Statistics, Job Openings and Labor Turnover – January 2011 (Mar. 11, 2011), http://www.bls.gov/news.release/archives/jolts_03112011.pdf | DSO00087 |
| 7. U.S. Dept. of Labor, Bureau of Labor Statistics, May 2010 Occupational Employment and Wage Estimates, National Cross-Industry Estimates, 43-9799 Office and Administrative Support Workers, All Other, May 2010, from http://www.bls.gov/oes/oes_dl.htm (last visited Mar. 12, 2012) | DSO00118 |
| 8. Letter from Dr. Wallace Loh, Chair, Homeland Security Academic Advisory Council, to Secretary Janet Napolitano (Sept. 20, 2012) | DSO00129 |
| 9. Letter from Marlene M. Johnson, Executive Director and CEO, NAFSA: Association of International Educators, to Ivan K. Fong, General Counsel, U.S. Dept. of Homeland Security (Apr. 13, 2011) | DSO00134 |
| 10. U.S. Dept. of Homeland Security, SEVP, Student and Exchange Visitor Information System, General Summary Quarterly Review for the quarter ending Mar. 31, 2012 (Apr. 2, 2012), http://www.ice.gov/doclib/sevis/pdf/quarterly_rpt.pdf | DSO00143 |
| 11. U.S. Dept. of Homeland Security, Student and Exchange Visitor Program, Study in the States, https://web.archive.org/web/20131024012729/ | DSO00152 |
| 12. U.S. Dept. of Homeland Security, Supporting Statement, The Student and Exchange Visitor Information System (SEVIS), OMB No. 1653-0038, Nov. 18, 2010, https://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=201010-1653-002 | DSO00154 |
| 13. DHS Directive No. 023-01, Rev. 00, Environmental Planning Program (Apr. 19, 2006) | DSO00234 |
| 14. U.S. Immigration and Customs Enforcement, Record of Environmental Consideration (May 21, 2012) | DSO00170 |
| **Public Comments Received** | |
| 15. Unique comments received in response to 2013 Notice of Proposed Rulemaking, 78 Fed. Reg. 69,778 (Nov. 21, 2013) | DSO00271 |

| | |
|---|---|
| **Additional References for April 29, 2015 Final Rule** | |
| 16. U.S. Dept. of Homeland Security, Student and Exchange Visitor Program, Study in the States, About, https://web.archive.org/web/20140329165405/studyinthestates.dhs.gov/about | DSO00330 |
| 17. U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program, SEVIS by the Numbers – General Summary Quarterly Review, July 2014, https://www.ice.gov/doclib/sevis/pdf/by-the-numbers1.pdf | DSO00332 |
| 18. U.S. Dept. of Labor, Bureau of Labor Statistics, Occupational Employment and Wages, May 2012, National Cross-Industry Estimates, 21–1012 Educational, Guidance, School, and Vocational Counselors, Mar. 29, 2013, https://web.archive.org/web/20140329164506/https://www.bls.gov/oes/2012/may/oes211012.htm#nat | DSO00363 |
| 19. News Release, U.S. Dept. of Labor, Bureau of Labor Statistics, Employer Costs for Employee Compensation - June 2012 (Sept. 11, 2012), https://www.bls.gov/news.release/archives/ecec_09112012.htm | DSO00372 |
| 20. News Release, U.S. Dept. of Labor, Bureau of Labor Statistics, Job Openings and Labor Turnover – January 2013 (Mar. 12, 2013), https://www.bls.gov/news.release/archives/jolts_03122013.pdf | DSO00389 |
| 21. DHS Directive No. 023-01, Rev. 01, Implementation of the National Environmental Policy Act (Oct. 31, 2014) | DSO00417 |
| 22. DHS Instruction No. 023-01-001-01, Rev. 01, Implementation of the National Environmental Policy Act | DSO00422 |