# Exhibit 5

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Federal Defendants. | Case No. 3:16-cv-2583<br><br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

CERTIFICATION OF ADMINISTRATIVE RECORD

I, Jennifer D. Hass, am the DHS Program Manager for Environmental Planning and Historic Preservation within the Office of Sustainability and Environmental Programs, Office of the Chief Readiness Support Officer, Management Division, Department of Homeland Security (DHS). I have compiled the Administrative Record for the 2014 Revisions to DHS National Environmental Policy Act (NEPA) Procedures.

I certify that, to the best of my knowledge, information and belief, the documents listed in the attached index to the Administrative Record for the 2014 Revisions to DHS NEPA Procedures are contained in the Administrative Record and constitute the record documents that DHS relied upon in adopting the revised NEPA policy and procedures at that time.

Respectfully submitted,

*[signature]*                                             DATED: March 12, 2019

Jennifer D. Hass
Program Manager, Environmental Planning and Historic Preservation
Office of Sustainability and Environmental Programs
Office of the Chief Readiness Support Officer
Management Directorate
U.S. Department of Homeland Security

Case No. 3:16-cv-2583

Case No. 3:16-cv-2583

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | 3:16-cv-02583-L-BLM<br>Judge M. James Lorenz |
| KIRSTJEN NIELSEN, Secretary of Homeland Security, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**INDEX TO THE CERTIFIED ADMINISTRATIVE RECORD FOR THE 2014 REVISIONS TO DHS NATIONAL ENVIRONMENTAL POLICY ACT PROCEDURES**

*Proposed Revisions*

1. DHS, Notice of Proposed Revisions to National Environmental Policy Act Implementing Procedures and Request for Comments, 79 Fed. Reg. 32,563 (June 5, 2014)......DIR00001
2. DHS, Draft for Public Comment: DHS Directive on Implementation of the National Environmental Policy Act (June 5, 2014)............................................................DIR00003
3. DHS, Draft Instruction Manual for Public Comment: DHS Instruction Manual on Implementation of the National Environmental Policy Act (June 5, 2014) ..........DIR00008
4. DHS, Synopsis of Administrative Record to Support Proposed New Categorical Exclusions under the National Environmental Policy Act (May 2014) ...............DIR00094
5. DHS Delegation No. 00501, Rev. 00, Delegation for Environmental Management, Energy Management, and Environmental Planning and Historic Preservation (May 8, 2013) ................................................................................................................DIR00170
6. DHS Directive No. 023-01, Rev. 00, Environmental Planning Program (Apr. 19, 2006) ................................................................................................................................DIR00173
7. DHS Directive No. 017-01, Rev. 00, Historic Preservation in Asset Management and Operations (Mar. 10, 2008).................................................................................DIR00237
8. DHS Instruction No. 017-01-001, Rev. 00, Instruction Guide on the Historic Preservation in Asset Management and Operations (June 27, 2008) ........................................DIR00245
9. DHS, Environmental Justice Strategy (Feb. 2012).................................................DIR00260

10. Public comments received during the 60-day comment period............................DIR00270

*Final Revisions*

11. DHS, Notice of Final National Environmental Policy Act Implementing Procedures, 79 Fed. Reg. 70,538 (Nov. 26, 2014).........................................................................DIR00288
12. Letter from Horst G. Greczmiel, Associate Director for NEPA Oversight at the Council on Environmental Quality, to Dr. Teresa R. Pohlman, Director of Sustainability and Environmental Programs at DHS, RE: DHS Directive and Instruction Manual on Implementation of the National Environmental Policy Act (Nov. 10, 2014).......DIR00291
    a. Attachment 1: Final DHS Directive No. 023-01, Rev. 01, Implementation of the National Environmental Policy Act (Oct. 31, 2014)................................DIR00293
    b. Attachment 2: Final DHS Instruction No. 023-01-001-01, Rev. 01, Implementation of the National Environmental Policy Act ......................DIR00298
13. DHS, Synopsis of Administrative Record to Support Proposed New Categorical Exclusions under the National Environmental Policy Act (Dec. 2014) ................DIR00389