# Exhibit 6

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>    Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD**<br><br>Hon. H. James Lorenz |

Case No. 3:16-cv-2583

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Dr. Teresa Pohlman, am the Executive Director, Office of Sustainability and Environmental Programs, within the Office of the Chief Readiness Support Officer, Management Division, Department of Homeland Security (DHS). I was actively involved in and responsible for overseeing DHS compliance with the National Environmental Policy Act in the response to the increased influx of unaccompanied alien children and family units in 2014. My staff compiled the portion of the Administrative Record for the 2014 Programmatic Environmental Assessment (PEA) and Finding of No Significant Impact (FONSI). Staff from U.S. Immigration and Customs Enforcement (ICE) who drafted the Supplemental Environmental Assessment (SEA) for Housing of Family Units at the South Texas Family Residential Center, Dilley, TX, and resultant FONSI in response to said increased influx, compiled the portion of the Administrative Record relevant to that action.  The ICE SEA and FONSI are integrally related to the DHS PEA and FONSI.

I certify that, to the best of my knowledge, information and belief, the documents listed in the attached index to the Administrative Record for The Programmatic Environmental Assessment for Actions to Address an Increased Influx of Unaccompanied Alien Children and Family Units Across The Southwest Border of The United States, Including a Supplemental Environmental Assessment

Case No. 3:16-cv-2583

For Housing of Family Units at the South Texas Family Residential Center, Dilley,

Texas, are contained in said Administrative Record and constitute the record

documents that DHS relied upon in making the findings of no significant impact

relating to the Agency's response.


Respectfully submitted,

DATED: March 12, 2019

Dr. Teresa Pohlman
Executive Director
Office of Sustainability and Environmental Programs
Office of the Chief Readiness Support Officer
Management Directorate
U.S. Department of Homeland Security

Case No. 3:16-cv-2583

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>KIRSTJEN NIELSEN,<br>Secretary of Homeland Security, *et al.*,<br>　　　Defendants. | 3:16-cv-02583-L-BLM<br>Judge M. James Lorenz |

## INDEX TO THE CERTIFIED ADMINISTRATIVE RECORD FOR THE PROGRAMMATIC ENVIRONMENTAL ASSESSMENT FOR ACTIONS TO ADDRESS AN INCREASED INFLUX OF UNACCOMPANIED ALIEN CHILDREN AND FAMILY UNITS ACROSS THE SOUTHWEST BORDER OF THE UNITED STATES, INCLUDING A SUPPLEMENTAL ENVIRONMENTAL ASSESSMENT FOR HOUSING OF FAMILY UNITS AT THE SOUTH TEXAS FAMILY RESIDENTIAL CENTER DILLEY, TEXAS

| CATEGORY | DOCUMENT DESCRIPTION | DATE[*] | PAGE |
|---|---|---|---|
| | Volume 1 | | |
| PEA/FONSI | Stipulated Settlement Agreement, Jenny Lisette Flores, et al, v. Janet Reno, Attorney General, et al | 1/17/1997 | UAC00001 |
| PEA/FONSI | Homeland Security Presidential Directive 5: Management of Domestic Incidents | 2/28/2003 | UAC00052 |
| PEA/FONSI | Environmental Planning Program DHS Directive 023-01 | 4/19/2006 | UAC00059 |
| PEA/FONSI | ICE/DRO Residential Management Standard | 12/21/2007 | UAC00123 |
| PEA/FONSI | Historic Preservation in Asset Management and Operations, DHS Directive 017-01 | 03/10/2008 | UAC00485 |

---

[*] The index is organized chronologically, by volume and category, to the extent feasible.

| PEA/FONSI | Instruction Guide on Historic Preservation in Asset Management and Operations, DHS Instruction 017-01-001 | 06/27/2008 | UAC00493 |
|---|---|---|---|
| PEA/FONSI | ICE Family Detention and Intake Guidance | 08/14/2009 | UAC00508 |
| PEA/FONSI | DHS Environmental Justice Strategy | 02/2012 | UAC00510 |
| PEA/FONSI | Delegation for Environmental Management, Energy Management, and Environmental Planning and Historic Preservation, DHS Delegation 00501 | 05/08/2013 | UAC00520 |
| PEA/FONSI | Presidential Memorandum on the Response to the Influx of Unaccompanied Alien Children Across the Southwest Border | 06/02/2014 | UAC00523 |
| PEA/FONSI | Secretary of Homeland Security Jeh Johnson, Statement on Increased Influx of Unaccompanied Immigrant Children at the Border | 06/02/2014 | UAC00525 |
| PEA/FONSI | Memorandum to Component Heads from Acting Under Secretary for Management Chris Cummiskey, NEPA Compliance Activities in Support of Increased Border Apprehensions | 08/05/2014 | UAC00527 |
| PEA/FONSI | DHS, Unaccompanied Children at the Southwest Border | 07/28/2014 | UAC00529 |
| PEA/FONSI | CBP, Southwest Border Unaccompanied Alien Children | 08/12/2014 | UAC00531 |
| PEA/FONSI | Programmatic Environmental Assessment | 08/12/2014 | UAC00534 |
| PEA/FONSI | Finding of No Significant Impact | 08/12/2014 | UAC00568 |
| PEA/FONSI | Federal Register Notice of PEA and FONSI Published | 08/14/2014 | UAC00572 |
| **Volume 2** | | | |
| Consultation | Lists of Rare Species, Texas Parks & Wildlife Department, Annotated Frio County | 05/25/2011 | UAC00574 |
| Consultation | Draft Packet, Texas Parks & Wildlife Department Consultation | 08/11/2014 | UAC00577 |
| Consultation | List, U.S. Fish & Wildlife Service, Trust Resources | 08/12/2014 | UAC00598 |
| Consultation | List, Frio County Stakeholders | 08/13/2014 | UAC00605 |
| Consultation | List, ICE Dilley SEA Scoping Letters | 08/13/2014 | UAC00606 |
| Consultation | Form, Texas Historical Commission, Request for SHPO Consultation | 08/13/2014 | UAC00608 |
| Consultation | Scoping Letter, Mayor Obregon, Dilley | 8/22/2014 | UAC00610 |

| Consultation | Scoping Letter, Commissioner Flores, Frio County | 8/22/2014 | UAC00618 |
|---|---|---|---|
| Consultation | Scoping Letter, Judge Garcia, Frio County | 08/22/2014 | UAC00625 |
| Consultation | Scoping Letter, USDA Natural Resources Conservation Service (NRCS) | 08/22/2014 | UAC00632 |
| Consultation | Scoping Letter, SHPO, Texas Historical Commission | 08/22/2014 | UAC00656 |
| Consultation | Scoping Letter, Texas Parks & Wildlife Department | 08/22/2014 | UAC00665 |
| Consultation | Scoping Letter, U.S. Fish & Wildlife Service | 08/22/2014 | UAC00686 |
| Consultation | Scoping Letter, THPO, Comanche Nation of OK | 08/22/2014 | UAC00702 |
| Consultation | Scoping Letter, THPO, Mescalero Apache | 08/22/2014 | UAC00708 |
| Consultation | AD-1006 Form, Farmland Conversion Impact Rating complete | 08/28/2014 | UAC00714 |
| Consultation | AD-1006 Form, Farmland Conversion Impact Rating signed | 08/28/2014 | UAC00716 |
| | | | |
| Correspondence | Email, Kennett to Dilley Mayor Obregon, Subject: Request for Expedited Review | 08/22/2014 | UAC00717 |
| Correspondence | Email, Kennett to Judge Garcia, Subject: Request for Expedited Review | 08/22/2014 | UAC00718 |
| Correspondence | Email, Kennett to TPWD Hooten, Subject: Request for Expedited Review | 08/22/2014 | UAC00719 |
| Correspondence | Email, Kennett to NRCS Kinney, Subject: Request for Expedited Review | 08/22/2014 | UAC00720 |
| Correspondence | Email, Kennett to USFWS Orms, Subject: Request for Expedited Review | 08/22/2014 | UAC00721 |
| Correspondence | Email, Kennett to THC Wolfe, Subject: Request for Expedited Review | 08/22/2014 | UAC00722 |
| Correspondence | Memorandum for Record, Telephone Conversation, Perkins and Perez | 08/25/2014 | UAC00723 |
| Correspondence | Email, Kennett to Kinney, Subject: Request for Expedited Review | 08/26/2014 | UAC00724 |
| Correspondence | Email, Orms to Kennett, USFWS concurrence | 08/27/2014 | UAC00725 |
| Correspondence | Letter, Yoder to Kennett, Subject: LNU-Farmland Protection | 08/27/2014 | UAC00727 |
| Correspondence | Email, Shock to Kennett, Subject: South Texas Family Residential Centre | 08/28/2014 | UAC00729 |
| Correspondence | Email, Wolfe to Kennett, Subject: Request for Expedited Review | 08/28/2014 | UAC00730 |
| Correspondence | Email, Yoder to Kennett, Subject: FPPA Request | 08/28/2014 | UAC00732 |

| Correspondence | Letter, Texas Historical Commission to Kennett, Subject: Project Review | 08/28/2014 | UAC00733 |
|---|---|---|---|
| | | | |
| Data | Photograph, 0001, Sendero Ranch Entrance | 07/25/2014 | UAC00734 |
| Data | Photograph, 0002, Sendero Ranch, Interior, Housing Unit | 07/25/2014 | UAC00735 |
| Data | Photograph, 0003, Sendero Ranch, Interior, Housing Unit | 07/25/2014 | UAC00736 |
| Data | Photograph, 0004, Sendero Ranch, Interior, Housing Unit | 07/25/2014 | UAC00737 |
| Data | Photograph, 0005, Sendero Ranch, Exterior, Housing Unit | 07/25/2014 | UAC00738 |
| Data | Photograph, 0006, Sendero Ranch, Large Building | 07/25/2014 | UAC00739 |
| Data | Photograph, 0007, Sendero Ranch, Recreation Rooms | 07/25/2014 | UAC00740 |
| Data | Photograph, 0008, Sendero Ranch, Recreation Rooms | 07/25/2014 | UAC00741 |
| Data | Flyer, Sendero Ranch | 07/25/2014 | UAC00742 |
| Data | Map, Satellite View, Texas Parks & Wildlife Department Critical Habitat Mapper | 08/11/2014 | UAC00744 |
| Data | Map, Satellite View, Vicinity | 08/11/2014 | UAC00745 |
| Data | Satellite View, Map, showing Dilley in relation to cemetery | 08/12/2014 | UAC00748 |
| Data | Photograph, Street View, Dilley Cemetery | 08/12/2014 | UAC00749 |
| Data | Photograph, Street view, View towards Sendero | 08/12/2014 | UAC00750 |
| Data | Maps, Town and County consultations attachment | 08/13/2014 | UAC00751 |
| Data | Map, NRCS, Soils Map and Soils Information | 08/13/2014 | UAC00756 |
| Data | Information, NRCS Web Soil Survey Farm Land Classification | 08/25/2014 | UAC00760 |
| Data | Maps, Proposed Site (Figures 1-1 – 1-3) | 08/26/2014 | UAC00764 |
| Data | Map, Large Overview, San Antonio Area | 08/26/2014 | UAC00767 |
| Data | Map, Topographical, Vicinity | 08/27/2014 | UAC00768 |
| | | | |
| Final SEA | Dilley SEA, Fully Compiled Version | 08/28/2014 | UAC00769 |
| Final SEA | Dilley SEA, 508 Compliant Version | 08/29/2014 | UAC00949 |
| | | | |
| FONSI and NOAs | English Version, NOA | 08/27/2014 | UAC00996 |

| FONSI and NOAs | Spanish Version, NOA | 08/27/2014 | UAC00997 |
|---|---|---|---|
| FONSI and NOAs | Final Version, Signed Finding of No Significant Impact | 08/28/2014 | UAC00998 |
| | | | |
| Proposed Site Information | Report, Phase 1 Environmental Site Assessment | 01/10/2012 | UAC01002 |
| Proposed Site Information | Diagram, Proposed Dilley Site Property | 07/25/2014 | UAC01101 |
| Proposed Site Information | Diagram, Proposed 2324 Beds at Dilley | 07/28/2014 | UAC01102 |
| Proposed Site Information | Diagram, Proposed 2296 Beds at Dilley | 07/31/2014 | UAC01103 |
| Proposed Site Information | Map, CAD drawing overlay on satellite image | 08/07/2014 | UAC01104 |
| Proposed Site Information | Map, Satellite View, Proposed Site showing construction limits | 08/12/2014 | UAC01105 |
| Proposed Site Information | Map, Satellite View, Proposed Site, Proposed Residential Center Overlay | 08/12/2014 | UAC01106 |
| Proposed Site Information | Satellite View, Maps of Frio County, Dilley Vicinity and Proposed Site | 08/13/2014 | UAC01107 |
| Proposed Site Information | Satellite Views, Maps of Frio County, Dilley Vicinity and Proposed Site, additional Soils Information | 08/13/2014 | UAC01111 |
| Proposed Site Information | Draft Report, Proposed Solution, Phase 1 & 2, with Design Review Markups | 08/22/2014 | UAC01118 |
| Proposed Site Information | Proposed Solution, Phase 1 & 2 Final | 08/26/2014 | UAC01140 |
| | | | |
| Working SEA | 2013 MOU, between Shelby Fire Department and Crossroads Correctional Center | 12/17/2013 | UAC01165 |
| Working SEA | DHS Programmatic EA, Unaccompanied Alien Children | 08/12/2014 | UAC01167 |
| Working SEA | FONSI for DHS Programmatic EA, Unaccompanied Alien Children | 08/12/2014 | UAC01201 |
| Working SEA | CCA RFI for Proposed Dilley, TX Family Residential Center | 08/13/2014 | UAC01205 |
| Working SEA | Excel, ECHO Facilities | 08/13/2014 | UAC01207 |
| Working SEA | Report, ECHO Detailed facility information | 08/13/2014 | UAC01208 |
| Working SEA | Excel, Environmental Justice information | 08/13/2014 | UAC01213 |
| Working SEA | TRI Search Results, Multichem Group Facility | 08/13/2014 | UAC01214 |
| Working SEA | Excel, list of Endangered Species, Frio County | 08/14/2014 | UAC01218 |

| Working SEA | Policy, CCA Fire Prevention and Control | 08/25/2014 | UAC01219 |
|---|---|---|---|
| Working SEA | Form, CCA Fire Drill Checklist | 08/25/2014 | UAC01227 |
| Working SEA | Excel, NEPA Air Calculations | 08/25/2014 | UAC01229 |
| Working SEA | Excel, NEPA Energy Consumption | 08/25/2014 | UAC01235 |
| Working SEA | Fact Sheet, EPA GHG reporting | 08/26/2014 | UAC01236 |
| Working SEA | Excel, ICE annual GHG estimates | 08/26/2014 | UAC01239 |
| Volume 3 | | | |
| | | | |
| Consultation | Cultural Resources Survey, Tetra Tech | 09/02/2014 | UAC01745 |
| Consultation | Cover Letter, Kennett to Wolfe (SHPO), State Historic Commission, re: Cultural Resources Survey | 09/03/2014 | UAC01771 |
| | | | |
| Correspondence | Email, Kennett to Camarena, Subject: Antiquities Permit? | 08/29/2014 | UAC01773 |
| Correspondence | Email, Dye to Kennett, Subject: Cultural Resources Survey | 09/03/2014 | UAC01774 |
| Correspondence | Email, Kennett to Camarena, Subject: ICE Proposed Action near Dilley, TX | 09/03/2014 | UAC01777 |
| Correspondence | Email, Kennett to Camarena, Cultural Resources Survey | 09/03/2014 | UAC01778 |
| Correspondence | Email, Kennett to Texas Historical Commission, Subject: Shapefiles for Proposed Undertaking near Dilley, Texas | 09/03/2014 | UAC01779 |
| Correspondence | Email, Hooten to Kennett, Subject: Request for Expedited Review | 09/04/2014 | UAC01780 |
| Correspondence | Letter, TPWD Hooten to Kennett (No Subject) | 09/04/2014 | UAC01782 |
| Correspondence | Letter, Texas Historical Commission to Kennett, Subject: Submission of a Cultural Resources Survey Report | 09/11/2014 | UAC01784 |
| Correspondence | Email, Buckley to Kennett, Subject: SEA on ICE Facility in Dilley | 09/14/2014 | UAC01785 |
| Correspondence | Email, Kennett to Buckley, Subject: SEA on ICE Facility in Dilley, Texas | 09/15/2014 | UAC01786 |
| Correspondence | Email, Kennett to Buckley, Subject: Voicemail | 09/16/2014 | UAC01788 |
| Correspondence | Letter, Kennett to Herrera, Subject: Public Availability of SEA in library | 09/16/2014 | UAC01789 |
| Correspondence | Email, Trigilio to Kennett phone conversation | 10/01/2014 | UAC01790 |
| Correspondence | Excel, Public Inquiries Database | 10/01/2014 | UAC01791 |
| Correspondence | Letter, Trigilio to Pohlman, Subject: Environmental Impact of Family Detention Center in Dilley, Texas | 10/30/2014 | UAC01792 |

| Correspondence | Memorandum for Record, Subject: Phone Conversation Record | 10/31/2014 | UAC01811 |
|---|---|---|---|
| | | | |
| Public Notices | Notice of Availability, Final EA & FONSI, Frio-Nueces Current, English | 09/18/2014 | UAC01812 |
| Public Notices | Notice of Availability, Final EA & FONSI, San Antonio Express-News, English | 09/24/2014 | UAC01814 |
| Public Notices | Publisher's Affidavit, San Antonio Express-News | 09/24/2014 | UAC01815 |
| Public Notices | Invoice, San Antonio Express-News for advertising | 09/24/2014 | UAC01816 |
| Public Notices | Publisher's Affidavit, Frio-Nueces Current, Robertson | 09/25/2014 | UAC01817 |
| Public Notices | Notice of Availability, Final EA & FONSI, Rumbo Clasificados Spanish | 09/25/2014 | UAC01818 |