Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON COUNTS III, IV, AND V OF THE AMENDED COMPLAINT**<br><br>Date: June 28, 2019<br>No Oral Argument Unless Requested by the Court<br><br>Hon. M. James Lorenz |

PLEASE TAKE NOTICE THAT ON June 28, 2019, before the Honorable M. James Lorenz, in the United States Courthouse for the Southern District of California, located at 221 West Broadway, San Diego, California, Plaintiffs Whitewater Draw Natural Resource Conservation District, Hereford Natural Resource Conservation District, Arizona Association of Conservation Districts, Californians for Population Stabilization, Scientists and Environmentalists for Population Stabilization, New Mexico Cattlegrower's Association, Glen Colton, and Ralph Pope will and hereby do move the Court to grant summary motion for the Plaintiffs on Counts III, IV, and V of the Amended Complaint. Count III asks the Court to vacate the adoption of an Invalid Categorical Exclusion. Count V asks the Court to vacate the arbitrary and capricious application of the categorical exclusion in four instances. Count V asks the Court to vacate an arbitrary and capricious finding of no significant impact.

This Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, and other such evidence as may be received by the Court.

Dated: April 23, 2019

Respectfully submitted,

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
The Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: 703-888-2442
Fax: (202) 466-8076
jba@cis.org

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754
lesleyblackner@gmail.com

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383
jpmiller@jpmillerlaw.com