Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE**<br><br>Date: June 28, 2019<br>No Oral Argument Unless Requested by the Court<br><br><br><br><br>Hon. M. James Lorenz |

1                                                                                          Case No: 3:16-CV-2583

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I electronically filed the foregoing documents, Plaintiffs' Notice of Motion and Motion for Summary Judgment on Counts III, IV, and IV of the Amended Complaint, and Plaintiff's Memorandum of Points and Authorities Supporting their Motion for Summary Judgment, with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

Dated: April 23, 2019

Respectfully submitted,

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
The Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: 703-888-2442
Fax: (202) 466-8076
jba@cis.org

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754
lesleyblackner@gmail.com

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (619) 590-0383
jpmiller@jpmillerlaw.com

3                                                          Case No: 3:16-CV-2583