LAWRENCE VANDYKE
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1475
Facsimile: (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN,[1] *et al.*<br><br>Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Filed Pursuant to Briefing Schedule, ECF No. 68.<br><br>No oral argument unless requested by the Court<br><br>Hon. M. James Lorenz |

---

[1] Under Fed. R. Civ. P. 25(d), Acting Secretary Kevin K. McAleenan is substituted for former Secretary Kirstjen M. Nielsen.

Case No. 3:16-cv-2583

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Briefing Schedule entered by the Court (ECF No. 68), Federal Defendants respectfully move this Court to enter summary judgment in their behalf on Counts III, IV and V of Plaintiffs' Amended Complaint and to deny Plaintiffs' motion for summary judgment (ECF No. 70). This motion is based on the accompanying memorandum of points of law and authority and on the administrative records of the challenged agency decisions.

May 24, 2019                                     Respectfully Submitted,

                                                 LAWRENCE VANDYKE
                                                 Deputy Assistant Attorney General

                                                 */s/ Barclay T. Samford*
                                                 BARCLAY T. SAMFORD
                                                 Trial Attorney
                                                 Natural Resources Section
                                                 999 18th Street, South Terrace, Suite 370
                                                 Denver, CO  80202
                                                 Tel.:  (303) 844-1475
                                                 Fax:  (303) 844-1350
                                                 E-mail:  clay.samford@usdoj.gov

                                                 Attorneys for the Federal Defendants

1                                                                      Case No. 3:16-cv-2583