LAWRENCE VANDYKE
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Federal Defendants. | **Case No. 3:16-cv-2583**<br><br>**APPENDIX OF ADMINISTRATIVE RECORD CITATIONS**<br><br>Hon. M. James Lorenz |

**TABLE OF CONTENTS**

**Categorical Exclusion A3**

69 Fed. Reg. 33,043 (June 14, 2004)

Letter from James L. Connaughton to Michael Chertoff (March 23, 2006)

DHS, Notice of Proposed Revisions to National Environmental Policy Act Implementing Procedures and Request for Comments, 79 Fed. Reg. 32,563 (June 5, 2014)…………..…………… ……………….DIR00001

Excerpt from DHS Directive No. 023-01, Rev. 00, Environmental Planning Program (Apr. 19, 2006)........................................................DIR00195

Excerpt from DHS Directive No. 023-01, Rev. 00, Environmental Planning Program (Apr. 19, 2006)........................................................DIR00199

Public Comments and DHS, Notice of Final Environmental Policy Act Implementing Procedures, 79 Fed. Reg. 70,538....................................DIR00270

Excerpt from Final DHS Instruction No. 023-01-001-01, Rev. 01, Implementation of the National Environmental Policy Act ..........................DIR00309

Excerpt from Final DHS Instruction No. 023-01-001-01, Rev. 01, Implementation of the National Environmental Policy Act..........................DIR00330

Excerpt from Final DHS Instruction No. 023-01-001-01, Rev. 01, Implementation of the National Environmental Policy Act..........................DIR00355

**The Designated School Officials Rule**

Final Rule, Adjustments to Limitation on Designated School Official Assignment and Study by F-2 and M-2 Nonimmigrants, 80 Fed. Reg. 23,680 (Apr. 29, 2015)........................................................DSO00009

Unique comments received in response to 2013 Notice of Proposed Rulemaking, 78 Fed. Reg. 69,778 (Nov. 21, 2013)......…………………..DSO00271

**The STEM Rule**

Final Rule, Improving and Expanding Training Opportunities for F-1 Nonimmigrant Students with STEM Degrees and Cap-Gap Relief for All Eligible F-1 Students, 81 Fed. Reg. 13,039 (Mar. 11, 2016)……………………………………………………….STEM000055

Excerpt from U.S. Dep't of Homeland Security, Improving and Expanding Training Opportunities for F-1 Nonimmigrant Students with STEM Degrees and Cap-Gap Relief for All EligibleF-1 Students, Initial Regulatory Impact Analysis, Docket ID ICEB-2015-0002-0206 (Oct. 2015)…………………………………………………….………...STEM005298

**International Entrepreneur Rule**

International Entrepreneur Rule, Final Rule, Jan. 17, 2017………………….IER00041

**The AC21 Rule**

AC21 Final Rule, Nov. 18, 2016……………………………………………..AC00142

**Programmatic EA for Response to Influx of Unaccompanied Children and Families and Supplemental EA for Housing at Dilley, Texas**

Programmatic Environmental Assessment and Finding of No Significant Impact ………...……………………………….UAC00534

Dilly SEA, Fully Compiled Version…..…………………………………...UAC00769

Excerpt from Dilly SEA, Fully Compiled Version……………………….…UAC00773

DHS Programmatic EA, Unaccompanied Alien Children…………………UAC01167