services including medical care, transportation, utilities, meals, hygiene, recreation, etc.) currently available. Therefore, action is being considered at the DHS Headquarters level to provide increased and expedited allocation of Departmental resources in a number of areas, including the construction of facilities for ICE to provide safe and adequate housing for family units.

In accordance with the National Environmental Policy Act (NEPA) of 1969 (42 U.S. Code 4321-4347), this letter is provided to inform you that ICE is proposing an undertaking subject to NEPA and the Endangered Species Act (ESA). ICE is preparing a Supplemental Environmental Assessment (SEA) tiered from a DHS Programmatic Environmental Assessment (PEA). The proposed undertaking is for the construction and operation of a 2,400 person family residential center on approximately 51.5 acres of land to the south and southwest of an existing community known as Sendero Ranch located at 1925 West Highway 85, West Dilley, Texas 78017. The residential center would include all of the necessary services required for ICE to safely house the increased influx of family units in compliance with applicable detention and residential codes and standards while they await legal proceedings and processing.

**Site Considerations and Analysis:**
Land use at the proposed project location is typical south Texas brushland and rangeland/pastureland that consists of mesquite trees, prickly-pear cactus, and other native and non-native grasses. The proposed project would be located adjacent to the existing Sendero Ranch development on previously disturbed lands which would provide suitable habitat for a number of common species located throughout much of Texas such as snakes, bobcats, coyote, armadillos, skunks, raccoons, foxes, and miscellaneous varieties of rats and mice.

ICE reviewed the United States Fish and Wildlife Service (USFWS) Critical Habitat mapper[1] and associated USFWS database[2] for Frio County, TX to examine the proposed undertaking's impact on any surrounding critical habitat for listed or endangered species. There is no critical habitat located within or adjacent to the proposed area of disturbance as depicted in **Figure 3**. Additionally, ICE reviewed both the Texas Parks and Wildlife (TPW) and USFWS threatened and endangered species lists for Frio County (copies are included in **Attachments 1 & 2**). There are 22 species listed on the TPW database and six species listed on the USFWS database for Frio County. Best management practices and environmental considerations will be used during construction activities to minimize any potential impacts to list threatened or endangered species. Migratory birds and other wildlife will likely avoid the proposed project area during construction activities and during operations. Fencing and lighting would be included as part of the project (lighting would be downshielded and directed away from the surrounding areas) and a robust pest management plan would be implemented for vector control and to decrease the likelihood of impacts to wildlife from family units and vice versa.

**Conclusion:**
Based upon our review of publically available information, the existing pre-disturbed nature of the site, and the best management practices that will be employed during construction and operation of the proposed facility, **ICE finds that there would be no adverse effects to State**

---

[1] http://ecos.fws.gov/crithab/flex/crithabMapper.jsp
[2] http://ecos.fws.gov/crithab/

UAC00869

or Federally protected threatened or endangered species or habitat. Therefore, the proposed project does not require further consultation under Section 7 of the Endangered Species Act.

ICE respectfully requests that you provide us with any concerns or issues that you feel should be addressed in this SEA. A copy of the SEA for the proposed action can be made available upon request. ICE would appreciate you providing your agency's review and concurrence of our finding to me via email (pdf) at elizabeth.l.kennett@ice.dhs.gov as soon as possible to expedite this project. Given the urgent humanitarian issues in this situation, time is of the essence. Please direct any questions or informational requests to me at the contact information provided below.

Sincerely,

Elizabeth Kennett

Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC 20536
Office: (202) 732-6649
elizabeth.l.kennett@ice.dhs.gov

Enclosures:    **Attachment 1** – Texas Parks and Wildlife Endangered Species Report
               **Attachment 2** – USFWS Trust Resource List
               **Figure 1** – Vicinity Map
               **Figure 2** – Site Overview
               **Figure 3** – Critical Habitat Map

# Attachment 1—Texas Parks and Wildlife Endangered Species Report

Texas Parks & Wildlife Dept.                                                    Page 1 of 1
Annotated County Lists of Rare Species

Last Revision: 5/25/2011 3:02:00 PM

# FRIO COUNTY
## BIRDS

| | | Federal Status | State Status |
|---|---|---|---|
| **American Peregrine Falcon** | *Falco peregrinus anatum* | DL | T |

year-round resident and local breeder in west Texas, nests in tall cliff eyries; also, migrant across state from more northern breeding areas in US and Canada, winters along coast and farther south; occupies wide range of habitats during migration, including urban, concentrations along coast and barrier islands; low-altitude migrant, stopovers at leading landscape edges such as lake shores, coastlines, and barrier islands.

| | | | |
|---|---|---|---|
| **Arctic Peregrine Falcon** | *Falco peregrinus tundrius* | DL | |

migrant throughout state from subspecies' far northern breeding range, winters along coast and farther south; occupies wide range of habitats during migration, including urban, concentrations along coast and barrier islands; low-altitude migrant, stopovers at leading landscape edges such as lake shores, coastlines, and barrier islands.

**Baird's Sparrow**     *Ammodramus bairdii*

shortgrass prairie with scattered low bushes and matted vegetation; mostly migratory in western half of State, though winters in Mexico and just across Rio Grande into Texas from Brewster through Hudspeth counties.

**Mountain Plover**     *Charadrius montanus*

breeding: nests on high plains or shortgrass prairie, on ground in shallow depression; nonbreeding: shortgrass plains and bare, dirt (plowed) fields; primarily insectivorous.

| | | | |
|---|---|---|---|
| **Peregrine Falcon** | *Falco peregrinus* | DL | T |

both subspecies migrate across the state from more northern breeding areas in US and Canada to winter along coast and farther south; subspecies (F. p. anatum) is also a resident breeder in west Texas; the two subspecies' listing statuses differ, F.p. tundrius is no longer listed in Texas; but because the subspecies are not easily distinguishable at a distance, reference is generally made only to the species level; see subspecies for habitat.

| | | | |
|---|---|---|---|
| **Sprague's Pipit** | *Anthus spragueii* | C | |

only in Texas during migration and winter, mid September to early April; short to medium distance, diurnal migrant; strongly tied to native upland prairie, can be locally common in coastal grasslands, uncommon to rare further west; sensitive to patch size and avoids edges.

**Western Burrowing Owl**     *Athene cunicularia hypugaea*

open grasslands, especially prairie, plains, and savanna, sometimes in open areas such as vacant lots near human habitation or airports; nests and roosts in abandoned burrows

Texas Parks & Wildlife Dept.                                                                    Page 1 of 1
Annotated County Lists of Rare Species

## MAMMALS

|  |  | Federal Status | State Status |
|---|---|---|---|
| **Black bear** | *Ursus americanus* | T/SA;NL | T |

bottomland hardwoods and large tracts of inaccessible forested areas; due to field characteristics similar to Louisiana Black Bear (LT, T), treat all east Texas black bears as federal and state listed Threatened.

**Cave myotis bat**          *Myotis velifer*

colonial and cave-dwelling; also roosts in rock crevices, old buildings, carports, under bridges, and even in abandoned Cliff Swallow (Hirundo pyrrhonota) nests; roosts in clusters of up to thousands of individuals; hibernates in limestone caves of Edwards Plateau and gypsum cave of Panhandle during winter; opportunistic insectivore.

**Frio pocket gopher**          *Geomys texensis bakeri*

associated with nearly level Atco soil, which is well-drained and consists of sandy surface layers with loam extending to as deep as two meters.

**Ghost-faced bat**          *Mormoops megalophylla*

colonially roosts in caves, crevices, abandoned mines, and buildings; insectivorous; breeds late winter-early spring; single offspring born per year.

**Gray wolf**          *Canis lupus*          LE          E

extirpated; formerly known throughout the western two-thirds of the state in forests, brushlands, or grasslands.

**Ocelot**          *Leopardus pardalis*          LE          E

dense chaparral thickets; mesquite-thorn scrub and live oak mottes; avoids open areas; breeds and raises young June-November.

**Plains spotted skunk**          *Spilogale putorius interrupta*

catholic; open fields, prairies, croplands, fence rows, farmyards, forest edges, and woodlands; prefers wooded, brushy areas and tallgrass prairie.

**Red wolf**          *Canis rufus*          LE          E

extirpated; formerly known throughout eastern half of Texas in brushy and forested areas, as well as coastal prairies.

UAC00873

Texas Parks & Wildlife Dept.                                                                Page 1 of 1
Annotated County Lists of Rare Species

### REPTILES

| | | Federal Status | State Status |
|---|---|---|---|
| **Reticulate collared lizard** | *Crotaphytus reticulatus* | | T |

requires open brush-grasslands; thorn-scrub vegetation, usually on well-drained rolling terrain of shallow gravel, caliche, or sandy soils; often on scattered flat rocks below escarpments or isolated rock outcrops among scattered clumps of prickly pear and mesquite.

**Spot-tailed earless lizard**          *Holbrookia lacerata*

central and southern Texas and adjacent Mexico; moderately open prairie-brushland; fairly flat areas free of vegetation or other obstructions, including disturbed areas; eats small invertebrates; eggs laid underground.

**Texas horned lizard**          *Phrynosoma cornutum*                                        T

open, arid and semi-arid regions with sparse vegetation, including grass, cactus, scattered brush or scrubby trees; soil may vary in texture from sandy to rocky; burrows into soil, enters rodent burrows, or hides under rock when inactive; breeds March-September.

**Texas indigo snake**          *Drymarchon melanurus erebennus*                             T

Texas south of the Guadalupe River and Balcones Escarpment; thornbush-chaparral woodlands of south Texas, in particular dense riparian corridors; can do well in suburban and irrigated croplands if not molested or indirectly poisoned; requires moist microhabitats, such as rodent burrows, for shelter.

**Texas tortoise**          *Gopherus berlandieri*                                            T

open brush with a grass understory is preferred; open grass and bare ground are avoided; when inactive occupies shallow depressions at base of bush or cactus, sometimes in underground burrows or under objects; longevity greater than 50 years; active March-November; breeds April-November.

### PLANTS

| | | Federal Status | State Status |
|---|---|---|---|
| **Elmendorf's onion** | *Allium elmendorfii* | | |

Texas endemic; grassland openings in oak woodlands on deep, loose, well-drained sands; in Coastal Bend, on Pleistocene barrier island ridges and Holocene Sand Sheet that support live oak woodlands; to the north it occurs in post oak-black hickory-live oak woodlands over Queen City and similar Eocene formations; one anomalous specimen found on Llano Uplift in wet pockets of granitic loam; flowering March-April, May.

**Sandhill woollywhite**          *Hymenopappus carrizoanus*

Texas endemic; disturbed or open areas in grasslands and post oak woodlands on deep sands derived from the Carrizo Sand and similar Eocene formations; flowering April-June.

UAC00874

Attachment 2—USFWS Trust Resource List

UAC00875

 U.S. Fish and Wildlife Service

# Trust Resources List

This resource list is to be used for planning purposes only — it is not an official species list.

**Endangered Species Act species list information for your project is available online and listed below for the following FWS Field Offices:**

Corpus Christi Ecological Services Field Office
U.S. FISH AND WILDLIFE SERVICES, C/O TAMU-CC
6300 OCEAN DRIVE, #5837
CORPUS CHRISTI, TX 78412
(361) 994-9005
http://www.fws.gov/southwest/es/CorpusChristiTexas/
http://www.fws.gov/southwest/es/ES_Lists_Main2.html

## *Project Name:*

Dilley, TX

 U.S. Fish and Wildlife Service

# Trust Resources List

## Project Location Map:



## Project Counties:
Frio, TX

## Geographic coordinates (Open Geospatial Consortium Well-Known Text, NAD83):
MULTIPOLYGON (((-99.1999664 28.6626914, -99.1971361 28.6591159, -99.1985952 28.6542956, -99.205202 28.654256, -99.2028417 28.6617895, -99.1999664 28.6626914)))

## Project Type:
Development



U.S. Fish and Wildlife Service

# Trust Resources List

## Endangered Species Act Species List (USFWS Endangered Species Program).

There are a total of **6** threatened, endangered, or candidate species on your species list. Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fishes may appear on the species list because a project could cause downstream effects on the species. Note that **3** of these species should be considered only under certain conditions. See the second table below for a list of these species and the conditions under which effects should be considered. Critical habitats listed under the **Has Critical Habitat** column may or may not lie within your project area. See the **Critical habitats within your project area** section below for critical habitat that lies within your project area. Please contact the designated FWS office if you have questions.

**Species that should be considered in an effects analysis for your project:**

| Birds | Status | | Has Critical Habitat | Contact |
|---|---|---|---|---|
| Sprague's Pipit<br>(*Anthus spragueii*) | Candidate | species info | | Corpus Christi Ecological Services Field Office |
| **Mammals** | | | | |
| Gulf Coast jaguarundi<br>(*Herpailurus (=felis) yagouaroundi cacomitli*)<br>     Population: U.S.A.(TX),Mexico | Endangered | species info | | Corpus Christi Ecological Services Field Office |
| ocelot<br>(*Leopardus (=felis) pardalis*)<br>     Population: U.S.A.(AZ, TX) to Central and South America | Endangered | species info | | Corpus Christi Ecological Services Field Office |

**Species that should be considered in an effects analysis for your project under specified conditions:**

| Birds | Status | | | | Contact |
|---|---|---|---|---|---|
| Least tern (*Sterna antillarum*)<br>     Population: interior pop. | Endangered | species info | condition info | | Corpus Christi Ecological Services Field Office |
| Piping Plover<br>(*Charadrius melodus*)<br>     Population: except Great Lakes watershed | Threatened | species info | condition info | Final designated critical habitat<br>Final designated critical habitat | Corpus Christi Ecological Services Field Office |

UAC060878

 U.S. Fish and Wildlife Service

# Trust Resources List

| Red Knot (*Calidris canutus*) | Proposed Threatened | species info | condition info | | Corpus Christi Ecological Services Field Office |
|---|---|---|---|---|---|

**Critical habitats within your project area:**

*There are no critical habitats within your project area.*

## FWS National Wildlife Refuges (USFWS National Wildlife Refuges Program).

*There are no refuges found within the vicinity of your project.*

## FWS Migratory Birds (USFWS Migratory Bird Program).

The protection of birds is regulated by the Migratory Bird Treaty Act (MBTA) and the Bald and Golden Eagle Protection Act (BGEPA). Any activity, intentional or unintentional, resulting in take of migratory birds, including eagles, is prohibited unless otherwise permitted by the U.S. Fish and Wildlife Service (50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)). The MBTA has no provision for allowing take of migratory birds that may be unintentionally killed or injured by otherwise lawful activities. For more information regarding these Acts see http://www.fws.gov/migratorybirds/RegulationsandPolicies.html.

All project proponents are responsible for complying with the appropriate regulations protecting  birds when planning and developing a project. To meet these conservation obligations,  proponents should identify potential or existing project-related impacts to migratory birds and  their habitat and develop and implement conservation measures that avoid, minimize, or  compensate for these impacts. The Service's Birds of Conservation Concern (2008) report  identifies species, subspecies, and populations of all migratory nongame birds that, without additional conservation actions, are likely to become listed under the Endangered Species Act as  amended (16 U.S.C 1531 et seq.).

For information about Birds of Conservation Concern, go to http://www.fws.gov/migratorybirds/CurrentBirdIssues/Management/BCC.html.

### Migratory birds of concern that may be affected by your project:

There are **15** birds on your Migratory birds of concern list. The Division of Migratory Bird Management is in the process of populating migratory bird data with an estimated completion date of August 1, 2014;  therefore, the list below may not include all the migratory birds of concern in your project area at this time.  While this information is being populated, please contact the Field Office for information about migratory birds in your project area.



## U.S. Fish and Wildlife Service

# **Trust Resources List**

| Species Name | Bird of Conservation Concern (BCC) | Species Profile | Seasonal Occurrence in Project Area |
|---|---|---|---|
| Audubon's Oriole  (*Icterus graduacauda*) | Yes | species info | Year-round |
| Bald eagle  (*Haliaeetus leucocephalus*) | Yes | species info | Wintering |
| Bell's Vireo    (*Vireo bellii*) | Yes | species info | Breeding |
| Burrowing Owl  (*Athene cunicularia*) | Yes | species info | Wintering |
| Cassin's Sparrow  (*Aimophila cassinii*) | Yes | species info | Year-round |
| Chestnut-collared Longspur (*Calcarius ornatus*) | Yes | species info | Wintering |
| Curve-billed Thrasher  (*Toxostoma curvirostre*) | Yes | species info | Year-round |
| Harris's Hawk  (*parabuteo unicinctus*) | Yes | species info | Year-round |
| Harris's Sparrow  (*Zonotrichia querula*) | Yes | species info | Wintering |
| Hooded Oriole  (*Icterus cucullatus*) | Yes | species info | Breeding |
| Lark Bunting  (*Calamospiza melanocorys*) | Yes | species info | Wintering |
| Least Bittern  (*Ixobrychus exilis*) | Yes | species info | Breeding |
| Lesser Yellowlegs  (*Tringa flavipes*) | Yes | species info | Wintering |
| Summer tanager  (*piranga rubra*) | Yes | species info | Breeding |
| Verdin  (*Auriparus flaviceps*) | Yes | species info | Year-round |

 U.S. Fish and Wildlife Service

# Trust Resources List

## *NWI Wetlands (<u>USFWS National Wetlands Inventory</u>).*

The U.S. Fish and Wildlife Service is the principal Federal agency that provides information on the extent and status of wetlands in the U.S., via the National Wetlands Inventory Program (NWI). In addition to impacts to wetlands within your immediate project area, wetlands outside of your project area may need to be considered in any evaluation of project impacts, due to the hydrologic nature of wetlands (for example, project activities may affect local hydrology within, and outside of, your immediate project area). It may be helpful to refer to the USFWS National Wetland Inventory website. The designated FWS office can also assist you. Impacts to wetlands and other aquatic habitats from your project may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal Statutes. Project Proponents should discuss the relationship of these requirements to their project with the Regulatory Program of the appropriate <u>U.S. Army Corps of Engineers District</u>.

### Data Limitations, Exclusions and Precautions

The Service's objective of mapping wetlands and deepwater habitats is to produce reconnaissance level information on the location, type and size of these resources. The maps are prepared from the analysis of high altitude imagery. Wetlands are identified based on vegetation, visible hydrology and geography. A margin of error is inherent in the use of imagery; thus, detailed on-the-ground inspection of any particular site may result in revision of the wetland boundaries or classification established through image analysis.

The accuracy of image interpretation depends on the quality of the imagery, the experience of the image analysts, the amount and quality of the collateral data and the amount of ground truth verification work conducted. Metadata should be consulted to determine the date of the source imagery used and any mapping problems.

Wetlands or other mapped features may have changed since the date of the imagery and/or field work. There may be occasional differences in polygon boundaries or classifications between the information depicted on the map and the actual conditions on site.

**Exclusions** - Certain wetland habitats are excluded from the National mapping program because of the limitations of aerial imagery as the primary data source used to detect wetlands. These habitats include seagrasses or submerged aquatic vegetation that are found in the intertidal and subtidal zones of estuaries and nearshore coastal waters. Some deepwater reef communities (coral or tuberficid worm reefs) have also been excluded from the inventory. These habitats, because of their depth, go undetected by aerial imagery.

**Precautions** - Federal, state, and local regulatory agencies with jurisdiction over wetlands may define and describe wetlands in a different manner than that used in this inventory. There is no attempt, in either the design or products of this inventory, to define the limits of proprietary jurisdiction of any Federal, state, or local government or to establish the geographical scope of the regulatory programs of government agencies. Persons intending to engage in activities involving modifications within or adjacent to wetland areas should seek the

 U.S. Fish and Wildlife Service

# Trust Resources List

advice of appropriate federal, state, or local agencies concerning specified agency regulatory programs and proprietary jurisdictions that may affect such activities.

*IPaC is unable to display wetland information at this time.*

Figure 1—Vicinity Map

UAC00883

UAC00884

Appendix B - 54

**Figure 1: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Vicinity Map**



Figure 2—Site Overview

UAC00885

Appendix B - 56

UAC00886

Figure 2: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Overview



Existing Entrance

Existing Sendero Ranch Development

Legend

N

W    E

S

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

1090 ft

Figure 3—Critical Habitat Map

Figure 3: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Critical Habitat Map



Figure generated from the USFWS Critical Habitat Mapper with all "Live Maps" selected. The site boundary was drawn with the Critical Habitat Mapper "draw" tool. This area is designated as the "Lower Frio" hydrologic area, as shown on the map.

Appendix B - 58

UAC00888



*Office of Facilities Administration*
**U.S. Department of Homeland Security**
**500 12ᵗʰ Street S.W.**
**Washington, D.C.  20536**

U.S. Immigration
and Customs
Enforcement

August 22, 2014

Holly Houghten
Tribal Historic Preservation Officer
Mescalero Apache
PO Box 227
Mescalero, NM 88340

**Subject:**   **Preparation of a Supplemental Environmental Assessment (SEA) for United States**
**(U.S.) Immigration and Customs Enforcement (ICE) in Frio County, Dilley, Texas**

Dear Ms. Houghten,

United States (U.S.) Immigration and Customs Enforcement (ICE) is the principal investigative arm of the Department of Homeland Security (DHS) and the second largest investigative agency in the Federal Government. ICE's primary mission is to promote homeland security and public safety through criminal and civil enforcement of federal laws governing border control, customs, trade, and immigration. ICE determines the legal immigration status of individuals believed to be illegally present in the interior of the United States through the immigration courts and removes those who are determined to either be inadmissible or in violation with U.S. law. The Justice Department's Executive Office for Immigration Review conducts the immigration proceedings for both unaccompanied alien children and family units, in accordance with the requirements of Section 240 of the Immigration and Nationality Act. Unaccompanied alien children are in the custody of a sponsor until disposition of their cases, and family units stay together in Family Residential Centers until disposition of their cases. The full range of facility, services, and case management requirements for the ICE mission of enforcement and removal includes, but is not limited to, the following: providing office space, bed space, courtrooms, space for services such as medical exams, recreation, and religious services, attorney-client meetings, processing space, and transportation.

The June 2, 2014 Presidential Memorandum "Response to the Influx of Unaccompanied Alien Children Across the Southwest Border" described the influx as an "urgent humanitarian situation requiring a unified and coordinated Federal response." The unprecedented increase in the number of apprehended persons has the potential to fill or exceed the capacity of the DHS supporting infrastructure (real property for processing and housing apprehended persons, services including medical care, transportation, utilities, meals, hygiene, recreation, etc.) currently available. Therefore, action is being considered at the DHS Headquarters level to provide increased and expedited allocation of Departmental resources in a number of areas, including the construction of facilities for ICE to provide safe and adequate housing for families.

In accordance with the National Environmental Policy Act (NEPA) of 1969 (42 U.S. Code 4321-4347), this letter is provided to inform you that ICE is proposing an undertaking subject to NEPA and the Endangered Species Act (ESA). ICE is preparing a Supplemental Environmental Assessment (SEA) tiered from a DHS Programmatic Environmental Assessment (PEA). The proposed undertaking is for the construction and

UAC00889

Mescalero Apache
Page 2

operation of an approximate 2,400 person family residential center on approximately 51.5 acres of land to the south and southwest of an existing community known as Sendero Ranch located at 1925 West Highway 85, West Dilley, Texas 78017 as identified in **Figure 2**. The residential center would include all of the necessary services required for ICE to safely house the increased influx of family units in compliance with applicable detention and residential codes and standards while they await legal proceedings and processing.

ICE is currently in the process of gathering the most current information available, in accordance with Section 106 of the National Historic Preservation Act and its implementing regulations, 36 CFR Part 800. To ensure that any areas of sacred or spiritual significance to Native American groups are considered, we would appreciate your help in identifying any interests or concerns regarding any cultural resources that you believe may be affected by the proposed facility. We welcome your comments on this undertaking and look forward to hearing any concerns you may have regarding cultural resources, Traditional Cultural Properties (TCPs), and Indian sacred sites within the proposed project area.

ICE respectfully requests that you provide us with any concerns or issues that you feel should be addressed in this SEA. A copy of the SEA for the proposed action can be made available upon request. ICE would appreciate you providing any comments or questions to me via email (pdf) at elizabeth.l.kennett@ice.dhs.gov as soon as possible to expedite this project. Given the urgent humanitarian issues in this situation, time is of the essence. Please direct any questions or informational requests to me at the contact information provided below.

Sincerely,

*Elizabeth Kennett*

Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC 20536
Office: (202) 732-6649
elizabeth.l.kennett@ice.dhs.gov

Enclosures:

**Figure 1** – Frio County Map
**Figure 2** – Vicinity Map
**Figure 3** – Site Overview
**Figure 4** – Site Plan Overlay Map

**Figure 1: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Frio County Map**



Legend

☐ Approximate Site Boundary and Fence Line

▨ Approximate Proposed Construction Limits

10.00 mi

Figure 2: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Vicinity Map



Existing Prison
Bisco Unit

Existing Sendero Ranch
Development

Existing Entrance

Legend

Approximate Site Boundary
and Fence Line

Approximate Proposed
Construction Limits

3118 ft

Figure 3: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Overview



Existing Entrance

Future Main Entrance

Existing Sendero Ranch Development

Legend

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

1090 ft

N E S W

UAC00893

Appendix B - 64

Figure 4: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Plan Overlay Map





*Office of Facilities Administration*
**U.S. Department of Homeland Security**
**500 12ᵗʰ Street S.W.**
**Washington, D.C. 20536**

U.S. Immigration
and Customs
Enforcement

August 22, 2014

Jimmy Arterberry
Tribal Historic Preservation Officer
Comanche Nation of Oklahoma
PO Box 908
Lawton, OK 73502

Subject:    **Preparation of a Supplemental Environmental Assessment (SEA) for United States
(U.S.) Immigration and Customs Enforcement (ICE) in Frio County, Dilley, Texas**

Dear Mr. Arterberry,

United States (U.S.) Immigration and Customs Enforcement (ICE) is the principal investigative arm of the
Department of Homeland Security (DHS) and the second largest investigative agency in the Federal
Government. ICE's primary mission is to promote homeland security and public safety through criminal and
civil enforcement of federal laws governing border control, customs, trade, and immigration. ICE determines
the legal immigration status of individuals believed to be illegally present in the interior of the United States
through the immigration courts and removes those who are determined to either be inadmissible or in
violation with U.S. law. The Justice Department's Executive Office for Immigration Review conducts the
immigration proceedings for both unaccompanied alien children and family units, in accordance with the
requirements of Section 240 of the Immigration and Nationality Act. Unaccompanied alien children are in
the custody of a sponsor until disposition of their cases, and family units stay together in Family Residential
Centers until disposition of their cases. The full range of facility, services, and case management
requirements for the ICE mission of enforcement and removal includes, but is not limited to, the following:
providing office space, bed space, courtrooms, space for services such as medical exams, recreation, and
religious services, attorney-client meetings, processing space, and transportation.

The June 2, 2014 Presidential Memorandum "Response to the Influx of Unaccompanied Alien Children
Across the Southwest Border" described the influx as an "urgent humanitarian situation requiring a unified
and coordinated Federal response." The unprecedented increase in the number of apprehended persons has
the potential to fill or exceed the capacity of the DHS supporting infrastructure (real property for processing
and housing apprehended persons, services including medical care, transportation, utilities, meals, hygiene,
recreation, etc.) currently available. Therefore, action is being considered at the DHS Headquarters level to
provide increased and expedited allocation of Departmental resources in a number of areas, including the
construction of facilities for ICE to provide safe and adequate housing for families.

In accordance with the National Environmental Policy Act (NEPA) of 1969 (42 U.S. Code 4321-4347), this
letter is provided to inform you that ICE is proposing an undertaking subject to NEPA and the Endangered
Species Act (ESA). ICE is preparing a Supplemental Environmental Assessment (SEA) tiered from a DHS
Programmatic Environmental Assessment (PEA). The proposed undertaking is for the construction and

Comanche Nation of Oklahoma
Page 2

operation of an approximate 2,400 person family residential center on approximately 51.5 acres of land to the south and southwest of an existing community known as Sendero Ranch located at 1925 West Highway 85, West Dilley, Texas 78017 as identified in **Figure 2**. The residential center would include all of the necessary services required for ICE to safely house the increased influx of family units in compliance with applicable detention and residential codes and standards while they await legal proceedings and processing.

ICE is currently in the process of gathering the most current information available, in accordance with Section 106 of the National Historic Preservation Act and its implementing regulations, 36 CFR Part 800. To ensure that any areas of sacred or spiritual significance to Native American groups are considered, we would appreciate your help in identifying any interests or concerns regarding any cultural resources that you believe may be affected by the proposed facility. We welcome your comments on this undertaking and look forward to hearing any concerns you may have regarding cultural resources, Traditional Cultural Properties (TCPs), and Indian sacred sites within the proposed project area.

ICE respectfully requests that you provide us with any concerns or issues that you feel should be addressed in this SEA. A copy of the SEA for the proposed action can be made available upon request. ICE would appreciate you providing any comments or questions to me via email (pdf) at elizabeth.l.kennett@ice.dhs.gov as soon as possible to expedite this project. Given the urgent humanitarian issues in this situation, time is of the essence. Please direct any questions or informational requests to me at the contact information provided below.

Sincerely,

*Elizabeth Kennett*

Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC 20536
Office: (202) 732-6649
elizabeth.l.kennett@ice.dhs.gov

Enclosures:

        **Figure 1** – Frio County Map
        **Figure 2** – Vicinity Map
        **Figure 3** – Site Overview
        **Figure 4** – Site Plan Overlay Map

# Figure 1: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Frio County Map



Legend

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

10.00 mi

# Figure 2: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Vicinity Map



Existing Prison
Bisco Unit

Existing Sendero Ranch
Development

Existing Entrance

## Legend

Approximate Site Boundary
and Fence Line

Approximate Proposed
Construction Limits

3118 ft

**Figure 3: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Overview**



Existing Entrance

Future Main Entrance

Existing Sendero Ranch Development

UAC00869

© 2014 Google

**Legend**

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

1090 ft

N E S W

# Figure 4: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Plan Overlay Map



Site Plan Overlay as of 31 July 2014

## Legend

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

1026 ft

UAC00000

U.S. Department of Homeland Security
500 12th Street S.W.
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

August 22, 2014

RE:  **Preparation of a Supplemental Environmental Assessment (SEA) for United
States (U.S.) Immigration and Customs Enforcement (ICE) in Frio County,
Dilley, Texas**

The Honorable Mary Ann Obregon
Mayor
P.O. Box 230
Dilley, TX 78017-0230
(830) 965-1624

Dear Ms. Obregon,

United States (U.S.) Immigration and Customs Enforcement (ICE) is the principal investigative
arm of the Department of Homeland Security (DHS) and the second largest investigative agency
in the Federal Government. ICE's primary mission is to promote homeland security and public
safety through criminal and civil enforcement of federal laws governing border control, customs,
trade, and immigration. ICE determines the legal immigration status of individuals believed to be
illegally present in the interior of the United States through the immigration courts and removes
those who are determined to either be inadmissible or in violation with U.S. law. The Justice
Department's Executive Office for Immigration Review conducts the immigration proceedings
for both unaccompanied alien children and family units, in accordance with the requirements of
Section 240 of the Immigration and Nationality Act. Unaccompanied alien children are in the
custody of a sponsor until disposition of their cases, and family units stay together in Family
Residential Centers until disposition of their cases. The full range of facility, services, and case
management requirements for the ICE mission of enforcement and removal includes, but is not
limited to, the following: providing office space, bed space, courtrooms, space for services such
as medical exams, recreation, and religious services, attorney-client meetings, processing space,
and transportation.

The June 2, 2014 Presidential Memorandum "Response to the Influx of Unaccompanied Alien
Children Across the Southwest Border" described the influx as an "urgent humanitarian situation
requiring a unified and coordinated Federal response." The unprecedented increase in the
number of apprehended persons has the potential to fill or exceed the capacity of the DHS
supporting infrastructure (real property for processing and housing apprehended persons,
services including medical care, transportation, utilities, meals, hygiene, recreation, etc.)
currently available. Therefore, action is being considered at the DHS Headquarters level to
provide increased and expedited allocation of Departmental resources in a number of areas,
including the construction of facilities for ICE to provide safe and adequate housing for families.

In accordance with the National Environmental Policy Act (NEPA) of 1969 (42 U.S. Code 4321-4347), this letter is provided to inform you that ICE is proposing an undertaking subject to NEPA and the Endangered Species Act (ESA). ICE is preparing a Supplemental Environmental Assessment (SEA) tiered from a DHS Programmatic Environmental Assessment (PEA). The proposed undertaking is for the construction and operation of an approximate 2,400 person family residential center on approximately 51.5 acres of land to the south and southwest of an existing community known as Sendero Ranch located at 1925 West Highway 85, West Dilley, Texas 78017 as identified in **Figure 2**. The residential center would include all of the necessary services required for ICE to safely house the increased influx of family units in compliance with applicable detention and residential codes and standards while they await legal proceedings and processing.

ICE has consulted with a number of other State and Federal agencies regarding the proposed project as identified in **Attachment 1**. Individual agencies will receive additional technical and site related information necessary to provide adequate reviews of the proposed project.

ICE respectfully requests that you provide us with any concerns or issues that you feel should be addressed in this SEA. A copy of the SEA for the proposed action can be made available upon request. ICE would appreciate you providing any comments or questions to me via email (pdf) at elizabeth.l.kennett@ice.dhs.gov as soon as possible to expedite this project. Given the urgent humanitarian issues in this situation, time is of the essence. Please direct any questions or informational requests to me at the contact information provided below.

Sincerely,

Elizabeth Kennett

Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC 20536
Office: (202) 732-6649
elizabeth.l.kennett@ice.dhs.gov

Enclosures:  **Attachment 1** – ICE SEA List of Federal and State Agencies Consulted
**Figure 1** – Frio County Map
**Figure 2** – Vicinity Map
**Figure 3** – Site Overview
**Figure 4** – Site Plan Overlay Map

ICE Dilley SEA Scoping Letters List 8/13/2014
Page 1

| FEDERAL | | |
|---|---|---|
| Agency | Address | Comment/Forms/Attachments |
| USFWS | Mary Orms<br>Consultation Review Lead<br>U.S. Fish and Wildlife Service<br>c/o Texas A&M University at Corpus Christi<br>Corpus Christi Ecological Services Field Office<br>6300 Ocean Drive, Unit 5837<br>Corpus Christi, TX 78412-5837<br>Phone: (361) 994-9005 EXT: 246 | USFWS Trust Resource List<br>Texas Parks and Wildlife Endangered Species Report |
| NRCS | Drew Kinney<br>Modeling Unit Leader<br>USDA-Natural Resources Conservation Service<br>101 S. Main<br>Temple, TX 76501-7682<br>Office: (254) 742-9854 | USDA Form AD-1006(10-83) |
| STATE | | |
| Agency | Address | Comment/Forms |
| TPWD | Russell Hooten<br>Wildlife Habitat Assessment Program<br>TPWD-Wildlife Division<br>6300 Ocean Drive, NRC 2501<br>Unit 5846<br>Corpus Christi, TX  78412<br>Office: (361) 825-3240 | Texas Parks and Wildlife Endangered Species Report<br>USFWS Trust Resource List |
| THC | Mark Wolfe<br>State Historic Preservation Officer<br>Texas Historical Commission<br>108 W. 16th Street<br>Austin, TX 78701<br>(512) 463-6100 | Request for SHPO Consultation Form<br>http://www.thc.state.tx.us/public/upload/form<br>s/SHPO_Consultation_Form-Ver0811.pdf |
| TRIBES | | |
| Agency | Address | Comment/Forms |
| Mescalero Apache | Holly Houghten<br>Tribal Historic Preservation Office (THPO)<br>P.O. Box 227<br>Mescalero, NM  88340<br>(575) 464-3005 | |
| Comanche Nation of Oklahoma | Jimmy Arterberry<br>Tribal Historic Preservation Office (THPO)<br>P.O. Box 908<br>Lawton, OK 73502<br>580-595-9960 | |
| OTHER STAKEHOLDERS | | |
| Agency | Address | Comment/Forms |
| Frio County | Honorable Carlos A. Garcia<br>Judge<br>500 E. San Antonio St., Box 7<br>Pearsall, TX 78061<br>(830) 334-2154 | |

ICE Dilley SEA Scoping Letters List 8/13/2014
Page 2

| Frio County | Honorable Jose "Pepe" Flores<br>Frio County Precinct 4 Commissioner<br>1170 CR 3709<br>Dilley, Texas 78017<br>(210) 461-0563 | |

Figure 1: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Frio County Map



Legend

☐ Approximate Site Boundary and Fence Line

☐ Approximate Proposed Construction Limits

10.00 mi

Figure 2: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Vicinity Map



Legend

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

3118 ft

Existing Prison Bisco Unit

Existing Sendero Ranch Development

Existing Entrance

Figure 3: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Overview

**Figure 4: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Plan Overlay Map**



U.S. Department of Homeland Security
500 12th Street S.W.
Washington, DC 20536

 **U.S. Immigration and Customs Enforcement**

August 22, 2014

RE:　　Preparation of a Supplemental Environmental Assessment (SEA) for United States (U.S.) Immigration and Customs Enforcement (ICE) in Frio County, Dilley, Texas

Honorable Jose "Pepe" Flores
Frio County Precinct 4 Commissioner
1170 CR 3709
Dilley, Texas 78017
(210) 461-0563

Dear Mr. Flores,

United States (U.S.) Immigration and Customs Enforcement (ICE) is the principal investigative arm of the Department of Homeland Security (DHS) and the second largest investigative agency in the Federal Government. ICE's primary mission is to promote homeland security and public safety through criminal and civil enforcement of federal laws governing border control, customs, trade, and immigration. ICE determines the legal immigration status of individuals believed to be illegally present in the interior of the United States through the immigration courts and removes those who are determined to either be inadmissible or in violation with U.S. law. The Justice Department's Executive Office for Immigration Review conducts the immigration proceedings for both unaccompanied alien children and family units, in accordance with the requirements of Section 240 of the Immigration and Nationality Act. Unaccompanied alien children are in the custody of a sponsor until disposition of their cases, and family units stay together in Family Residential Centers until disposition of their cases. The full range of facility, services, and case management requirements for the ICE mission of enforcement and removal includes, but is not limited to, the following: providing office space, bed space, courtrooms, space for services such as medical exams, recreation, and religious services, attorney-client meetings, processing space, and transportation.

The June 2, 2014 Presidential Memorandum "Response to the Influx of Unaccompanied Alien Children Across the Southwest Border" described the influx as an "urgent humanitarian situation requiring a unified and coordinated Federal response." The unprecedented increase in the number of apprehended persons has the potential to fill or exceed the capacity of the DHS supporting infrastructure (real property for processing and housing apprehended persons, services including medical care, transportation, utilities, meals, hygiene, recreation, etc.) currently available. Therefore, action is being considered at the DHS Headquarters level to provide increased and expedited allocation of Departmental resources in a number of areas, including the construction of facilities for ICE to provide safe and adequate housing for families.

In accordance with the National Environmental Policy Act (NEPA) of 1969 (42 U.S. Code 4321-4347), this letter is provided to inform you that ICE is proposing an undertaking subject to NEPA and the Endangered Species Act (ESA). ICE is preparing a Supplemental Environmental Assessment (SEA) tiered from a DHS Programmatic Environmental Assessment (PEA). The proposed undertaking is for the construction and operation of an approximate 2,400 person family residential center on approximately 51.5 acres of land to the south and southwest of an existing community known as Sendero Ranch located at 1925 West Highway 85, West Dilley, Texas 78017 as identified in **Figure 2**. The residential center would include all of the necessary services required for ICE to safely house the increased influx of family units in compliance with applicable detention and residential codes and standards while they await legal proceedings and processing.

ICE has consulted with a number of other State and Federal agencies regarding the proposed project as identified in **Attachment 1**. Individual agencies will receive additional technical and site related information necessary to provide adequate reviews of the proposed project.

ICE respectfully requests that you provide us with any concerns or issues that you feel should be addressed in this SEA. A copy of the SEA for the proposed action can be made available upon request. ICE would appreciate you providing any comments or questions to me via email (pdf) at elizabeth.l.kennett@ice.dhs.gov as soon as possible to expedite this project. Given the urgent humanitarian issues in this situation, time is of the essence. Please direct any questions or informational requests to me at the contact information provided below.

Sincerely,

Elizabeth Kennett

Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC 20536
Office: (202) 732-6649
elizabeth.l.kennett@ice.dhs.gov

Enclosures:     **Attachment 1** – ICE SEA List of Federal and State Agencies Consulted
                **Figure 1** – Frio County Map
                **Figure 2** – Vicinity Map
                **Figure 3** – Site Overview
                **Figure 4** – Site Plan Overlay Map

ICE Dilley SEA Scoping Letters List 8/13/2014
Page 1

| FEDERAL | | |
|---|---|---|
| Agency | Address | Comment/Forms/Attachments |
| USFWS | Mary Orms<br>Consultation Review Lead<br>U.S. Fish and Wildlife Service<br>c/o Texas A&M University at Corpus Christi<br>Corpus Christi Ecological Services Field Office<br>6300 Ocean Drive, Unit 5837<br>Corpus Christi, TX 78412-5837<br>Phone: (361) 994-9005 EXT: 246 | USFWS Trust Resource List<br>Texas Parks and Wildlife Endangered Species Report |
| NRCS | Drew Kinney<br>Modeling Unit Leader<br>USDA-Natural Resources Conservation Service<br>101 S. Main<br>Temple, TX 76501-7682<br>Office: (254) 742-9854 | USDA Form AD-1006(10-83) |
| STATE | | |
| Agency | Address | Comment/Forms |
| TPWD | Russell Hooten<br>Wildlife Habitat Assessment Program<br>TPWD-Wildlife Division<br>6300 Ocean Drive, NRC 2501<br>Unit 5846<br>Corpus Christi, TX 78412<br>Office: (361) 825-3240 | Texas Parks and Wildlife Endangered Species Report<br>USFWS Trust Resource List |
| THC | Mark Wolfe<br>State Historic Preservation Officer<br>Texas Historical Commission<br>108 W. 16th Street<br>Austin, TX 78701<br>(512) 463-6100 | Request for SHPO Consultation Form<br>http://www.thc.state.tx.us/public/upload/forms/SHPO_Consultation_Form-Ver0811.pdf |
| TRIBES | | |
| Agency | Address | Comment/Forms |
| Mescalero Apache | Holly Houghten<br>Tribal Historic Preservation Office (THPO)<br>P.O. Box 227<br>Mescalero, NM 88340<br>(575) 464-3005 | |
| Comanche Nation of Oklahoma | Jimmy Arterberry<br>Tribal Historic Preservation Office (THPO)<br>P.O. Box 908<br>Lawton, OK 73502<br>(580) 595-9960 | |
| OTHER STAKEHOLDERS | | |
| Agency | Address | Comment/Forms |
| City of Dilley | Honorable Mary Ann Obregon<br>Mayor<br>P.O. Box 230<br>Dilley, TX 78017-0230<br>(830) 965-1624 | |

## Figure 1: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Frio County Map



Figure 2: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Vicinity Map



Appendix B - 83

Figure 3: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Overview



Existing Entrance

Future Main Entrance

Existing Sendero
Ranch Development

Legend

Approximate Site Boundary
and Fence Line

Approximate Proposed
Construction Limits

1090 ft

N
W   E
S

UAC0091:4

**Figure 4: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Plan Overlay Map**



Appendix B - 85

# OFFICE OF THE FRIO COUNTY JUDGE

OFFICE: (830) 334-2154 • FAX: (830) 334-0010 • Email: friojudge@hotmail.com
500 E. SAN ANTONIO ST. • BOX 7 • PEARSALL, TEXAS 78061

**Carlos A. Garcia**
**COUNTY JUDGE**

August 27, 2014

*Via E- Mail*
Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, D.C. 20536
Elizabeth.l.kennett@ice.dhs.gov

Re:    Preparation of a Supplemental Environmental Assessment (SEA)
       for United States (U.S.) Immigration and Customs Enforcement
       (ICE) in Frio County.

Ms. Kennett:

Thank you for contacting me regarding the proposed development being considered by your department.   Please be aware that Frio County has no objections, opposition, or concerns about the proposed project.  Should you require anything else from the county, please do not hesitate to contact me.

Sincerely,

Carlos A. Garcia

CAG/se

xc:    files

UAC00916



U.S. Department of Homeland Security
500 12th Street S.W.
Washington, DC 20536

**U.S. Immigration
and Customs
Enforcement**

August 22, 2014

RE:    **Preparation of a Supplemental Environmental Assessment (SEA) for United
States (U.S.) Immigration and Customs Enforcement (ICE) in Frio County,
Dilley, Texas**

Honorable Carlos A. Garcia
Judge
500 E. San Antonio St., Box 7
Pearsall, TX 78061
(830) 334-2154

Dear Mr. Garcia,

United States (U.S.) Immigration and Customs Enforcement (ICE) is the principal investigative
arm of the Department of Homeland Security (DHS) and the second largest investigative agency
in the Federal Government. ICE's primary mission is to promote homeland security and public
safety through criminal and civil enforcement of federal laws governing border control, customs,
trade, and immigration. ICE determines the legal immigration status of individuals believed to be
illegally present in the interior of the United States through the immigration courts and removes
those who are determined to either be inadmissible or in violation with U.S. law. The Justice
Department's Executive Office for Immigration Review conducts the immigration proceedings
for both unaccompanied alien children and family units, in accordance with the requirements of
Section 240 of the Immigration and Nationality Act. Unaccompanied alien children are in the
custody of a sponsor until disposition of their cases, and family units stay together in Family
Residential Centers until disposition of their cases. The full range of facility, services, and case
management requirements for the ICE mission of enforcement and removal includes, but is not
limited to, the following: providing office space, bed space, courtrooms, space for services such
as medical exams, recreation, and religious services, attorney-client meetings, processing space,
and transportation.

The June 2, 2014 Presidential Memorandum "Response to the Influx of Unaccompanied Alien
Children Across the Southwest Border" described the influx as an "urgent humanitarian situation
requiring a unified and coordinated Federal response." The unprecedented increase in the
number of apprehended persons has the potential to fill or exceed the capacity of the DHS
supporting infrastructure (real property for processing and housing apprehended persons,
services including medical care, transportation, utilities, meals, hygiene, recreation, etc.)
currently available. Therefore, action is being considered at the DHS Headquarters level to
provide increased and expedited allocation of Departmental resources in a number of areas,
including the construction of facilities for ICE to provide safe and adequate housing for families.

In accordance with the National Environmental Policy Act (NEPA) of 1969 (42 U.S. Code 4321-4347), this letter is provided to inform you that ICE is proposing an undertaking subject to NEPA and the Endangered Species Act (ESA). ICE is preparing a Supplemental Environmental Assessment (SEA) tiered from a DHS Programmatic Environmental Assessment (PEA). The proposed undertaking is for the construction and operation of an approximate 2,400 person family residential center on approximately 51.5 acres of land to the south and southwest of an existing community known as Sendero Ranch located at 1925 West Highway 85, West Dilley, Texas 78017 as identified in **Figure 2**. The residential center would include all of the necessary services required for ICE to safely house the increased influx of family units in compliance with applicable detention and residential codes and standards while they await legal proceedings and processing.

ICE has consulted with a number of other State and Federal agencies regarding the proposed project as identified in **Attachment 1**. Individual agencies will receive additional technical and site related information necessary to provide adequate reviews of the proposed project.

ICE respectfully requests that you provide us with any concerns or issues that you feel should be addressed in this SEA. A copy of the SEA for the proposed action can be made available upon request. ICE would appreciate you providing any comments or questions to me via email (pdf) at elizabeth.l.kennett@ice.dhs.gov as soon as possible to expedite this project. Given the urgent humanitarian issues in this situation, time is of the essence. Please direct any questions or informational requests to me at the contact information provided below.

Sincerely,

Elizabeth Kennett

Elizabeth L. Kennett
Environmental Program Manager
DHS U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC 20536
Office: (202) 732-6649
elizabeth.l.kennett@ice.dhs.gov

Enclosures:     **Attachment 1** – ICE SEA List of Federal and State Agencies Consulted
                **Figure 1** – Frio County Map
                **Figure 2** – Vicinity Map
                **Figure 3** – Site Overview
                **Figure 4** – Site Plan Overlay Map

ICE Dilley SEA Scoping Letters List 8/13/2014
Page 1

| FEDERAL | | |
|---|---|---|
| Agency | Address | Comment/Forms/Attachments |
| USFWS | Mary Orms<br>Consultation Review Lead<br>U.S. Fish and Wildlife Service<br>c/o Texas A&M University at Corpus Christi<br>Corpus Christi Ecological Services Field Office<br>6300 Ocean Drive, Unit 5837<br>Corpus Christi, TX 78412-5837<br>Phone: (361) 994-9005 EXT: 246 | USFWS Trust Resource List<br>Texas Parks and Wildlife Endangered Species Report |
| NRCS | Drew Kinney<br>Modeling Unit Leader<br>USDA-Natural Resources Conservation Service<br>101 S. Main<br>Temple, TX 76501-7682<br>Office: (254) 742-9854 | USDA Form AD-1006(10-83) |
| STATE | | |
| Agency | Address | Comment/Forms |
| TPWD | Russell Hooten<br>Wildlife Habitat Assessment Program<br>TPWD-Wildlife Division<br>6300 Ocean Drive, NRC 2501<br>Unit 5846<br>Corpus Christi, TX 78412<br>Office: (361) 825-3240 | Texas Parks and Wildlife Endangered Species Report<br>USFWS Trust Resource List |
| THC | Mark Wolfe<br>State Historic Preservation Officer<br>Texas Historical Commission<br>108 W. 16th Street<br>Austin, TX 78701<br>(512) 463-6100 | Request for SHPO Consultation Form<br>http://www.thc.state.tx.us/public/upload/forms/SHPO_Consultation_Form-Ver0811.pdf |
| TRIBES | | |
| Agency | Address | Comment/Forms |
| Mescalero Apache | Holly Houghten<br>Tribal Historic Preservation Office (THPO)<br>P.O. Box 227<br>Mescalero, NM 88340<br>(575) 464-3005 | |
| Comanche Nation of Oklahoma | Jimmy Arterberry<br>Tribal Historic Preservation Office (THPO)<br>P.O. Box 908<br>Lawton, OK 73502<br>(580) 595-9960 | |
| OTHER STAKEHOLDERS | | |
| Agency | Address | Comment/Forms |
| City of Dilley | Honorable Mary Ann Obregon<br>Mayor<br>P.O. Box 230<br>Dilley, TX 78017-0230<br>(830) 965-1624 | |

# Figure 1: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Frio County Map



**Legend**

☐ Approximate Site Boundary and Fence Line

▨ Approximate Proposed Construction Limits

10.00 mi

Figure 2: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Vicinity Map



Existing Prison
Bisco Unit

Existing Sendero Ranch
Development

Existing Entrance

Legend

☐ Approximate Site Boundary
and Fence Line

▨ Approximate Proposed
Construction Limits

3118 ft

Figure 3: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Overview



Appendix B - 92

UAC0092

**Figure 4: ICE Project: Dilley, TX (1925 West Highway 85, 78017) – Site Plan Overlay Map**



Site Plan Overlay as of 31 July 2014

Legend

Approximate Site Boundary and Fence Line

Approximate Proposed Construction Limits

1026 ft

UAC00923

Appendix B - 93

UAC00924

Appendix C—Criteria Air and GHG Emission Calculations

UAC00925

UAC00926

**Construction Emissions from Fugitive Dust**

| Project Action Assumptions | | |
|---|---|---|
| **Construction Area (.19 ton PM 10/acre-month)** | | |
| Duration of Soil Disturbance | 2 | months |
| Area | 55 | acres |

| Project Emissions (Tons/Year) | | | |
|---|---|---|---|
| PM 10 Uncontrolled | PM 10 Controlled | PM 2.5 uncontrolled | PM 2.5 controlled |
| 20.9 | 10.5 | 2.1 | 1.0 |

Assumptions for Fugitive Emissions:
General Construction Activities Emission Factor          0.19 ton PM10/acre-month

The 0.19 ton PM10/acre-month emission factor is referenced by the EPA for non-residential construction activities in recent procedures documents for the National Emission Inventory (EPA 2001; EPA 2006).  Construction of the STFRC is expected to last two months.

PM 2.5 Multiplier                    0.1

PM 2.5 emissions are estimated by applying a particle size multiplier of 0.10 to PM10 emissions. This methodology is consistent with the procedures documents for the National Emission Inventory (EPA 2006).

Control Efficiency for PM10 and PM 2.5 Factor          0.5

The EPA National Emission Inventory documentation recommends a control efficiency of 50% for PM10 and PM2.5 in PM nonattainment areas. Wetting controls will be applied during project construction (EPA 2006)

**Combustion Emissions Construction Equipment**

| Project Action Assumptions | | | | | |
|---|---|---|---|---|---|
| Construction Equipment Type | No. of Units | HP Rated | hours/day | Days/year | Total HP-Hours |
| Water Truck | 1 | 300 | 8 | 365 | 876,000 |
| Diesel Road Compactors | 1 | 100 | 8 | 60 | 48,000 |
| Diesel Dump Truck | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Excavator | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Hole Trenchers | 1 | 175 | 8 | 60 | 84,000 |
| Diesel Bore/Drill Rigs | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Cement & Mortar Mixers | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Cranes | 1 | 175 | 8 | 60 | 84,000 |
| Diesel Graders | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Tractors/Loaders/Backhoes | 1 | 100 | 8 | 60 | 48,000 |
| Diesel Bulldozers | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Front-End Loaders | 1 | 300 | 8 | 60 | 144,000 |
| Diesel Forklifts | 2 | 100 | 8 | 60 | 96,000 |
| Diesel Generator | 1 | 1000 | 8 | 21 | 168,000 |

| Emission Factors (grams/HP-hour) | | | | | | |
|---|---|---|---|---|---|---|
| Construction Equipment Type | VOC | CO | NOx | PM-10 | PM-2.5 | $SO_2$ | $CO_2$ |
| Water Truck | 0.44 | 2.07 | 5.49 | 0.41 | 0.4 | 0.74 | 536 |
| Diesel Road Compactors | 0.37 | 1.48 | 4.9 | 0.34 | 0.33 | 0.74 | 536.2 |
| Diesel Dump Truck | 0.44 | 2.07 | 5.49 | 0.41 | 0.4 | 0.74 | 536 |
| Diesel Excavator | 0.34 | 1.3 | 4.6 | 0.32 | 0.31 | 0.74 | 536.3 |
| Diesel Hole Trenchers | 0.51 | 2.44 | 5.81 | 0.46 | 0.44 | 0.74 | 535.8 |
| Diesel Bore/Drill Rigs | 0.6 | 2.29 | 7.15 | 0.5 | 0.49 | 0.73 | 529.7 |
| Diesel Cement & Mortar Mixers | 0.61 | 2.32 | 7.28 | 0.48 | 0.47 | 0.73 | 529.7 |
| Diesel Cranes | 0.44 | 1.3 | 5.72 | 0.34 | 0.33 | 0.73 | 530.2 |
| Diesel Graders | 0.35 | 1.36 | 4.73 | 0.33 | 0.32 | 0.74 | 536.3 |
| Diesel Tractors/Loaders/Backhoes | 1.85 | 8.21 | 7.22 | 1.37 | 1.33 | 0.95 | 691.1 |
| Diesel Bulldozers | 0.36 | 1.38 | 4.76 | 0.33 | 0.32 | 0.74 | 536.3 |
| Diesel Front-End Loaders | 0.38 | 1.55 | 5 | 0.35 | 0.34 | 0.74 | 536.2 |
| Diesel Forklifts | 1.98 | 7.76 | 8.56 | 1.39 | 1.35 | 0.95 | 690.8 |
| Diesel Generator Set | 1.21 | 3.76 | 5.97 | 0.73 | 0.71 | 0.81 | 581.3 |

| Emission Calculations (tons/year) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Construction Equipment Type | VOC | CO | NOx | PM-10 | PM-2.5 | SO2 | CO2 |
| Water Truck | 0.425 | 1.998 | 5.300 | 0.396 | 0.386 | 0.714 | 517.429 |
| Diesel Road Compactors | 0.020 | 0.078 | 0.259 | 0.018 | 0.017 | 0.039 | 28.363 |
| Diesel Dump Truck | 0.070 | 0.328 | 0.871 | 0.065 | 0.063 | 0.117 | 85.057 |
| Diesel Excavator | 0.054 | 0.206 | 0.730 | 0.051 | 0.049 | 0.117 | 85.104 |
| Diesel Hole Trenchers | 0.047 | 0.226 | 0.538 | 0.043 | 0.041 | 0.069 | 49.598 |
| Diesel Bore/Drill Rigs | 0.095 | 0.363 | 1.135 | 0.079 | 0.078 | 0.116 | 84.057 |
| Diesel Cement & Mortar Mixers | 0.097 | 0.368 | 1.155 | 0.076 | 0.075 | 0.116 | 84.057 |
| Diesel Cranes | 0.041 | 0.120 | 0.529 | 0.031 | 0.031 | 0.068 | 49.080 |
| Diesel Graders | 0.056 | 0.216 | 0.751 | 0.052 | 0.051 | 0.117 | 85.104 |
| Diesel Tractors/Loaders/Backhoes | 0.098 | 0.434 | 0.382 | 0.072 | 0.070 | 0.050 | 36.556 |
| Diesel Bulldozers | 0.057 | 0.219 | 0.755 | 0.052 | 0.051 | 0.117 | 85.104 |
| Diesel Front-End Loaders | 0.060 | 0.246 | 0.793 | 0.056 | 0.054 | 0.117 | 85.089 |
| Diesel Forklifts | 0.209 | 0.821 | 0.906 | 0.147 | 0.143 | 0.101 | 73.081 |
| Diesel Generator Set | 0.224 | 0.696 | 1.105 | 0.135 | 0.131 | 0.150 | 107.620 |
| **Total Emissions (tons/year)** | **1.552** | **6.321** | **15.209** | **1.274** | **1.240** | **2.009** | **1455.299** |

| Conversions | |
|---|---|
| (US) tons/gram | 1.102E-06 |

*Assumptions: Emission factors were generated using USEPA's preferred model for nonroad sources, the NONROAD 2008 model. Construction of the STFRC is expected to last two months. The water truck is assumed to operate on a year round basis to control for dust.*

# Transportation Air Emissions – Construction Activities (Commuting and Delivery of Materials)

## Project Action Assumptions

| Source | Fuel Type | No. of vehicles | Miles driven per day | Days of travel per year | Miles driven per year |
|---|---|---|---|---|---|
| Employee Passenger cars | Gasoline | 10 | 80 | 60 | 48,000 |
| Employee Trucks | Gasoline | 15 | 80 | 60 | 72,000 |
| Light commercial truck | Diesel | 2 | 50 | 60 | 6,000 |
| Short-haul truck | Diesel | 4 | 50 | 60 | 12,000 |
| Long-haul truck | Diesel | 1 | 50 | 60 | 3,000 |

## Emission Factors (MOVES 2010 Emission Rates) (grams/mile)

| Source | VOC | CO | NO$_x$ | PM-10 | PM-2.5 | SO$_2$ | CO$_2$ and CO$_2$ equivalents |
|---|---|---|---|---|---|---|---|
| Employee Passenger cars | 8.497 | 2.892 | 0.576 | 0.019 | 0.018 | 0.005 | 320 |
| Employee Trucks | 3.645 | 5.449 | 1.168 | 0.027 | 0.025 | 0.007 | 439 |
| Light commercial truck | 4.46 | 2.158 | 2.986 | 0.164 | 0.19 | 0.005 | 609 |
| Short-haul truck | 2.438 | 2.273 | 6.095 | 0.27 | 0.313 | 0.007 | 929 |
| Long-haul truck | 2.519 | 3.61 | 14.776 | 0.625 | 0.726 | 0.016 | 2020 |

## Total Emission for On-road Commuting During Operations (tons/year)

| Source | VOC | CO | NO$_x$ | PM-10 | PM-2.5 | SO$_2$ | CO$_2$ and CO$_2$ equivalents |
|---|---|---|---|---|---|---|---|
| Employee Passenger cars | 0.450 | 0.153 | 0.030 | 0.001 | 0.001 | 0.000 | 16.932 |
| Employee Trucks | 0.289 | 0.432 | 0.093 | 0.002 | 0.002 | 0.001 | 34.842 |
| Light commercial truck | 0.029 | 0.014 | 0.020 | 0.001 | 0.001 | 0.000 | 4.028 |
| Short-haul truck | 0.032 | 0.030 | 0.081 | 0.004 | 0.004 | 0.000 | 12.289 |
| Long-haul truck | 0.008 | 0.012 | 0.049 | 0.002 | 0.002 | 0.000 | 6.680 |
| **Total Emissions** | **0.809** | **0.642** | **0.272** | **0.010** | **0.011** | **0.001** | **74.770** |

## Conversion Factor

| Grams/Ton | 907184.74 |
|---|---|

Emission factors were generated by USEPA preferred model MOVES2010. MOVES simulates daily motor vehicle operations and produces emission rates. MOVES emission rates include sources from engine combustion, tire wear, break wear, evaporative fuel permeation, vapor venting and leaking (running and parking), and crankcase loss. Emission rates are daily averages for each of the criteria pollutants. The averages are a combination of vehicle operations such as: stop and go, highway travel, acceleration at on-ramps, parking, start-up, extended idle, etc.
http://www.epa.gov/otaq/models/moves/

# On-road Transportation Air Emissions – Operations

| Project Action Assumptions | | | | | |
|---|---|---|---|---|---|
| Source | Fuel Type | No. of vehicles | Miles driven per day | Days of travel per year | Miles driven per year |
| Employee Passenger cars | Gasoline | 100 | 40 | 365 | 1,460,000 |
| Employee Trucks | Gasoline | 100 | 40 | 365 | 1,460,000 |
| Visitor Passenger cars | Gasoline | 10 | 85 | 260 | 221,000 |
| Visitor Passenger trucks | Gasoline | 10 | 85 | 260 | 221,000 |
| Light commercial truck (bus) | Diesel | 1 | 140 | 260 | 36,400 |
| Short-haul truck | Diesel | 4 | 40 | 365 | 58,400 |
| Long-haul truck | Diesel | 1 | 80 | 104 | 8,320 |

| Emission Factors (MOVES 2010 Emission Rates) (grams/mile) | | | | | | |
|---|---|---|---|---|---|---|
| Source | VOC | CO | $NO_x$ | PM-10 | PM-2.5 | $SO_2$ |
| Employee Passenger cars | 8.497 | 2.892 | 0.576 | 0.019 | 0.018 | 0.005 |
| Employee Trucks | 3.645 | 5.449 | 1.168 | 0.027 | 0.025 | 0.007 |
| Visitor Passenger cars | 8.497 | 2.892 | 0.576 | 0.019 | 0.018 | 0.005 |
| Visitor Passenger trucks | 3.645 | 5.449 | 1.168 | 0.027 | 0.025 | 0.007 |
| Light commercial truck (bus) | 4.46 | 2.158 | 2.986 | 0.164 | 0.19 | 0.005 |
| Short-haul truck | 2.438 | 2.273 | 6.095 | 0.27 | 0.313 | 0.007 |
| Long-haul truck | 2.519 | 3.61 | 14.776 | 0.625 | 0.726 | 0.016 |

| Total Emission for On-road Commuting During Operations (tons/year) | | | | | | |
|---|---|---|---|---|---|---|
| Source | VOC | CO | $NO_x$ | PM-10 | PM-2.5 | $SO_2$ |
| Employee Passenger cars | 13.675 | 4.654 | 0.927 | 0.031 | 0.029 | 0.008 |
| Employee Trucks | 5.866 | 1.327 | 1.880 | 0.043 | 0.040 | 0.011 |
| Visitor Passenger cars | 2.070 | 0.705 | 0.140 | 0.005 | 0.004 | 0.001 |
| Visitor Passenger trucks | 0.888 | 0.219 | 0.285 | 0.007 | 0.006 | 0.002 |
| Light commercial truck | 0.179 | 0.139 | 0.120 | 0.007 | 0.008 | 0.000 |
| Short-haul truck | 0.157 | 0.146 | 0.392 | 0.017 | 0.020 | 0.000 |
| Long-haul truck | 0.023 | 0.033 | 0.136 | 0.006 | 0.007 | 0.000 |
| **Total Emissions** | **22.858** | **7.223** | **3.879** | **0.115** | **0.114** | **0.023** |

| Conversion Factor | |
|---|---|
| Grams/Ton | 907184.74 |

Emission factors were generated by USEPA preferred model MOVES2010. MOVES simulates daily motor vehicle operations and produces emission rates. MOVES emission rates include sources from engine combustion, tire wear, break wear, evaporative fuel permeation, vapor venting and leaking (running and parking), and crankcase loss. Emission rates are daily averages for each of the criteria pollutants. The averages are a combination of vehicle operations such as: stop and go, highway travel, acceleration at on-ramps, parking, start-up, extended idle, etc.
http://www.epa.gov/otaq/models/moves/

Assumptions: It is assumed that many of the workers at CCA will carpool or vanpool to work as a result of them sharing the same living quarters in nearby towns of Pearsall and Cotulla. Four trucks are expected to arrive daily with supplies and to remove waste from the STFRC.

**Emergency Generators Emissions – Operations**

| Project Action Assumptions | | | | |
|---|---|---|---|---|
| Equipment Type | No. of Units | HP Rated | hours/year | Total HP-Hours/year |
| Diesel Generator | 10 | 1000 | 170 | 1,700,000 |

**Emission Factors (lbs/hp-hr)**

| $NO_x$ | VOC | CO | PM 10 | PM 2.5 | $SO_x$ |
|---|---|---|---|---|---|
| 0.024 | 7.05E-04 | 5.50E-03 | 1.46E-04 | 1.22E-04 | 8.09E-03 |

| Total Emissions (tons/year) | | | | | |
|---|---|---|---|---|---|
| | $NO_x$ | VOC | CO | PM 10 | PM 2.5 | $SO_x$ |
| 2014 (3 months) | 5.1 | 0.1498125 | 1.16875 | 0.031025 | 0.025925 | 1.719125 |
| 2015 | 20.4 | 0.59925 | 4.675 | 0.1241 | 0.1037 | 6.8765 |

Assumptions: Projected emissions from the generators were estimated using EPA's AP-42 emissions factors for stationary internal combustion sources (USEPA, 2009). The STFRC is expected to have 10 emergency generators onsite. The generators are expected to be exercised one to two hours per month. The calculation also accounts for two 72 hour emergencies when the generators will have to be operated continuously.

Permitting: As authorized by the Clean Air Act (CAA) and per Title 30, Texas Administrative Code (TAC), Section 116.110 any person who plans to construct a new facility or engage in the modification of an existing facility which emits air contaminants into the atmosphere is required to obtain a new source air permit from the Texas Commission on Environmental Quality (TCEQ). For the STFRC emission of air contaminants includes the operation of emergency generators. The STFRC emergency generators should be able to qualify for Permit by Rule (PBR) as allowed by 30 TAC, Section 106.511 and Section 106.4.

To qualify for this PBR, The STFRC must meet the general conditions stated in 30 TAC Section 106.4.

(a) To qualify for a permit by rule, the following general requirements must be met.

    (1) Total actual emissions authorized under permit by rule from the facility shall not exceed the following limits, as applicable:

        (A) 250 tons per year (tpy) of carbon monoxide (CO) or nitrogen oxides ($NO_X$);

        (B) 25 tpy of volatile organic compounds (VOC), sulfur dioxide ($SO_2$), or inhalable particulate matter (PM);

        (C) 15 tpy of particulate matter with diameters of 10 microns or less ($PM_{10}$);

        (D) 10 tpy of particulate matter with diameters of 2.5 microns or less ($PM_{2.5}$); or

        (E) 25 tpy of any other air contaminant except:

            (i) water, nitrogen, ethane, hydrogen, and oxygen; and

            (ii) notwithstanding any provision in any specific permit by rule to the contrary, greenhouse gases as defined in §101.1 of this title (relating to Definitions).

AppxACORP33

**Summary of Emissions – Total**

| Year | Pollutant | Total Emissions (Tons/Year) |
|------|-----------|------------------------------|
| 2014 | Carbon Monoxide (CO) | 9.94 |
|  | Volatile Organic Compounds (VOCs) | 8.23 |
|  | Nitrogen Oxides (NOx) | 21.55 |
|  | PM-10 | 11.79 |
|  | PM-2.5 | 2.35 |
|  | Sulfur Dioxides (SO2) | 3.74 |
| 2015 | Carbon Monoxide (CO) | 11.90 |
|  | Volatile Organic Compounds (VOCs) | 23.46 |
|  | Nitrogen Oxides (NOx) | 24.28 |
|  | PM-10 | 0.24 |
|  | PM-2.5 | 0.22 |
|  | Sulfur Dioxides (SO2) | 6.90 |

Assumptions: For the year 2014 the total emission calculation includes two months of construction time to construct the STFRC and three months of STFRC operation. The 2015 calculation includes one full year of emissions from operating the STFRC. Construction emissions include calculations for fugitive dust, operation of construction equipment, and construction worker commutes and deliveries. Operation emissions include employee commuting, deliveries to the STFRC, and onsite emergency generators.

App 00038

**GHG Emissions from Construction**

Temporary Scope 1 GHG emissions would be generated by construction vehicles and equipment (i.e., generators) under the Proposed Action and Scope 3 emissions would be generated from worker commuting. Emission factors for off-road construction equipment were estimated using USEPA's NONROAD2008a core module for mobile combustion sources. USEPA's preferred on-road vehicle emission model MOVES2010a was used to calculate construction worker's commuter emissions.  Construction is expected to last two months and is summarized below.

**GHG Emissions from Construction Activities under the Proposed Action**

| Type | MT CO$_2$ | MT CO$_2$e | Total Quantity Emitted (MT CO$_2$e) |
|------|-----------|------------|--------------------------------------|
| Construction Vehicles (Scope 1) | 1,320 | 4,330 | 5,650 |
| Commuting (Scope 3) | N/A | 68 | 68 |
| **Total** | **1,320** | **4,398** | **5,718** |

**GHG Emissions from Operations**

The table below summarizes estimated annual greenhouse gas (GHG) emissions associated with operation of the facility. Emissions were calculated using the Department of Energy (DOE) Federal Energy Management Program (FEMP) FY 2013 GHG and Sustainability workbook, which is based on the GHG Protocol for the U.S. Public Sector. The total direct emissions, also known as Scope 1 emissions, are significantly below the significance threshold of 25,000 metric tons of carbon dioxide equivalent (MTCO$_2$e).

**GMG Emissions Summary**

| Scope and Category | Total Quantity Emitted (MT CO$_2$e) |
|---|---|
| Scope 1: Stationary Combustion: EISA 2007 Goal Subject and Excluded Building Energy Consumption | 770 |
| **Total Scope 1 Direct Emissions** | **770** |
| Scope 2: Purchased Electricity Consumption | 10,700 |
| **Total Scope 2 Indirect Emissions** | **10,700** |
| Scope 3: Transmission and Distribution (T&D) Losses | 700 |
| Scope 3: Employee Commuting | 1,600 |
| Scope 3: Contracted Wastewater Treatment | 20 |
| Scope 3: Contracted Municipal Solid Waste Disposal | 1,500 |
| **Total Scope 3 Indirect Emissions** | **3,820** |

**Direct Emissions (Scope 1)**

The only direct emissions anticipated during on-site operations are from the combustion of fuel in emergency generators. The site will not use natural gas or other combustible fuels to power operations. ICE estimated the quantity of fuel to be used in generators each year using the assumptions listed below, and entered the total quantity into Tab 3.2 of the FEMP GHG workbook to calculate the associated emissions. The total estimated quantity of fuel consumed annually in emergency generators is 75,600 gallons, resulting in 774 MTCO$_2$e.

Scope 1 Assumptions:

- There will be 10 on-site emergency generators;
- Each generator will be exercised monthly for two hours;
- The generators will be used for backup power twice per year, with each use lasting 72 hours; and
- Each generator burns an average of 45 gallons of fuel per hour while in use.

AppendixC00930

**Indirect Emissions (Scope 2)**

The only Scope 2 indirect emissions anticipated during on-site operations are from the consumption of purchased electricity. ICE estimated the quantity of electricity to be purchased each year using the assumptions below, and entered the total quantity and associated zip code (78017) into Tab 1.2 of the FEMP GHG workbook to calculate the associated emissions. The total estimated quantity of electricity purchased annually is 19,800,000 kilowatt-hours (kWh), resulting in approximately 10,700 MTCO$_2$e.

Scope 2 Assumptions:

- Per capita energy consumption at the facility will be similar to per capita energy consumption at ICE's service processing centers in El Paso, Texas and Port Isabel, Texas;

- All energy consumed, excluding fuel oil used in emergency generators, will be in the form of purchased electricity; and

- The average effective population at the facility will be 2,600, which includes 2,400 residents and 200 staff. The estimate of 200 on-site staff assumes that there will be 600 total staff rotating in three, six-hour shifts.

**Indirect Emissions (Scope 3)**

Scope 3 indirect emissions categories estimated include electricity transmission and distribution (T&D) losses, employee commuting, contracted wastewater treatment, and contracted solid waste disposal.

Emissions from electricity T&D losses are automatically calculated in the FEMP GHG workbook in Tab 3.13 based on the estimated quantity of purchased electricity input to Tab 1.2. Estimated emissions are approximately 702 MTCO$_2$e.

Employee commuting emissions are calculated by entering the commute distance traveled per day, vehicle type, and fuel type for all commuting vehicles into the FEMP GHG workbook. Estimated emissions from commuting are approximately 1,600 MTCO$_2$e. The table below shows the assumptions used for input to the workbook; where the vehicle types below do not match up directly with the FEMP GHG vehicle type classifications, they are mapped to the closest available option in the spreadsheet.

Appendix C-0937

| Vehicle Types | Fuel Type | No. of Vehicles | Daily Miles Driven | Travel Days | Miles per Year |
|---|---|---|---|---|---|
| Employee Passenger Car | Gasoline | 100 | 40 | 365 | 1,460,000 |
| Employee Trucks | Gasoline | 100 | 40 | 365 | 1,460,000 |
| Visitor Passenger Car | Gasoline | 10 | 85 | 260 | 221,000 |
| Visitor Truck | Gasoline | 10 | 85 | 260 | 221,000 |
| Light Commercial Truck | Diesel | 1 | 140 | 260 | 36,400 |
| Short-Haul Truck | Diesel | 4 | 40 | 365 | 58,400 |
| Long-Haul Truck | Diesel | 1 | 80 | 104 | 8,320 |

Contracted wastewater treatment emissions are calculated in the FEMP GHG workbook based on the total number of personnel served, which is assumed to be 2,600 (as described in the Scope 2 assumptions). Estimated emissions are approximately 20 MTCO$_2$e.

Contracted municipal solid waste disposal emissions are calculated by entering the total quantity of solid waste disposed of off-site annually into the FEMP GHG workbook. The total quantity of solid waste disposed of is calculated by assuming each person disposes of 4.38 pounds of waste per day, which is the average per capita waste disposal in the U.S. for 2012 (the most recent data currently available), found in EPA's *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Facts and Figures for 2012*. Using this average results in a total estimated solid waste disposal of 2,078 tons per year for the full site. Estimated emissions from contracted solid waste disposal are approximately 1,518 MTCO$_2$e.

AppendixC0938

Appendix D—Farmland Conversion Impact Documentation

UAC00939

UAC00940

**USDA**

**United States Department of Agriculture**

Natural Resources
Conservation Service

State Office

101 S. Main Street
Temple, TX 76501
Voice 254.742.9800
Fax 254.742.9819

August 27, 2014

U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5704
Washington, DC  20536

Attention:  Elizabeth Kennett

Subject:  LNU-Farmland Protection
Proposed South Texas Family Residential Center
Frio County, Texas

We have reviewed the information provided in your correspondence dated August 22, 2014 concerning the family residential center in Frio County, Texas. This review is part of the National Environmental Policy Act (NEPA) evaluation for United States Immigration and Customs Enforcement (ICE).  We have evaluated the proposed site as required by the Farmland Protection Policy Act (FPPA).

The proposed project does contain soils classified as Important Farmland Soils. We have completed Parts II, IV, and V of the Farmland Conversion Impact Rating (AD-1006).  The relative value of farmland in Part V should be used in your calculation for Part VII.

To meet reporting requirements of section 1546 of the Act, 7 U.S.C 4207, and for data collection purposes, after your agency has made a final decision on a project in which one or more of the alternative sites contain farmland subject to the FPPA, NRCS is requesting a return copy of the Form AD-1006, which indicates the final decision. We urge you to use accepted erosion control methods during all phases of construction.

If you have any questions, please contact me at (254) 742-9826, Fax (254) 742-9859 or by email at micki.yoder@tx.usda.gov.

Sincerely,

*Micki Yoder*

Micki Yoder
NRCS Soil Conservationist

Attachment

U.S. Department of Agriculture

# FARMLAND CONVERSION IMPACT RATING

| **PART I** *(To be completed by Federal Agency)* | Date Of Land Evaluation Request August 22, 2014 |
|---|---|
| Name of Project   South Texas Family Residential Center | Federal Agency Involved ICE |
| Proposed Land Use | County and State Frio County, Texas |

| **PART II** *(To be completed by NRCS)* | | | Date Request Received By NRCS August 22, 2014 | | |
|---|---|---|---|---|---|

| Does the site contain prime, unique, statewide or local important farmland? | YES | NO | Acres Irrigated | Average Farm Size |
|---|---|---|---|---|
| *(If no, the FPPA does not apply - do not complete additional parts of this form)* | ☒ | ☐ | 60,494 | 1,096 |

| Major Crop(s) | Farmable Land In Govt. Jurisdiction | Amount of Farmland As Defined in FPPA |
|---|---|---|
| Wheat | Acres: 594,762     % 82 | Acres: 575,527     %79 |

| Name of Land Evaluation System Used | Name of State or Local Site Assessment System | Date Land Evaluation Returned by NRCS |
|---|---|---|
| LESA | N/A | August 27, 2014 |

**PART III** *(To be completed by Federal Agency)*

| | Alternative Site Rating | | | |
|---|---|---|---|---|
| | Site A | Site B | Site C | Site D |
| A. Total Acres To Be Converted Directly | 51.5 | | | |
| B. Total Acres To Be Converted Indirectly | | | | |
| C. Total Acres In Site | 51.5 | 0.0 | 0.0 | 0.0 |

**PART IV** *(To be completed by NRCS)* Land Evaluation Information

| | | | | |
|---|---|---|---|---|
| A. Total Acres Prime And Unique Farmland | 32.9 | | | |
| B. Total Acres Statewide Important or Local Important Farmland | 18.6 | | | |
| C. Percentage Of Farmland in County Or Local Govt. Unit To Be Converted | 0.0089 | | | |
| D. Percentage Of Farmland in Govt. Jurisdiction With Same Or Higher Relative Value | 33 | | | |

| **PART V** *(To be completed by NRCS)* Land Evaluation Criterion | 62 | | | |
|---|---|---|---|---|
| Relative Value of Farmland To Be Converted (Scale of 0 to 100 Points) | | | | |

| **PART VI** *(To be completed by Federal Agency)* Site Assessment Criteria *(Criteria are explained in 7 CFR 658.5 b. For Corridor project use form NRCS-CPA-106)* | Maximum Points | Site A | Site B | Site C | Site D |
|---|---|---|---|---|---|
| 1. Area In Non-urban Use | (15) | | | | |
| 2. Perimeter In Non-urban Use | (10) | | | | |
| 3. Percent Of Site Being Farmed | (20) | | | | |
| 4. Protection Provided By State and Local Government | (20) | | | | |
| 5. Distance From Urban Built-up Area | (15) | | | | |
| 6. Distance To Urban Support Services | (15) | | | | |
| 7. Size Of Present Farm Unit Compared To Average | (10) | | | | |
| 8. Creation Of Non-farmable Farmland | (10) | | | | |
| 9. Availability Of Farm Support Services | (5) | | | | |
| 10. On-Farm Investments | (20) | | | | |
| 11. Effects Of Conversion On Farm Support Services | (10) | | | | |
| 12. Compatibility With Existing Agricultural Use | (10) | | | | |
| TOTAL SITE ASSESSMENT POINTS | 160 | | | | |

| **PART VII** *(To be completed by Federal Agency)* | | | | | |
|---|---|---|---|---|---|
| Relative Value Of Farmland (From Part V) | 100 | 62 | | | |
| Total Site Assessment (From Part VI above or local site assessment) | 160 | | | | |
| TOTAL POINTS *(Total of above 2 lines)* | 260 | | | | |

| Site Selected: | Date Of Selection | Was A Local Site Assessment Used? |
|---|---|---|
| | | YES ☐     NO ☐ |

Reason For Selection:

| Name of Federal agency representative completing this form: | Date: |
|---|---|

*(See Instructions on reverse side)*      Form AD-1006 (03-02)



# Farmland Classification—Frio County, Texas
(ICE Project: Dilley, TX)

Map Scale: 1:3,900 if printed on A landscape (11" x 8.5") sheet.

N

Meters: 0, 50, 100, 200, 300

Feet: 0, 150, 300, 600, 900

Map projection: Web Mercator Corner coordinates: WGS84 Edge tics: UTM Zone 14N WGS84

Farmland Classification—Frio County, Texas
(ICE Project: Dilley, TX)

# MAP LEGEND

**Area of Interest (AOI)**
- Area of Interest (AOI)

**Soils**

**Soil Rating Polygons**
- Not prime farmland
- All areas are prime farmland
- Prime farmland if drained
- Prime farmland if protected from flooding or not frequently flooded during the growing season
- Prime farmland if drained and either protected from flooding or not frequently flooded during the growing season
- Prime farmland if irrigated and drained
- Prime farmland if irrigated and either protected from flooding or not frequently flooded during the growing season
- Prime farmland if subsoiled, completely removing the root inhibiting soil layer
- Prime farmland if irrigated and the product of I (soil erodibility) x C (climate factor) does not exceed 60
- Prime farmland if irrigated and reclaimed of excess salts and sodium
- Farmland of statewide importance
- Farmland of local importance
- Farmland of unique importance
- Not rated or not available

**Soil Rating Lines**
- Not prime farmland
- All areas are prime farmland
- Prime farmland if drained
- Prime farmland if protected from flooding or not frequently flooded during the growing season
- Prime farmland if drained and either protected from flooding or not frequently flooded during the growing season
- Prime farmland if irrigated
- Prime farmland if irrigated and drained
- Prime farmland if irrigated and either protected from flooding or not frequently flooded during the growing season
- Prime farmland if subsoiled, completely removing the root inhibiting soil layer
- Prime farmland if irrigated and the product of I (soil erodibility) x C (climate factor) does not exceed 60
- Prime farmland if irrigated and reclaimed of excess salts and sodium
- Farmland of statewide importance
- Farmland of local importance
- Farmland of unique importance
- Not rated or not available

**Soil Rating Points**
- Not prime farmland
- All areas are prime farmland
- Prime farmland if drained
- Prime farmland if protected from flooding or not frequently flooded during the growing season
- Prime farmland if irrigated
- Prime farmland if drained and either protected from flooding or not frequently flooded during the growing season
- Prime farmland if irrigated and drained
- Prime farmland if irrigated and either protected from flooding or not frequently flooded during the growing season
- Prime farmland if subsoiled, completely removing the root inhibiting soil layer
- Prime farmland if irrigated and the product of I (soil erodibility) x C (climate factor) does not exceed 60
- Prime farmland if irrigated and reclaimed of excess salts and sodium
- Farmland of statewide importance
- Farmland of local importance
- Farmland of unique importance
- Not rated or not available

**Water Features**

Natural Resources
Conservation Service

Web Soil Survey
National Cooperative Soil Survey

USDA0944
Page 2 of 4

Appendix D - 4

Farmland Classification—Frio County, Texas
(ICE Project: Dilley, TX)

## MAP INFORMATION

Streams and Canals

**Transportation**

Rails

Interstate Highways

US Routes

Major Roads

Local Roads

**Background**

Aerial Photography

The soil surveys that comprise your AOI were mapped at 1:24,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map:    Natural Resources Conservation Service
Web Soil Survey URL:    http://websoilsurvey.nrcs.usda.gov
Coordinate System:    Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area:    Frio County, Texas
Survey Area Data:    Version 11, Dec 18, 2013

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed:    May 24, 2011—May 25, 2011

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background imagery displayed on these maps. As a result, some minor shifting of map unit boundaries may be evident.

USDA  Natural Resources
Conservation Service

Web Soil Survey
National Cooperative Soil Survey

UACD00945
Page 3 of 4
Appendix D - 5

# Farmland Classification

| Farmland Classification— Summary by Map Unit — Frio County, Texas (TX163) | | | | |
|---|---|---|---|---|
| **Map unit symbol** | **Map unit name** | **Rating** | **Acres in AOI** | **Percent of AOI** |
| AmA | Amphion sandy clay loam, 0 to 1 percent slopes | All areas are prime farmland | 15.2 | 29.5% |
| BrB | Brystal very fine sandy loam, 1 to 3 percent slopes | All areas are prime farmland | 10.4 | 20.2% |
| CaB | Caid very fine sandy loam, 1 to 3 percent slopes | All areas are prime farmland | 7.2 | 14.0% |
| DvB | Duval very fine sandy loam, 1 to 3 percent slopes | Prime farmland if irrigated | 8.9 | 17.2% |
| MgB | Miguel very fine sandy loam, 1 to 3 percent slopes | Prime farmland if irrigated | 5.5 | 10.6% |
| Pe | Poteet very fine sandy loam, occasionally flooded | All areas are prime farmland | 0.1 | 0.3% |
| WeA | Webb very fine sandy loam, 0 to 1 percent slopes | Prime farmland if irrigated | 4.2 | 8.2% |
| **Totals for Area of Interest** | | | **51.4** | **100.0%** |

## Description

Farmland classification identifies map units as prime farmland, farmland of statewide importance, farmland of local importance, or unique farmland. It identifies the location and extent of the soils that are best suited to food, feed, fiber, forage, and oilseed crops. NRCS policy and procedures on prime and unique farmlands are published in the "Federal Register," Vol. 43, No. 21, January 31, 1978.

## Rating Options

*Aggregation Method:* No Aggregation Necessary

*Tie-break Rule:* Lower

USDA  **Natural Resources**            Web Soil Survey                    8/25/2014
      **Conservation Service**    National Cooperative Soil Survey      Page 4 of 4

                                                                        UAC00946

                                                                        Appendix D - 6

U.S. Department of Agriculture

# FARMLAND CONVERSION IMPACT RATING

| PART I *(To be completed by Federal Agency)* | Date Of Land Evaluation Request **August 22, 2014** |
|---|---|
| Name of Project **South Texas Family Residential Center** | Federal Agency Involved **ICE** |
| Proposed Land Use **Residential Center** | County and State **Frio County, Texas** |

| PART II *(To be completed by NRCS)* | | Date Request Received By NRCS **August 22, 2014** | | Person Completing Form: | |
|---|---|---|---|---|---|
| Does the site contain Prime, Unique, Statewide or Local Important Farmland? *(If no, the FPPA does not apply - do not complete additional parts of this form)* | | YES ☑   NO ☐ | Acres Irrigated **60,494** | | Average Farm Size **1,096** |
| Major Crop(s) **Wheat** | Farmable Land In Govt. Jurisdiction  Acres: 594,762   **82** % | | Amount of Farmland As Defined in FPPA  Acres: 575,527   **79** % | | |
| Name of Land Evaluation System Used **LESA** | Name of State or Local Site Assessment System **N/A** | | Date Land Evaluation Returned by NRCS **August 27, 2014** | | |

| PART III *(To be completed by Federal Agency)* | Alternative Site Rating | | | |
|---|---|---|---|---|
| | Site A | Site B | Site C | Site D |
| A. Total Acres To Be Converted Directly | 51.5 | | | |
| B. Total Acres To Be Converted Indirectly | | | | |
| C. Total Acres In Site | 51.5 | 0.0 | 0.0 | 0.0 |

| PART IV *(To be completed by NRCS)* Land Evaluation Information | | | | |
|---|---|---|---|---|
| A. Total Acres Prime And Unique Farmland | 32.9 | | | |
| B. Total Acres Statewide Important or Local Important Farmland | 18.6 | | | |
| C. Percentage Of Farmland in County Or Local Govt. Unit To Be Converted | 0.0089 | | | |
| D. Percentage Of Farmland in Govt. Jurisdiction With Same Or Higher Relative Value | 33 | | | |

| PART V *(To be completed by NRCS)* Land Evaluation Criterion  Relative Value of Farmland To Be Converted (Scale of 0 to 100 Points) | 62 | | | |
|---|---|---|---|---|

| PART VI *(To be completed by NRCS)* Site Assessment Criteria *(Criteria are explained in 7 CFR 658.5 b. For Corridor project use form NRCS-CPA-106)* | Maximum Points | Site A | Site B | Site C | Site D |
|---|---|---|---|---|---|
| 1. Area In Non-urban Use | (15) | 15 | | | |
| 2. Perimeter In Non-urban Use | (10) | 10 | | | |
| 3. Percent Of Site Being Farmed | (20) | 0 | | | |
| 4. Protection Provided By State and Local Government | (20) | 0 | | | |
| 5. Distance From Urban Built-up Area | (15) | 10 | | | |
| 6. Distance To Urban Support Services | (15) | 0 | | | |
| 7. Size Of Present Farm Unit Compared To Average | (10) | 0 | | | |
| 8. Creation Of Non-farmable Farmland | (10) | 10 | | | |
| 9. Availability Of Farm Support Services | (5) | 5 | | | |
| 10. On-Farm Investments | (20) | 0 | | | |
| 11. Effects Of Conversion On Farm Support Services | (10) | 0 | | | |
| 12. Compatibility With Existing Agricultural Use | (10) | 0 | | | |
| TOTAL SITE ASSESSMENT POINTS | 160 | 50 | 0 | 0 | 0 |

| PART VII *(To be completed by Federal Agency)* | | Site A | Site B | Site C | Site D |
|---|---|---|---|---|---|
| Relative Value Of Farmland *(From Part V)* | 100 | 62 | 0 | 0 | 0 |
| Total Site Assessment *(From Part VI above or local site assessment)* | 160 | 50 | 0 | 0 | 0 |
| **TOTAL POINTS** *(Total of above 2 lines)* | 260 | 112 | 0 | 0 | 0 |

| Site Selected: **A** | Date Of Selection **August 28, 2014** | Was A Local Site Assessment Used?  YES ☐   NO ☑ |
|---|---|---|

Reason For Selection:

In accordance with 7 CFR 658.4 (c) (2), Sites receiving a total score of less than 160 need not be given further consideration for protection and no additional sites need to be evaluated.

| Name of Federal agency representative completing this form: *Elizabeth Bennett* | Date: 8/28/14 |
|---|---|

*(See Instructions on reverse side)*

Form AD-1006 (03-02)

UAC00947

## STEPS IN THE PROCESSING THE FARMLAND AND CONVERSION IMPACT RATING FORM

Step 1 - Federal agencies (or Federally funded projects) involved in proposed projects that may convert farmland, as defined in the Farmland Protection Policy Act (FPPA) to nonagricultural uses, will initially complete Parts I and III of the form. For Corridor type projects, the Federal agency shall use form NRCS-CPA-106 in place of form AD-1006. The Land Evaluation and Site Assessment (LESA) process may also be accessed by visiting the FPPA website, http://fppa.nrcs.usda.gov/lesa/.

Step 2 - Originator (Federal Agency) will send one original copy of the form together with appropriate scaled maps indicating location(s)of project site(s), to the Natural Resources Conservation Service (NRCS) local Field Office or USDA Service Center and retain a copy for their files. (NRCS has offices in most counties in the U.S. The USDA Office Information Locator may be found at http://offices.usda.gov/scripts/ndISAPI.dll/oip_public/USA_map, or the offices can usually be found in the Phone Book under U.S. Government, Department of Agriculture. A list of field offices is available from the NRCS State Conservationist and State Office in each State.)

Step 3 - NRCS will, within 10 working days after receipt of the completed form, make a determination as to whether the site(s) of the proposed project contains prime, unique, statewide or local important farmland. (When a site visit or land evaluation system design is needed, NRCS will respond within 30 working days.

Step 4 - For sites where farmland covered by the FPPA will be converted by the proposed project, NRCS will complete Parts II, IV and V of the form.

Step 5 - NRCS will return the original copy of the form to the Federal agency involved in the project, and retain a file copy for NRCS records.

Step 6 - The Federal agency involved in the proposed project will complete Parts VI and VII of the form and return the form with the final selected site to the servicing NRCS office.

Step 7 - The Federal agency providing financial or technical assistance to the proposed project will make a determination as to whether the proposed conversion is consistent with the FPPA.

## INSTRUCTIONS FOR COMPLETING THE FARMLAND CONVERSION IMPACT RATING FORM
### *(For Federal Agency)*

**Part I**:  When completing the "County and State" questions, list all the local governments that are responsible for local land use controls where site(s) are to be evaluated.

**Part III**: When completing item B (Total Acres To Be Converted Indirectly), include the following:

1. Acres not being directly converted but that would no longer be capable of being farmed after the conversion, because the conversion would restrict access to them or other major change in the ability to use the land for agriculture.
2. Acres planned to receive services from an infrastructure project as indicated in the project justification (e.g. highways, utilities planned build out capacity) that will cause a direct conversion.

**Part VI**: Do not complete Part VI using the standard format if a State or Local site assessment is used. With local and NRCS assistance, use the local Land Evaluation and Site Assessment (LESA).

1. Assign the maximum points for each site assessment criterion as shown in § 658.5(b) of CFR. In cases of corridor-type project such as transportation, power line and flood control, criteria #5 and #6 will not apply and will, be weighted zero, however, criterion #8 will be weighed a maximum of 25 points and criterion #11 a maximum of 25 points.

2. Federal agencies may assign relative weights among the 12 site assessment criteria other than those shown on the FPPA rule after submitting individual agency FPPA policy for review and comment to NRCS. In all cases where other weights are assigned, relative adjustments must be made to maintain the maximum total points at 160. For project sites where the total points equal or exceed 160, consider alternative actions, as appropriate, that could reduce adverse impacts (e.g. Alternative Sites, Modifications or Mitigation).

**Part VII:** In computing the "Total Site Assessment Points" where a State or local site assessment is used and the total maximum number of points is other than 160, convert the site assessment points to a base of 160.
Example: if the Site Assessment maximum is 200 points, and the alternative Site "A" is rated 180 points:

$$\frac{\text{Total points assigned Site A}}{\text{Maximum points possible}} \quad = \quad \frac{180}{200} \quad X\ 160 \ = 144 \text{ points for Site A}$$

For assistance in completing this form or FPPA process, contact the local NRCS Field Office or USDA Service Center.

NRCS employees, consult the FPPA Manual and/or policy for additional instructions to complete the AD-1006 form.

UAC00948

**DEPARTMENT OF HOMELAND SECURITY**
**PROGRAMMATIC ENVIRONMENTAL ASSESSMENT**
**FOR**
**ACTIONS TO ADDRESS AN INCREASED INFLUX OF**
**UNACCOMPANIED ALIEN CHILDREN AND FAMILY UNITS ACROSS THE SOUTHWEST**
**BORDER OF THE UNITED STATES**

## 1.0     Introduction

The June 2, 2014 Presidential Memorandum *Response to the Influx of Unaccompanied Alien Children Across the Southwest Border* described the influx as an "urgent humanitarian situation requiring a unified and coordinated Federal response." The memorandum is available on-line at http://www.whitehouse.gov/the-press-office/2014/06/02/presidential-memorandum-response-influx-unaccompanied-alien-children-acr. In this memorandum, the President directed the Secretary of the Department of Homeland Security (Secretary) to establish an interagency Unified Coordination Group to ensure unity of effort across the executive branch in responding to the humanitarian aspects of the situation, consistent with the Homeland Security Act of 2002 and Homeland Security Presidential Directive-5 (Management of Domestic Incidents), including coordination with State, local, and other nonfederal entities.

In addition to the influx of unaccompanied alien children, there is also an increase in the number of family units entering the Unites States. The Department of Homeland Security (DHS) is responsible for the apprehension, processing, detention, and removal of such persons crossing the southwest border into the United States without authorization. The unprecedented increase in the number of apprehended persons has the potential to fill or exceed the capacity of the DHS supporting infrastructure (real property for processing and housing apprehended persons, services including medical care, transportation, utilities, meals, hygiene, recreation, etc.) currently available. Therefore, action is being considered at the DHS Headquarters level to provide increased and expedited allocation of Departmental resources in the following three areas:

1)   Provide adequate facilities for Customs and Border Protection (CBP) to safely house unaccompanied alien children (normally for no more than 72 hours) and family units until they can be transferred to the Department of Health and Human Services (HHS) and Immigrations and Customs Enforcement (ICE) respectively, and provide  adequate facilities for ICE to safely house family units;

2)   Provide transportation (land, air, water) between intake, processing, and housing facilities, as well as between these facilities and physicians and dentists offices, hospitals, consular offices, and airports or other transportation hubs, and

3)   Provide medical care, including care to treat, prevent, and minimize the spread of communicable illnesses.

## 1.1     Definitions

DHS and HHS use the same terminology for practices and processes regarding unaccompanied alien children. Consistent with the Homeland Security Act of 2002, Section 279(g) DEFINITIONS: (1) the term ''placement'' means the placement of an unaccompanied alien child in either a detention facility or an alternative to such a facility; and (2) the term ''unaccompanied alien child'' means a child who (A) has no lawful immigration status in the United States; (B) has not attained 18 years of age; and (C) with respect to whom (i) there is no parent or legal guardian in the United States; or (ii) no parent or legal guardian in the United States is available to provide care and physical custody.

1

UAC01167