LAWRENCE VANDYKE
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Federal Defendants. | **Case No. 3:16-cv-2583** <br><br> **PROOF OF SERVICE** <br><br> Hon. M. James Lorenz |

Case No. 3:16-cv-2583

## Certificate of Service

I hereby certify that on May 24, 2019, I electronically filed the foregoing document, APPENDIX OF ADMINISTRATIVE RECORD CITATIONS, with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Tel.:  (303) 844-1475
Fax:  (303) 844-1350
E-mail:  clay.samford@usdoj.gov

Attorney for the Federal Defendants

1                                           Case No. 3:16-cv-2583