Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>    Defendants. | Case No. 3:16-cv-2583<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR BRIEFING SCHEDULE** |

On February 1, 2019, after the Court lifted the stay on proceedings, the Court granted the parties' joint motion setting the briefing schedule that the Defendants would serve the Administrative Record on Plaintiffs on March 14, 2019, the Plaintiffs would file their motion for summary judgment on or before April 24, 2019, the Defendants would file their combined response and cross motion for summary judgment on May 24, 2019, the Plaintiffs would file their combined response to Defendant's motion for summary judgment and reply in support on or before June 7, 2019, and the Defendants would file their reply in support of their cross-motion for summary judgment on or before June 21, 2019.

Plaintiffs have filed their motion for summary judgment and Defendants have filed their cross motion for summary judgment and opposition to Plaintiffs' summary judgment. Upon review of Defendants' cross motion for summary judgment, Plaintiffs respectfully request to extend the deadline for their combined reply and response by ten days, until June 17, 2019. Rule 6 of the Federal Rules of Civil Procedure provides that the Court may extend deadlines prior to their expiration for good cause. Fed. R. Civ. P. 6(b)(1)(A). Plaintiffs' counsel have conferred with Defendants' counsel, and Defendants consent and ask that Defendants' reply be extended until July 12, 2019.

In support of this motion, the parties state the following: Plaintiffs' lead counsel is currently experiencing health problems which have been incapacitating,

and recently has been scheduled to attend a two-day conference occurring before June 7. Because of these unexpected issues, Plaintiffs' counsel would have difficulty responding to the manifold and complex issues raised by Defendants' cross motion by June 7, 2019. Plaintiffs made this request in good faith and not for purposes of delay.

Parties therefore respectfully request that the Court order that the Plaintiffs' shall have until June 17, 2019 to file their Combined Opposition to Defendants' Cross Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, and the Defendants shall have until July 12, 2019 to file their Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment.

Dated: May 31, 2019

Respectfully submitted,

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

*Attorneys for Plaintiffs*

/s/Barclay T. Samford
Barclay T. Samford
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1475

*Attorney for Defendants*