Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE** |

1                                                            Case No: 3:16-CV-2583

## Certificate of Service

I hereby certify that on May 31, 2019, I electronically filed the Joint Motion to Extend Time for Briefing Schedule, Proposed Order, and this Certificate of Service with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ *Julie B. Axelrod*
Julie B. Axelrod
Attorney for Plaintiffs