Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**SIGNATURE CERTIFICATION FOR JOINT MOTION FOR EXTENSION OF TIME FOR BRIEFING SCHEDULE** |

**Signature Certification**

    Pursuant to Section 2(f)(4) of the Electronic Cases Filing Administrative Policies and Procedures Manual, I hereby certify that the content of the linked document is acceptable to Barclay T. Samford, counsel for the Defendants, and that I have obtained Mr. Samford's authorization to affix his electronic signature to the linked document.

    /s/ Julie B. Axelrod
    Julie B. Axelrod

    Attorney for Plaintiffs