UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>　　Defendants. | Case No. 3:16-cv-2583-L-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

　　For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the joint motion (doc. no. 72) seeking an extension of time set forth in the order dated February 1, 2019 (doc. no. 68) is granted as follows:

　　1.　　No later than **June 17, 2019** Plaintiffs shall file a combined reply in support of their pending motion for summary judgment and in response to Defendants' pending cross-motion. The combined memorandum of points and authorities shall not exceed 20 pages.

　　2.　　No later than **July 12, 2019** Defendants shall file a reply in support of their cross-motion for summary judgment.

/ / / / /

1

3. In all other respects, the parties shall follow all applicable Federal Rules of Civil Procedure, Civil Local Rules of this District, and all prior orders of this Court.

**IT IS SO ORDERED.**

Dated: June 3, 2019

_____
Hon. M. James Lorenz
United States District Judge