Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PLAINTIFFS' STATEMENT OF REASONS IN OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Filed Pursuant to Briefing Schedule, ECF No. 74<br>No Oral Argument Unless Requested by the Court<br><br>Hon. M. James Lorenz |

Case No: 3:16-CV-2583

Defendants, U.S. Department of Homeland Security ("DHS) and U.S. Homeland Security Secretary Kevin McAleenan have failed to show that the Court should grant Defendants' Cross Motion in Support of Summary Judgment on Counts III, IV, and V. Plaintiffs bring Counts III, IV, and V under the National Environmental Policy Act ("NEPA") and the Administrative Procedures Act ("APA").

Plaintiffs did not waive their rights to bring this challenge to Defendants' categorical exclusion under the National Enviro, Plaintiffs' claims are not barred by the statute of limitations, Plaintiffs' have standing to bring their claims, and Defendant's Adoption and Invocation of a categorical exclusion and issuance of a finding of no significant impact were arbitrary and capricious.

A Memorandum of Points and Authorities in support of Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment on Counts III, IV, and V of the Amended Complaint and in support of Plaintiffs' Motion for Summary Judgment on Counts III, IV, and V is filed herewith.

Dated: June 17, 2019

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20001
jba@cis.org

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
lesleyblackner@gmail.com

Case No: 3:16-CV-2583

| | |
|---|---|
| 1 | |
| 2 | James P. Miller |
| 3 | California Bar No. 188266 |
| 4 | Law Office of JP Miller Jr. |
| 5 | 181 Rea Ave, Suite 101 |
| 6 | El Cajon, CA 92020 |
| 7 | jpmiller@jpmillerlaw.com |

1
2  James P. Miller
3  California Bar No. 188266
4  Law Office of JP Miller Jr.
5  181 Rea Ave, Suite 101
6  El Cajon, CA 92020
7  jpmiller@jpmillerlaw.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No: 3:16-CV-2583