Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>                    Defendants. | Case No. 3:16-cv-2583<br><br>**PROOF OF SERVICE**<br><br>Date: Filed Pursuant to Briefing Schedule, ECF No. 74<br>No Oral Argument Unless Requested by the Court<br><br><br><br>Hon. M. James Lorenz |

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing documents, Plaintiffs' Statement of Reasons in Opposition to Defendants' Cross Motion for Summary Judgment, and Plaintiff's Memorandum in Support of Their Opposition to Defendant's Cross Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

Dated: June 17, 2019

Respectfully submitted,

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
The Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: 703-888-2442
Fax: (202) 466-8076
jba@cis.org