Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
Telephone: (619) 590-0383

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCALEENAN, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date: N/A<br><br>Time: N/A<br><br><br><br>Hon. M. James Lorenz |

Case No: 3:16-CV-2583

Plaintiffs hereby serve notice that James P. Miller is withdrawing his appearance as co-counsel on behalf of the Plaintiffs. Julie B. Axelrod and Lesley Blackner will remain as counsel for the Plaintiffs in this action.

Dated: 7/11, 2019

James P. Miller
California Bar No. 188266
Law Office of JP Miller Jr.
181 Rea Ave, Suite 101
El Cajon, CA 92020
jpmiller@jpmillerlaw.com

Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20001
jba@cis.org

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
lesleyblackner@gmail.com

Case No: 3:16-CV-2583

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/Julie Axelrod
Julie Axelrod
*Attorney for Plaintiffs*

Case No: 3:16-CV-2583