

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Whitewater Draw Natural Resource Conservation District; (see attachment) | Civil Action No.   16-cv-02583-L-BLM |
| **Plaintiff,** | |
| V. | |
| Jeh Johnson, in his official capacity as secretary of The Department of Homeland Security ; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion for summary judgment is granted based on lack of Article III standing. Plaintiffs' Counts III through V are dismissed for lack of subject matter jurisdiction and the action is dismissed in its entirety. Plaintiffs' motion for summary judgment is denied as moot.

Date:   6/1/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  16-cv-02583-L-BLM

The Whitewater Draw Natural Resource Conservation District; Hereford Natural Resource Conservation District; Arizona Association of Conservation Districts; Californians for Population Stabilization; Scientists and Environmentalists for Population Stabilization; New Mexico Cattlegrowers' Association; Glen Colton; Floridians for Sustainable Population; Ralph Pope;
_____
       Plaintiffs,

V.

Jeh Johnson, in his official capacity as secretary of The Department of Homeland Security; The Department of Homeland Security; John F. Kelly;  Kirstjen Nielsen, in her official capacity as secretary of Homeland Security
_____
       Defendants