AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____        _____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of Court via the CM/ECF system on June 22, 2020, which will provide service to counsel for the parties.

/s/ John C. Eastman
John C. Eastman
*Counsel for Plaintiffs*