

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Whitewater Draw Natural Resource Conservation District<br><br>Plaintiff,<br>V.<br><br>Jeh Johnson<br><br>Defendant. | FILED<br>6/22/2020<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:    J. Petersen , Deputy<br><br>Civil No. 16-cv-02583-L-BLM |

### STRICKEN DOCUMENT:
Notice of Withdrawal of Counsel

**Per Order #    82**

81