

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

The Whitewater Draw Natural
Resource Conservation District

                **Plaintiff,**

    V.

Jeh Johnson

                **Defendant.**

| FILED |
|---|
| 7/07/2020 |
| CLERK U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY:  J. Petersen , Deputy |

**Civil No.**  16-cv-02583-L-BLM

## STRICKEN DOCUMENT:
Substitution of Attorney

**Per Order #     84**

83