Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043.
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

John C. Eastman
Cal. Bar. No. 193726
Center for Constitutional Jurisprudence
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866
Telephone (877) 855-3330

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD WOLF, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-2583<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date: N/A<br><br>Time: N/A<br><br><br><br>Hon. M. James Lorenz |

Case No: 3:16-CV-2583

Plaintiffs hereby serve notice that Julie B. Axelrod is withdrawing her appearance as co-counsel on behalf of the Plaintiffs. John Eastman and Lesley Blackner will remain as counsel for the Plaintiffs in this action.

Dated: June 22, 2020

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20001
jba@cis.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/Julie Axelrod
Julie Axelrod
*Attorney for Plaintiffs*

Case No: 3:16-CV-2583