# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT, HEREFORD NATURAL RESOURCE CONSERVATION DISTRICT, ARIZONA ASSOCIATION OF CONSERVATION DISTRICTS, CALIFORNIANS FOR POPULATION STABILIZATION, SCIENTISTS AND ENVIRONMENTALISTS FOR POPULATION STABILIZATION, NEW MEXICO CATTLEGROWERS' ASSOCIATION, GLEN COLTON, FLORIDIANS FOR A SUSTAINABLE POPULATION, RALPH POPE,<br>            Plaintiffs,<br>    v.<br>KIRSTJEN NIELSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, and THE DEPARTMENT OF HOMELAND SECURITY,<br>            Defendants. | Case No.: **3:16-cv-2583**<br><br>**DECLARATION OF SERVICE** |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served __Plaintiffs' Notice of Withdrawal of Counsel__ on the following named persons/entities, plaintiffs in this action:

Peggy Davis, Clerk
Whitewater Draw Natural Resource
Conservation District
P.O. Box 94
McNeal, AZ  85617

William Dunn
Frank Krentz
Arizona Association of Cons. Districts
P.O. Box 50518
Phoenix AZ 85076

John Ladd
Hereford Natural Res. Cons. District
P.O. Box 3361
Sierra Vista, AZ 85636

Ric Oberlink, Executive Director
Californians for Pop. Stabilization
675 East Santa Clara Street, Suite #860
Ventura, CA 93002

Declaration of Service

1

| | |
|---|---|
| Stuart H. Hurlbert, President<br>Scientists and Environmentalists for<br>Population Stabilization<br>P.O. Box 5006<br>Bozeman, MT 59717-5006 | Glen Colton<br>625 Hinsdale Dr<br>Fort Collins, CO 80526 |
| Michelle Frost-Maynard<br>Interim Director<br>New Mexico Cattlegrowers Ass'n.<br>2231 Rio Grande Blvd. NW<br>Albuquerque, NM 87104 | Ralph Pope<br>27 Western Dr.<br>Silver City, NM 88061<br><br>Floridians for Sustainable Population<br>2314 S Cypress Bend Dr, Apt 315<br>Pompano Beach, FL 33069-4410 |

By placing a copy in a separate envelope, with postage fully prepaid, for each address named above and depositing each in the U.S. Mail at  Washintgon, DC  on July 13, 2020.

Service on defendants will be made through the court's CM/ECF system.

Executed on July 13, 2020 at Washington, D.C.

*Jamie Greedan* (signature)
Jamie Greedan

---

Declaration of Service

2

Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (703) 888-2442

Lesley Blackner
Admitted *Pro Hac Vice*
Florida Bar No. 654043.
340 Royal Poinciana Way, Suite 317-377
Palm Beach, FL 33480
Telephone: (561) 659-5754

John C. Eastman
Cal. Bar. No. 193726
Center for Constitutional Jurisprudence
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866
Telephone (877) 855-3330

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL, RESOURCE CONSERVATION DISTRICT *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-2583 <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Date: N/A <br><br> Time: N/A <br><br><br> Hon. M. James Lorenz |

Case No: 3:16-CV-2583

Plaintiffs hereby serve notice that Julie B. Axelrod is withdrawing her appearance as co-counsel on behalf of the Plaintiffs. John Eastman and Lesley Blackner will remain as counsel for the Plaintiffs in this action.

Dated: June 22, 2020

/s/Julie B. Axelrod
Julie B. Axelrod
California Bar. No. 250165
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, D.C. 20001
jba@cis.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/Julie Axelrod
Julie Axelrod
*Attorney for Plaintiffs*

Case No: 3:16-CV-2583