JOHN C. EASTMAN, California Bar No. 193726
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866
Phone:  (877) 855-3330
Fax: (714) 844-4817
E-mail:  jeastman@chapman.edu

Lesley Blackner
*Admitted Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, Florida 33480
Phone: (561) 659-5754

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, HEREFORD NATURAL RESOURCE CONSERVATION DISTRICT, ARIZONA ASSOCIATION OF CONSERVATION DISTRICTS, CALIFORNIANS FOR POPULATION STABILIZATION, SCIENTISTS AND ENVIRONMENTALISTS FOR POPULATION STABILIZATION, NEW MEXICO CATTLEGROWERS' ASSOCIATION, GLEN COLTON, and RALPH POPE,<br>      Plaintiffs/Appellants,<br>   v.<br>CHAD WOLF, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF HOMELAND SECURITY, and THE DEPARTMENT OF HOMELAND SECURITY,<br>      Defendants/Appellees. | Case No.: **3:16-cv-2583-L-BLM**<br><br>**TRIAL JUDGE:**<br>Hon. M. James Lorenz<br><br>**COURT REPORT:**<br>Not Applicable<br><br>**NOTICE OF APPEAL (CIVIL)** |

NOTICE OF APPEAL

1

Notice is hereby given that Plaintiffs WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, HEREFORD NATURAL RESOURCE CONSERVATION DISTRICT, ARIZONA ASSOCIATION OF CONSERVATION DISTRICTS, CALIFORNIANS FOR POPULATION STABILIZATION, SCIENTISTS AND ENVIRONMENTALISTS FOR POPULATION STABILIZATION, NEW MEXICO CATTLEGROWERS' ASSOCIATION, GLEN COLTON, and RALPH POPE hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgement entered in this proceeding on June 1, 2020, from the Order Denying Plaintiffs' Motion for Summary Judgement and Granting Defendants' Cross-Motion for Summary Judgement entered on June 1, 2020, and from the Order Granting Defendants' Partial Motion to Dismiss entered on September 30, 2018.

Transcripts Required:  No.

Date Civil Complaint Filed:  October 17, 2016.

DATED:  July 30, 2020.                     Respectfully submitted,

                                           CENTER FOR CONSTITUTIONAL
                                           JURISPRUDENCE


                                           /s/ John C. Eastman
                                           Attorney for Plaintiffs/Appellants

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court via the CM/ECF system on June 22, 2020, which will provide service to counsel for the parties.

_____
John C. Eastman
*Counsel for Plaintiffs/Appellants*