JOHN C. EASTMAN, California Bar No. 193726
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866
Phone:  (877) 855-3330
Fax: (714) 844-4817
E-mail:  jeastman@chapman.edu

Lesley Blackner
*Admitted Pro Hac Vice*
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, Florida 33480
Phone: (561) 659-5754

# THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT, HEREFORD NATURAL RESOURCE CONSERVATION DISTRICT, ARIZONA ASSOCIATION OF CONSERVATION DISTRICTS, CALIFORNIANS FOR POPULATION STABILIZATION, SCIENTISTS AND ENVIRONMENTALISTS FOR POPULATION STABILIZATION, NEW MEXICO CATTLEGROWERS' ASSOCIATION, GLEN COLTON, and RALPH POPE,<br>          Plaintiffs/Appellants,<br>     v.<br>CHAD WOLF, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF HOMELAND SECURITY, and THE DEPARTMENT OF HOMELAND SECURITY,<br>          Defendants/Appellees. | District Court Case No.:<br>**3:16-cv-2583-L-BLM**<br>Southern District of California<br>Judge M. James Lorenz<br><br><br><br>**REPRESENTATION STATEMENT** |

REPRESENTATION STATEMENT

1

**Appellants:**

Parties:

Whitewater Draw Natural Resource Conservation District,

Hereford Natural Resource Conservation District,

Arizona Association of Conservation Districts,

Californians For Population Stabilization,

Scientists And Environmentalists For Population Stabilization,

New Mexico Cattlegrowers' Association,

Glen Colton,

Ralph Pope


Counsel:

JOHN C. EASTMAN, California Bar No. 193726
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866
Phone: (877) 855-3330
Fax: (714) 844-4817
E-mail: jeastman@chapman.edu
Registered for CM/ECF Filing in Ninth Circuit: YES

Lesley Blackner
Florida Bar No. 654043
340 Royal Poinciana Way, Suite 317-377
Palm Beach, Florida 33480
Phone: (561) 659-5754
Registered for CM/ECF Filing in 9th Cir.: WILL REGISTER UPON ADMISSION

REPRESENTATION STATEMENT

2

**Appellees:**

Parties:

Chad Wolf, in his official capacity as Acting Secretary of Homeland Security,

The Department of Homeland Security

Counsel:

| | |
|---|---|
| U S Attorneys Office<br>Southern District of California<br>Civil Division<br>880 Front Street, Suite 6253<br>San Diego, CA 92101<br>(619)557-5662<br>Fax: (619)557-7122<br>Email: Efile.dkt.civ@usdoj.gov | Shawn Derek Shugert<br>U.S. Department of Justice<br>Environment & Natural Resources Div<br>601 D St NW<br>Washington, DC 20004<br>202-305-0169<br>Fax: 202-305-0506<br>Email: shawn.shugert@usdoj.gov |
| Barclay Thomas Samford<br>U.S. Department of Justice<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>303-844-1475<br>Email: clay.samford@usdoj.gov | Devin Thomas Kenney<br>USDOJ - ENRD<br>601 D Street NW<br>Washington, DC 20004<br>202-305-0476<br>Fax: 202-305-0506<br>Email: devin.kenney@usdoj.gov |

DATED:  July 30, 2020.                    Respectfully submitted,

                                          CENTER FOR CONSTITUTIONAL
                                          JURISPRUDENCE


                                          /s/ John C. Eastman
                                          Attorney for Plaintiffs/Appellants

REPRESENTATION STATEMENT

3

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing REPRESENTATION STATEMENT with the Clerk of Court via the CM/ECF system on July 30, 2020, which will provide service to counsel for the parties.

                                                                              _____
                                                                              John C. Eastman
                                                                              *Counsel for Plaintiffs/Appellants*