UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WHITEWATER DRAW NATURAL RESOURCE CONSERVATION DISTRICT; HEREFORD NATURAL RESOURCE CONSERVATION DISTRICT; ARIZONA ASSOCIATION OF CONSERVATION DISTRICTS; CALIFORNIANS FOR POPULATION STABILIZATION; SCIENTISTS AND ENVIRONMENTALISTS FOR POPULATION STABILIZATION; NEW MEXICO CATTLEGROWERS' ASSOCIATION; GLEN COLTON; RALPH POPE,<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　Defendants - Appellees. | No. 20-55777<br><br>D.C. No. 3:16-cv-02583-L-BLM<br>U.S. District Court for Southern California, San Diego<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., August 7, 2020**　　　Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within

|  |  |
|---|---|
|  | one day of receiving the email from PACER confirming your registration. |
| **Mon., September 28, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Wed., October 28, 2020** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7